UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21889-CIV-ALTONAGA/Reid

ABEL CARVAJAL,

Plaintiff,

v.

JEANETTE M. NUÑEZ,

Defendant.
_____/

ORDER

THIS CAUSE comes before the Court on Plaintiff, Abel Carvajal's Emergency Motion for Preliminary Injunction . . . [ECF No. 9], filed March 25, 2026. For the following reasons, the Motion is denied.

On March 23, 2026, Plaintiff filed an Emergency Verified Complaint . . . [ECF No. 1], alleging that Defendant, Jeanette M. Nuñez in her official capacity as President of Florida International University ("FIU") violated his First Amendment rights by "directing staff to punish Plaintiff in response to his alleged viewpoints expressed in [a] group chat." (*Id.* ¶ 6; *see generally id.*). Two days later, Plaintiff filed this Motion, seeking to enjoin Defendant "from enforcing FIU's Student Conduct and Honor Code against him for his protected off-campus, private speech, and from investigating, charging, adjudicating, or sanctioning him for that private expression." (Mot. 1).[1]

The Court may issue a preliminary injunction only on notice to the adverse party. *See* Fed. R. Civ. P. 65(a)(1). To date, Plaintiff has not filed proof of service on Defendant, nor has he

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 26-21889-CIV-ALTONAGA/Reid

indicated that Defendant has received notice of the Complaint or Motion.  (*See generally* Dkt.).

"If [Plaintiff] desires to pursue a motion for preliminary injunction, he must first serve [Defendant]

with the [S]ummons, [C]omplaint, and preliminary injunction motion." *Cooper v. Corrigan*, No.

18-cv-309-J-39MCR, 2018 WL 10563035, at *2 (M.D. Fla. Mar. 15, 2018) (alterations added).

Accordingly, it is

**ORDERED** that Plaintiff, Abel Carvajal's Emergency Motion for Preliminary Injunction

. . . **[ECF No. 9]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 26th day of March, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2