**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

ABEL CARVAJAL,
     Plaintiff,

v.                                  Case No.: 1:26-cv-21889-CMA

JEANETTE M. NUÑEZ, in her
individual and official capacity as President of
FLORIDA INTERNATIONAL UNIVERSITY;
     Defendant.

                                      /

## NOTICE OF FILING AMENDED CIVIL COVER SHEET

Plaintiff, ABEL CARVAJAL, by and through undersigned counsel, hereby

files the Amended Civil Cover Sheet in the above-styled cause to correct the

cause of action and related civil cover sheet information.

A true and correct copy of the Amended Civil Cover Sheet is attached

hereto and incorporated by reference.

**Dated**: March 30, 2026

                                      Respectfully submitted,

                                      */s/ Anthony F. Sabatini*
                                      ANTHONY F. SABATINI
                                      Florida Bar No. 1018163
                                      anthony@sabatinilegal.com
                                      SABATINI LAW FIRM, P.A.
                                      1601 E. 1st Ave.
                                      Mount Dora, Florida 32757
                                      Telephone: (352) 455-2928

                                      Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on 3.30.2026, I caused a true and correct copy of the foregoing to be filed via CM/ECF, which will serve all counsel of record.

*/s/ Anthony F. Sabatini*