**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21889-CIV-ALTONAGA/Reid**
**CASE NO. 26-22053-CIV-ALTONAGA/Lett**
**CASE NO. 26-22154-CIV-ALTONAGA/Lett**
**CASE NO. 26-22161-CIV-ALTONAGA/D'Angelo**

**ABEL CARVAJAL**,

Plaintiff,

v.

**JEANETTE M. NUÑEZ**,

Defendant.
_______________________________________/

**DARIEL GONZALEZ**,

Plaintiff,

v.

**JEANETTE M. NUÑEZ**,

Defendant.
_______________________________________/

**ETHAN RATCHKAUSKAS**,

Plaintiff,

v.

**JEANETTE M. NUÑEZ**,

Defendant.
_______________________________________/

**DANTE MOJENA**,

Plaintiff,

v.

**JEANETTE M. NUÑEZ**,

Defendant.
_______________________________________/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. Federal Rule of Civil Procedure 42 authorizes the Court to "consolidate [] actions" if they "involve a common question of law or fact[.]" Fed. R. Civ. P. 42(a) (alterations added). The above captioned cases are related actions containing identical allegations and overlapping facts. Each Complaint alleges that Defendant, Jeanette M. Nuñez, in her official capacity as President of Florida International University, violated the Plaintiffs' First Amendment rights by "directing staff to punish Plaintiff[s] in response to [their] alleged viewpoints expressed in [a] group chat." (Compls. [ECF No. 1] ¶ 6; *see generally id.*). Consolidation of these cases is appropriate to avoid unnecessary duplication of the parties' and judicial labor and effort.

Accordingly, it is

**ORDERED** that Case Numbers 26-21889-CIV, 26-22161-CIV, 26-22053-CIV, and 26-22154-CIV are **CONSOLIDATED** for all purposes. The Clerk of Court shall **CLOSE** Case Numbers 26-22161-CIV, 26-22053-CIV, and 26-22154-CIV. All future filings in these related actions shall be made under **Case Number 26-21889-CIV-ALTONAGA/Reid** only. Under 28 U.S.C. section 636(c), United States Magistrate Judge Lisette M. Reid is available to handle any or all proceedings in this consolidated case.

Plaintiffs, Abel Carvajal, Dariel Gonzalez, Ethan Rachkauskas, and Dante Mojena shall file an amended consolidated complaint on or before **April 3, 2026**. Should Gonzalez, Rachkauskas, and/or Mojena also intend to seek a preliminary injunction against Defendant, Plaintiffs are instructed to file an amended consolidated preliminary injunction motion, and the Court will deny without prejudice the Amended Emergency Motion for Preliminary Injunction . . . [ECF No. 11].

The Motion to Set Hearing . . . **[ECF No. 17]** is **DENIED** for failure to comply with Local Rule 7.1(a)(3).

**DONE AND ORDERED** in Miami, Florida, this 31st day of March, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record