UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21889-CIV-ALTONAGA/Reid
CASE NO. 26-22053-CIV-ALTONAGA/Lett
CASE NO. 26-22154-CIV-ALTONAGA/Lett
CASE NO. 26-22161-CIV-ALTONAGA/D'Angelo

ABEL CARVAJAL,
Plaintiff,
v.

JEANETTE M. NUÑEZ,
Defendant.
_______________________________/

DARIEL GONZALEZ,
Plaintiff,
v.

JEANETTE M. NUÑEZ,
Defendant.
_______________________________/

ETHAN RATCHKAUSKAS,
Plaintiff,
v.

JEANETTE M. NUÑEZ,
Defendant.
_______________________________/

DANTE MOJENA,
Plaintiff,
v.

JEANETTE M. NUÑEZ,
Defendant.
_______________________________/

# AMENDED VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES UNDER 42 U.S.C. § 1983

Plaintiffs Abel Carvajal, Dariel Gonzalez, Ethan Ratchkauskas, and Dante Mojena (collectively, "Plaintiffs") sue Defendant Jeanette M. Nuñez, in her individual and official capacity as President of Florida International University ("FIU"), and allege:

## INTRODUCTION

1. FIU recently filed student-conduct charges against several FIU students arising from an off-campus, private group chat that contained controversial speech. Plaintiffs allege that FIU, after publicly announcing that it "will not accept, tolerate, or condone any form of racism and antisemitism at FIU," initiated and pursued disciplinary proceedings against them because of the content and perceived viewpoint of speech in that private chat. **(See Ex. E)**

2. Plaintiff Abel Carvajal, a law student at FIU, was charged under FIU-2501 section 1.5.ii for "Assisting" based on allegations that he created and managed the group chat where others posted statements threatening to harm others.

3. Plaintiff Dariel Gonzalez, a student at FIU, was charged under FIU-2501 based on statements he allegedly posted in the group chat.

4. Plaintiff Ethan Ratchkauskas, a student at FIU, was charged under FIU-2501 based on statements attributed to him in the group chat, including

allegations construed by FIU as personal abuse, assisting, and endangerment.

5. Plaintiff Dante Mojena, a student at FIU, was charged under FIU-2501 for allegedly participating in the group chat and threatening to harm others.

6. The disciplinary charges are based solely on legally protected speech, and that FIU's actions therefore constitute content- and viewpoint-based punishment of protected expression in violation of the First Amendment.

7. This action is filed on an emergency basis because FIU's ongoing disciplinary proceedings chill Plaintiffs' speech. See *Speech First, Inc. v. Cartwright, 32 F.4th 1110 (11th Cir. 2022).*

**<u>JURISDICTION AND VENUE</u>**

8. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 because this action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.

9. Venue is proper in this District under 28 U.S.C. § 1391(b) because Defendant resides in this District and a substantial part of the events giving rise to these claims occurred within this District.

**<u>PARTIES</u>**

10. Plaintiff Abel Carvajal is a law student at Florida International University residing in Miami-Dade County, Florida.

11. Plaintiff Dariel Gonzalez is a student at Florida International University residing in Miami-Dade County, Florida.

12. Plaintiff Ethan Ratchkauskas is a student at Florida International University residing in Miami-Dade County, Florida.

13. Plaintiff Dante Mojena is a student at Florida International University residing in Miami-Dade County, Florida.

14. Defendant Jeanette M. Nuñez is the President of FIU and is sued in her official capacity for declaratory and injunctive relief.

15. Defendant Nuñez is also sued in her individual capacity for declaratory and injunctive relief, and damages, for directing staff to punish Plaintiffs in response to their alleged viewpoints expressed in the group chat.

16. FIU is a public university and an arm of the State of Florida operating in Miami-Dade County, Florida.

## FACTS

17. On March 31, 2026, this Court consolidated Case Numbers 26-21889-CIV, 26-22161-CIV, 26-22053-CIV, and 26-22154-CIV for all purposes and directed Plaintiffs to file an amended consolidated complaint on or before April 3, 2026.

18. During the Fall 2025 semester, FIU received reports concerning a private group chat involving Plaintiffs and others, in which participants posted controversial and allegedly offensive political speech.

19. The alleged speech at issue occurred in a non-curricular, private group chat and was not part of any official University program or classroom instruction. It did not occur in a University forum or University-sponsored event.

20. FIU's Student Conduct and Honor Code, FIU-2501, provides that nothing in the regulation should be interpreted to abridge the rights of any member of the University community under the United States or Florida Constitution, including freedom of expression protected by the First Amendment. **(See Ex. F)**

21. On March 10, 2026, President Nuñez publicly announced that FIU had reviewed more than 1,200 pages of evidence concerning the private group chat and had initiated charges based on alleged violations of the University's non-discrimination regulation and Student Code of Conduct, including alleged harassment, engaging in threats, and interfering with the rights of others, with potential consequences up to suspension or expulsion. **(See Ex. E)**

22. The President's March 10, 2026 statement further declared that the FIU administration and Board of Trustees "will not accept, tolerate, or condone any form of racism and antisemitism at FIU." **(See Ex. E)**

23. Plaintiffs allege that the University's initiation and pursuit of disciplinary charges against them for off-campus, private speech reflects viewpoint discrimination and punishment of speech based on content, thereby chilling Plaintiffs' and other students' First Amendment rights.

24. Plaintiffs face ongoing disciplinary proceedings, sanctions up to suspension or expulsion, reputational injury, academic interruptions, and restrictions on participation in University life. Plaintiffs' speech has been

chilled by the disciplinary process. The University has placed holds on all of Plaintiffs' academic records, preventing them from graduating.

25. Although the group chat contained crude, offensive, and controversial remarks, Plaintiffs allege that the chat contained no illegal speech and no category of unprotected speech such as true threats, incitement, or fighting words.

26. Plaintiff Carvajal received a charge letter dated March 11, 2026 alleging that, during Fall 2025, he "created and managed a group chat where individuals posted statements threatening to harm others" and charging him with FIU-2501 section 1.5.ii, "Assisting - Any affirmative act which aids, attempts, promotes, conceals, or facilitates any act prohibited by this Code." **(See Ex. A)**

27. Carvajal's March 11, 2026 charge letter directed him to attend an Information Session on March 17, 2026 at 4:00 p.m. via Zoom and described his rights within the student-conduct process, including notice, a presumption of no violation, and a fair and impartial hearing. **(See Ex. A)**

28. Plaintiffs allege that FIU seeks to punish Carvajal not for unprotected conduct, but for his alleged role as a monitor and participant in the private group chat. Plaintiffs further allege that monitoring the chat and receiving information within it is itself protected activity under the First Amendment.

29. Plaintiff Gonzalez received a March 2026 charge letter alleging that, during Fall 2025, he posted in the group chat and directing him to attend an Information Session via Zoom. **(See Ex. B)**

30. The statements Gonzalez alleges were cited as the basis of his disciplinary complaint include: "Ew you had colored professors?!"; "I reguse [sic] to be indoctrinated by the coloreds."; "Avoid the coloreds like the plague."; "You can fuck all the [k-word] you want. Just don't marry them and procreate."; "I would def not marry a Jew."; and "Why didn't miggress leave?" **(See Ex. B)**

31. Plaintiff Ratchkauskas received a charge letter dated March 5, 2026 alleging that he was involved in the group chat and attributing to him, among other statements, "If she doesn't she just has to Swiss cheese the professor at that point," "Putting holes in them via means of firearm," and "let's go blow up dolphin mall with an explosive device or something." These remarks were made in a humorous and hyperbolic context, and no student or participant understood them as literal statements; rather, they were recognized as exaggerated, over-the-top language intended in jest. **(See. Ex. C)**

**32.** Ratchkauskas was charged under FIU-2501 with Personal Abuse, Assisting, and Endangerment, and was directed to attend an Information Session on March 10, 2026. On March 24, 2026, FIU provided him with his case file and resolution options, including summary resolution,

administrative hearing, and a Student Conduct Committee hearing. **(See Ex. C, G)**

33. Mojena received a charge letter dated March 11, 2026 alleging that he participated in a group chat where he threatened to harm others and charging him under FIU-2501 section 5.xx.i, Personal Abuse. **(See. Ex. D)**

34. Mojena's charge letter directed him to attend an Information Session on March 18, 2026 at 1:00 p.m. via Zoom. FIU also sent Mojena a March 10, 2026 Office of Civil Rights letter stating that he may have participated in or been a witness to behavior that could implicate FIU-106, the nondiscrimination, harassment, and retaliation regulation. **(See Ex. H)**

35. Plaintiffs allege that none of the statements made by any participant in the group chat constituted true threats within the meaning of the First Amendment, and that FIU lacks a lawful basis to regulate Plaintiffs' off-campus, non-curricular expression in a private forum absent a recognized category of unprotected speech.

36. Plaintiffs further allege that their speech did not cause a substantial disruption at FIU.

## COUNT I
## Violation of the First Amendment
## 42 U.S.C. § 1983
## Against Defendant Jeanette M. Nuñez in Her Official Capacity

37. Plaintiffs reallege and incorporate paragraphs 1 through 36 as if fully set forth herein.

38. Defendant Nuñez, in her official capacity as President of FIU, acts under color of state law.

39. Plaintiffs engaged in speech protected by the First Amendment.

40. Defendant, in her official capacity, has enforced and continues to enforce FIU disciplinary authority against Plaintiffs based on the content and viewpoint of their off-campus, private speech.

41. The challenged enforcement and threatened sanctions burden and chill protected expression in violation of the First Amendment. See *Speech First, Inc. v. Cartwright, 32 F.4th 1110 (11th Cir. 2022).*

42. None of the statements at issue constitutes unprotected true threats. See *Counterman v. Colorado, 600 U.S. 66, 72 (2023).*

43. Defendant Nuñez, in her official capacity, has a sufficient connection to the challenged disciplinary process and authority to implement prospective relief.

44. Plaintiffs face an ongoing and imminent violation of their constitutional rights, including continued disciplinary proceedings, holds on academic records, and the threat of suspension, expulsion, and continued suppression of protected speech.

45. Plaintiffs are entitled to declaratory and prospective injunctive relief against Defendant Nuñez in her official capacity.

**COUNT II**
**Violation of the First Amendment**
**42 U.S.C. § 1983**
**Against Defendant Jeanette M. Nuñez in Her Individual Capacity**

46. Plaintiffs reallege and incorporate paragraphs 1 through 36 as if fully set forth herein.

47. Defendant Nuñez, in her individual capacity, acted under color of state law.

48. Plaintiffs engaged in speech protected by the First Amendment.

49. Defendant Nuñez personally participated in, directed, authorized, ratified, or was causally connected to the decision to investigate, charge, and punish Plaintiffs based on the content and viewpoint of their speech.

50. Defendant Nuñez's conduct caused the deprivation of Plaintiffs' clearly established First Amendment rights.

51. At the time of Defendant Nuñez's actions, it was clearly established that state officials may not punish or retaliate against private citizens or students for protected speech based on viewpoint or protected expression.

52. As a direct and proximate result of Defendant Nuñez's conduct, Plaintiffs suffered and continue to suffer constitutional injury, emotional distress, reputational harm, academic harm, and other damages.

53. Defendant Nuñez went beyond the mere execution of her official duties and personally directed, approved, and took a personal interest in the investigation and disciplinary actions against Plaintiffs.

54. Defendant Nuñez has issued multiple public statements and press releases regarding the incidents at issue and has been directly and personally involved in promoting and advancing policies aimed at suppressing the speech of Plaintiffs

55. Defendant Nuñez is liable to Plaintiffs for damages in her individual capacity under 42 U.S.C. § 1983.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that the Court enter judgment in their favor and grant the following relief:

(a) A declaration that Defendant's initiation and pursuit of student-conduct charges against Plaintiffs for their off-campus, private speech, including the application of FIU-2501 as alleged herein, violates the First Amendment;

(b) A preliminary and permanent injunction enjoining Defendant from investigating, charging, adjudicating, or sanctioning Plaintiffs for the off-campus, private speech at issue, and from otherwise enforcing FIU-2501 to penalize protected expression in similar circumstances;

(c) Damages;

(d) An award of reasonable attorneys' fees and costs under 42 U.S.C. § 1988; and

(e) Such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiffs demand a trial by jury on all issues so triable.

**VERIFICATION**

Under penalties of perjury, each Plaintiff declares that he has read the foregoing document and that the facts stated therein are true.

*/s/ Abel Carvajal*
Abel Carvajal

*/s/ Dariel Gonzalez*
Dariel Gonzalez

*/s/ Ethan Ratchkauskas*
Ethan Ratchkauskas

*/s/ Dante Mojena*
Dante Mojena

**Dated**: April 1, 2026

Respectfully submitted,

*/s/ Anthony F. Sabatini*
ANTHONY F. SABATINI
Florida Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
1601 E. 1st Ave.
Mount Dora, Florida 32757
Telephone: (352) 455-2928
**Lead Counsel for Plaintiffs'**

*/s/ Gavin B. Rollins*
GAVIN B. ROLLINS, ESQ.
FL BAR No. 1064417
gavin@sabatinilegal.com
SABATINI LAW FIRM, P.A.
1601 E. 1st AVENUE
MOUNT DORA, FL 32757
T: (352)-328-4892
**Co-Counsel for Plaintiffs'**

# EXHIBIT A

FIU | FLORIDA INTERNATIONAL UNIVERSITY

March 11, 2026

Abel Carvajal
Sent electronically to acarv042@fiu.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2025404303

Dear Abel:

The Office of Student Conduct and Academic Integrity is in receipt of information concerning your alleged involvement in actions which may constitute a violation of the Florida International University Student Conduct and Honor Code (Code).

The Allegations:
It was reported during the Fall 2025 semester you created and managed a group chat where individuals posted statements threatening to harm others.

Based upon the above allegation(s), you are being charged with:
1. 5.ii. Assisting - Any affirmative act which aids, attempts, promotes, conceals, or facilitates any act prohibited by this Code.

You are requested to attend an Information Session with me on **Tuesday, March 17, 2026, at 4:00pm via Zoom at the following link: https://fiu.zoom.us/j/87929958488.** For instructions and a video tutorial on how to access Zoom meetings, please visit the Zoom tutorial. I encourage you to review this prior to your scheduled Information Session.

If you are unable to attend this scheduled Information Session, you must email **dmparra@fiu.edu** within three (3) business days from the date of this letter to arrange an alternative appointment.

During this Information Session, you will:

- have the opportunity to share your perspective and provide additional information (if you so choose to) regarding these allegation(s);
- be provided information about the summary resolution and hearing processes; and,
- be given access to information supporting the charge(s) available at the time.

Neither audio nor video recording of the session is permitted, but if you need any accommodations to participate in the Student Conduct Process, please let me know as soon as possible. You may resolve your case at this Information Session, waiving any applicable disciplinary proceeding rights, or you may select to proceed to a hearing. If this is an Academic Integrity case, your grade in the course will be an Incomplete (IN) until this case has been resolved.

At this Information Session, and throughout the disciplinary process, you have the following rights:

- Reasonable, written notice of the Code charge(s) and the allegations upon which the charge(s) is/are based;
- A presumption that no violation occurred;
- A fair and impartial hearing;
- The right to be accompanied by an Advisor of your choice and expense at any time during the Code process;
    i. A list of advisors who can help you, for free, is available at:https://dasa.fiu.edu/all-departments/student-conduct-and-academic-integrity/procedural-advisors/index.html
- The opportunity to review all relevant information or evidence to be used in the hearing prior to the hearing;
- The ability to participate in the Student Conduct hearing either physically or by contemporaneous alternative means (e.g., Zoom, phone);
- The opportunity to present, or have your advisor present relevant witnesses and information at the hearing;
- The opportunity to question, or have your advisor question witnesses in accordance with the Hearing Procedures;
- Not to provide self-incriminating testimony. Invoking the right against self-incrimination will not be considered as a negative factor in the decision of the Hearing Officer or Hearing Body;
- Receive notification of the decision of the Hearing Body in writing within fourteen (14) Business Days of the hearing;
- Appeal the decision via the process established by the University.

Please refer to the Student Conduct and Honor Code for a detailed explanation of the student conduct process and for access to the complete Code.

If you fail to attend the Information Session or to reschedule the appointment within three (3) business days of the date of this letter, you will:

- be deemed to waive your right to an Information Session;
- a hearing will be scheduled to resolve this matter; and,

- a hold will be placed on your record (if one has not already been placed). This hold will remain on your record until the case has been resolved (including the completion of any applicable sanctions), ensuring that any relevant transcript notation be assigned before your transcript is released and that your diploma is not conferred. If this is an Academic Integrity case, please note that your hold will not allow you to add/drop classes. If you need to update your enrollment, please contact me.

Finally, a list of resources is attached, but if you have any questions, please do not hesitate to contact me at **dmparra@fiu.edu**.

Sincerely,



Devin Parra
Assistant Dean of Students, Student Conduct and Academic Integrity

# EXHIBIT B

4:24 cm.maxient.com

FIU | Human Resources
FLORIDA INTERNATIONAL UNIVERSITY

March 5, 2026

Dariel Gonzalez
Sent electronically to dgonz562@fiu.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 20252717

Dear Dariel Gonzalez:

The Office of Civil Rights (OCR) is in receipt of a report of an alleged incident that may implicate FIU-106.

OCR is issuing a "**No Contact**" **Directive** between you and **Zuriel Saint Preux.** This No Contact Directive is mutual. The other party will also receive this same directive, and you are both directed to avoid any direct or indirect contact with each other until such time as this order is lifted in writing by OCR.

This means that you and **Zuriel Saint Preux** are to refrain from:

1. Approaching one another at any time;
2. Calling one another at any time;
3. Communicating with the other party, including in-person or through any form of email, messaging (e.g. text, WhatsApp, iMessage, etc.) social networking (e.g. TikTok, Instagram, Facebook, Snapchat, etc.), or campus or regular mail; or
4. Contacting or communication with one another through a third party. A third party includes friends, family members, or any individual communicating on your behalf.

Additionally, you must make a concerted effort to avoid any close proximity to **Zuriel Saint Preux** as follows:

- In areas where both of you are present but neither of you is required to be present, you must avoid being in proximity to the other party (e.g., a University athletic event, a common dining or eating facility).
- In areas where you are both required to be present, you must avoid being near the other (e.g., a class, a designated office or workspace). **If applicable:** Your faculty/supervisor/program director will be advised of this directive and asked to ensure



that academic/work requirements do not cause a violation.
- In areas where their presence is required and yours is not, you may not be present
- In areas where your presence is required and theirs is not, they may not be present

**Zuriel Saint Preux** has been instructed to contact OCR or FIUPD if you attempt to make contact in violation of this No Contact Order. Additionally, **Zuriel Saint Preux** has been instructed not to have any contact, direct or indirect, with you. Please contact OCR or FIUPD if you believe an attempt has been made to contact you.

Please note that a violation of this "**No Contact**" **Directive** could result in an Interim Suspension and a charge of violating FIU-106 **and/or** the Student Conduct and Honor Code.

This mutual No Contact Directive does not constitute a formal complaint or a finding of fact or responsibility. As set forth in FIU-106, anyone accused of alleged misconduct is presumed not responsible unless the matter proceeds through the grievance process and a determination of responsibility is made.

If you have any questions, please do not hesitate to call me at (305) 348-2785.

# EXHIBIT C

**ex. 1**

FIU | FLORIDA INTERNATIONAL UNIVERSITY

March 5, 2026

Ethan Ratchkauskas
Sent electronically to eratc002@fiu.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2025399601

Dear Ethan:

The Office of Student Conduct and Academic Integrity is in receipt of a report concerning your alleged involvement in actions which may constitute a violation of the Florida International University Student Conduct and Honor Code (Code).

The Allegations:
On (or around) November 28, 2025, it was reported that you were involved in a group chat in which you stated, "If she doesn't she just has to Swiss cheese the professor at that point." In addition, it was reported that when asked what this statement meant, you stated "Putting holes in them via means of firearm". It was also reported that you stated in the group chat "let's go blow up dolphin mall with an explosive device or something."

Based upon the above allegation(s), you are being charged with:
1. 5.xx.i. Personal Abuse - Verbal or written abuse, threats, intimidation, and/or Coercion that objectively endangers the health, safety or well-being of others and which is not covered by FIU Regulation 105. Using fighting words or statements which reasonably endanger the health and safety of any person that are not protected speech may result in University action. Conduct directed at any person, including a member of the University community, which is intended to, or would reasonably, cause fear, distress, injury or intimidation to a person, or would place a reasonable person in fear of injury or death.
2. 5.ii. Assisting - Any affirmative act which aids, attempts, promotes, conceals, or facilitates any act prohibited by this Code.
3. 5.x.ii. Endangerment - Engage in any action(s) that endangers the health, safety or welfare of others.

You are requested to attend an Information Session with me on **Tuesday, March 10, 2026, at 1:00 PM via Zoom at the following link: https://fiu.zoom.us/j/83726633584.** For instructions and a video tutorial on how to access Zoom meetings, please visit the Zoom tutorial. I encourage

you to review this prior to your scheduled Information Session.

If you are unable to attend this scheduled Information Session, you must email **rodriame@fiu.edu** within three (3) business days from the date of this letter to arrange an alternative appointment.

During this Information Session, you will:

- have the opportunity to share your perspective and provide additional information (if you so choose to) regarding these allegation(s);
- be provided information about the summary resolution and hearing processes; and,
- be given access to information supporting the charge(s) available at the time.

Neither audio nor video recording of the session is permitted, but if you need any accommodations to participate in the Student Conduct Process, please let me know as soon as possible. You may resolve your case at this Information Session, waiving any applicable disciplinary proceeding rights, or you may select to proceed to a hearing. If this is an Academic Integrity case, your grade in the course will be an Incomplete (IN) until this case has been resolved.

At this Information Session, and throughout the disciplinary process, you have the following rights:

- Reasonable, written notice of the Code charge(s) and the allegations upon which the charge(s) is/are based;
- A presumption that no violation occurred;
- A fair and impartial hearing;
- The right to be accompanied by an Advisor of your choice and expense at any time during the Code process;
    i. A list of advisors who can help you, for free, is available at:https://dasa.fiu.edu/all-departments/student-conduct-and-academic-integrity/procedural-advisors/index.html
- The opportunity to review all relevant information or evidence to be used in the hearing prior to the hearing;
- The ability to participate in the Student Conduct hearing either physically or by contemporaneous alternative means (e.g., Zoom, phone);
- The opportunity to present, or have your advisor present relevant witnesses and information at the hearing;
- The opportunity to question, or have your advisor question witnesses in accordance with the Hearing Procedures;
- Not to provide self-incriminating testimony. Invoking the right against self-

incrimination will not be considered as a negative factor in the decision of the Hearing Officer or Hearing Body;

- Receive notification of the decision of the Hearing Body in writing within fourteen (14) Business Days of the hearing;
- Appeal the decision via the process established by the University.

Please refer to the Student Conduct and Honor Code for a detailed explanation of the student conduct process and for access to the complete Code.

If you fail to attend the Information Session or to reschedule the appointment within three (3) business days of the date of this letter, you will:

- be deemed to waive your right to an Information Session;
- a hearing will be scheduled to resolve this matter; and,
- a hold will be placed on your record (if one has not already been placed). This hold will remain on your record until the case has been resolved (including the completion of any applicable sanctions), ensuring that any relevant transcript notation be assigned before your transcript is released and that your diploma is not conferred. If this is an Academic Integrity case, please note that your hold will not allow you to add/drop classes. If you need to update your enrollment, please contact me.

Finally, a list of resources is attached, but if you have any questions, please do not hesitate to contact me at **rodriame@fiu.edu**.

Sincerely,



Amelia Rodriguez
Associate Director, Student Conduct and Academic Integrity

# EXHIBIT D

FLORIDA INTERNATIONAL UNIVERSITY

March 11, 2026

Dante Mojena
Sent electronically to dmoje004@fiu.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2025404304

Dear Dante:

The Office of Student Conduct and Academic Integrity is in receipt of information concerning your alleged involvement in actions which may constitute a violation of the Florida International University Student Conduct and Honor Code (Code).

The Allegations:
It was reported during the Fall 2025 semester you participated in a group chat where you threatened to harm others.

Based upon the above allegation(s), you are being charged with:
1. 5.xx.i. Personal Abuse - Verbal or written abuse, threats, intimidation, and/or Coercion that objectively endangers the health, safety or well-being of others and which is not covered by FIU Regulation 105. Using fighting words or statements which reasonably endanger the health and safety of any person that are not protected speech may result in University action. Conduct directed at any person, including a member of the University community, which is intended to, or would reasonably, cause fear, distress, injury or intimidation to a person, or would place a reasonable person in fear of injury or death.

You are requested to attend an Information Session with me on **Wednesday, March 18, 2026, at 1:00pm via Zoom at the following link: https://fiu.zoom.us/j/83623952981.** For instructions and a video tutorial on how to access Zoom meetings, please visit the Zoom tutorial. I encourage you to review this prior to your scheduled Information Session.

If you are unable to attend this scheduled Information Session, you must email **dmparra@fiu.edu** within three (3) business days from the date of this letter to arrange an alternative appointment.

During this Information Session, you will:

- have the opportunity to share your perspective and provide additional information (if you so choose to) regarding these allegation(s);
- be provided information about the summary resolution and hearing processes; and,
- be given access to information supporting the charge(s) available at the time.

Neither audio nor video recording of the session is permitted, but if you need any accommodations to participate in the Student Conduct Process, please let me know as soon as possible. You may resolve your case at this Information Session, waiving any applicable disciplinary proceeding rights, or you may select to proceed to a hearing. If this is an Academic Integrity case, your grade in the course will be an Incomplete (IN) until this case has been resolved.

At this Information Session, and throughout the disciplinary process, you have the following rights:

- Reasonable, written notice of the Code charge(s) and the allegations upon which the charge(s) is/are based;
- A presumption that no violation occurred;
- A fair and impartial hearing;
- The right to be accompanied by an Advisor of your choice and expense at any time during the Code process;
    i. A list of advisors who can help you, for free, is available at:https://dasa.fiu.edu/all-departments/student-conduct-and-academic-integrity/procedural-advisors/index.html
- The opportunity to review all relevant information or evidence to be used in the hearing prior to the hearing;
- The ability to participate in the Student Conduct hearing either physically or by contemporaneous alternative means (e.g., Zoom, phone);
- The opportunity to present, or have your advisor present relevant witnesses and information at the hearing;
- The opportunity to question, or have your advisor question witnesses in accordance with the Hearing Procedures;
- Not to provide self-incriminating testimony. Invoking the right against self-incrimination will not be considered as a negative factor in the decision of the Hearing Officer or Hearing Body;
- Receive notification of the decision of the Hearing Body in writing within fourteen (14) Business Days of the hearing;
- Appeal the decision via the process established by the University.

Please refer to the Student Conduct and Honor Code for a detailed explanation of the student conduct process and for access to the complete Code.

If you fail to attend the Information Session or to reschedule the appointment within three (3) business days of the date of this letter, you will:

- be deemed to waive your right to an Information Session;
- a hearing will be scheduled to resolve this matter; and,
- a hold will be placed on your record (if one has not already been placed). This hold will remain on your record until the case has been resolved (including the completion of any applicable sanctions), ensuring that any relevant transcript notation be assigned before your transcript is released and that your diploma is not conferred. If this is an Academic Integrity case, please note that your hold will not allow you to add/drop classes. If you need to update your enrollment, please contact me.

Finally, a list of resources is attached, but if you have any questions, please do not hesitate to contact me at **dmparra@fiu.edu**.

Sincerely,

Devin Parra
Assistant Dean of Students, Student Conduct and Academic Integrity

# EXHIBIT E

FIU | Human Resources
FLORIDA INTERNATIONAL UNIVERSITY

March 10, 2026

Dante Mojena
Sent electronically to dmoje004@fiu.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 20251976

Dear Dante:

This is a correspondence from the Office of Civil Rights (OCR). OCR is responsible for responding to and addressing any reported/alleged conduct related to harassment and differential treatment in accordance with FIU-106: Nondiscrimination, Harassment, and Retaliation regulation. We are in receipt of information indicating that you may have participated in or been a witness to behavior that may implicate FIU-106 regulation.

In accordance with FIU-106, we are reaching out to schedule some time for you to speak with our office, to discuss the reported concerns and how they interact with University regulations. We will be able to provide specific details about the conduct that was reported. This meeting would be scheduled for 30 minutes via Zoom. Please contact our office to schedule an appointment. Upon confirming an appointment time, we will share a calendar invitation with the Zoom information.

Please note that this would be an informational meeting and should **not** be interpreted to mean that you are in trouble. Should you have any questions, please contact our office via email at ocr@fiu.edu or via telephone at (305) 348-2785.

Respectfully,

EAB

Emmanuele Bowles
Assistant Vice President, Human Resources

# EXHIBIT F

**Florida International University**
**SCAI FERPA Waiver**

*Submitted on March 26, 2026 at 10:39:32 am EDT*

| | |
|---|---|
| Nature of this report | **SCAI FERPA Waiver** |
| Urgency of this report | **Normal** |
| Date of incident | **2026-03-26** |
| Time of incident | |
| Location of incident | **Other - FERPA Waiver** |

Reported by

| | |
|---|---|
| Your full name | **Dante Mojena** |
| Your position/title | |
| Your email address | **dmoje004@fiu.edu** |
| Your phone number | **3054952248** |
| Panther ID (PID) | **6370391 [UNAUTHENTICATED]** |

Waiver for Release of Student Records

I authorize the records indicated above be release to the following (Name of Person or Entity):
**Anthony Sabatini**

Relationship to You:
**Attorney**

Contact Information, if applicable
**anthony@sabatinilegal.com**

*Pending IR #00042541. Submitted from 73.0.54.233.*

# EXHIBIT G

FIU | FLORIDA INTERNATIONAL UNIVERSITY

March 24, 2026

Ethan Ratchkauskas
Sent electronically to eratc002@fiu.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 20253996

Good afternoon Ethan,

As per your request, below is a copy of your case file. As discussed, your resolution options are the following:

**Summary Resolution**- Is an informal way of resolving the matter, is available when the Respondent waives the right to a hearing and requests that the Hearing Officer conducting the information session determine the findings and sanctions.

**Administrative Hearing** - Is a formal way of resolving the matter, the hearing will be conducted by a new hearing officer (not me). The hearing is taped recorded.

**Student Conduct Committee Hearing –** Conducted by a committee which serves as the Hearing Body. SCC committees for Conduct violations consist of two (2) Students, one (1) faculty or staff member, and a non-voting Hearing Officer.

Please provide your resolution option by **March 27, 2026, at 5:00pm**.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Amelia Rodriguez
Associate Director, Student Conduct and Academic Integrity

[11/28/25, 10:32:07â€¯PM] ~â€¯sam: I was worried the first few weeks after that happened
[11/28/25, 10:32:15â€¯PM] Dariel: Of course
[11/28/25, 10:32:20â€¯PM] ~â€¯sam: but just gotta pray God protects me â¤ï¸
[11/28/25, 10:32:35â€¯PM] ~â€¯Dante: Pack some bear mace or something
[11/28/25, 10:32:36â€¯PM] ~â€¯Marianna Garrido: He will girl ðŸ«¶ðŸ»
[11/28/25, 10:32:49â€¯PM] ~â€¯Ethan: I generally support law enforcement but broward county sheriffs office can EAT MY FUCKING DICKâ€¼ï¸
[11/28/25, 10:32:52â€¯PM] ~â€¯sam: I have pepper spray ðŸ‘
[11/28/25, 10:33:03â€¯PM] ~â€¯Marianna Garrido: Good
[11/28/25, 10:33:18â€¯PM] ~â€¯Ethan: He will but he also provides you methods and ability to practice self protection! Remember this
[11/28/25, 10:33:32â€¯PM] ~â€¯Dante: Trvke
[11/28/25, 10:33:35â€¯PM] ~â€¯Marianna Garrido: In summary buy some pepper spray
[11/28/25, 10:33:39â€¯PM] Dariel: That doesnâ€™t stop these people
[11/28/25, 10:33:41â€¯PM] ~â€¯sam: true but im also German maxed
[11/28/25, 10:33:45â€¯PM] ~â€¯sam: im big asf
[11/28/25, 10:33:47â€¯PM] ~â€¯Ethan: Hey she said she has that so thatâ€™s good lol
[11/28/25, 10:33:48â€¯PM] ~â€¯sam: dariel can attest
[11/28/25, 10:33:54â€¯PM] ~â€¯Nicholas Hing: Miami is just an hour from Miami atp
[11/28/25, 10:33:54â€¯PM] Dariel: Many videos of them getting tased and so on
[11/28/25, 10:34:02â€¯PM] Dariel: Youâ€™re not THAT big jeez
[11/28/25, 10:34:13â€¯PM] ~â€¯Dante: Definitely not but itâ€™s better to have that than nothing
[11/28/25, 10:34:22â€¯PM] ~â€¯Ethan: Listen you only need two friends in this life. SMITH and WESSON â€¼ï¸
[11/28/25, 10:34:27â€¯PM] ~â€¯sam: bro not helping my case
[11/28/25, 10:34:33â€¯PM] ~â€¯Marianna Garrido: What a G
[11/28/25, 10:34:45â€¯PM] Dariel: The great equalizer
[11/28/25, 10:35:24â€¯PM] ~â€¯Ethan: Open carrying an 81mm mortar for self defense purposes
[11/28/25, 10:35:56â€¯PM] ~â€¯Dante: Surface-to-Air-Missile in the old back pocket
[11/28/25, 10:36:19â€¯PM] ~â€¯Ethan: Youâ€™ll rip the javelin missile out of my cold dead hands
[11/28/25, 10:36:32â€¯PM] ~â€¯Dante: https://x.com/atrupar/status/1994580575777427729?s=46
[11/28/25, 10:36:39â€¯PM] ~â€¯Dante: Today and yesterday has been so beautiful
[11/28/25, 10:36:49â€¯PM] ~â€¯Dante: Putting the fear of God into Aaron Rupar
â€Ž[11/28/25, 10:36:58â€¯PM] Dariel: â€Žimage omitted
[11/28/25, 10:37:16â€¯PM] ~â€¯Dante: Itâ€™s so funny dude
[11/28/25, 10:37:21â€¯PM] ~â€¯Dante: They all do the same shit
[11/28/25, 10:37:36â€¯PM] ~â€¯Dante: Either that or them going to â€œthe food will be so much worseâ€
[11/28/25, 10:37:39â€¯PM] ~â€¯sam: literally dgaf when atheists use christianity to prove a point
[11/28/25, 10:37:42â€¯PM] ~â€¯Ethan: Dude can I tell you how many times Iâ€™ve almost accidentally liked Aaron Rupar tweets thinking someone posted kino just to see it was him bitching about whatever it is
[11/28/25, 10:37:56â€¯PM] ~â€¯sam: who will clean ur toilets donald??
[11/28/25, 10:37:59â€¯PM] ~â€¯Dante: Dude he accidentally makes us sound so cool
[11/28/25, 10:38:14â€¯PM] ~â€¯Ethan: The concept of recipes is daunting truly
[11/28/25, 10:38:33â€¯PM] ~â€¯sam: no tacos for u if u voted for trump!!
â€Ž[11/28/25, 10:38:35â€¯PM] ~â€¯sam: â€Žsticker omitted
[11/28/25, 10:38:39â€¯PM] ~â€¯sam: the horror...
[11/28/25, 10:38:42â€¯PM] ~â€¯Dante: â€œTrump is KILLING people in the Caribbeanâ€ thank you it sounds so awesome
[11/28/25, 10:38:53â€¯PM] ~â€¯Ethan: I make an AUTHENTIC MEXICAN TACO from OLD EL PASO TACO SHELL and GROUND BEEF WITH TACO SEASONING. eat my ass LATINX
[11/28/25, 10:39:01â€¯PM] Dariel: Poor ms. Osborn
[11/28/25, 10:39:04â€¯PM] ~â€¯Dante: Esau selling his birthright for stew
[11/28/25, 10:39:07â€¯PM] Dariel: The view ladies went after her for that

[11/28/25, 11:37:15â€¯PM] ~â€¯Marianna Garrido: This is hilarious
[11/28/25, 11:37:33â€¯PM] ~â€¯sam: yall funny
[11/28/25, 11:37:38â€¯PM] ~â€¯Ethan: I hope youâ€™ve been taking notes
[11/28/25, 11:37:50â€¯PM] ~â€¯Marianna Garrido: Yessir
â€Ž[11/28/25, 11:37:53â€¯PM] ~â€¯Dante: â€Žsticker omitted
[11/28/25, 11:37:58â€¯PM] ~â€¯Marianna Garrido: Iâ€™ll share my findings at a later date
[11/28/25, 11:38:06â€¯PM] ~â€¯Ethan: Perfect. Iâ€™ll be happy to be in the lab report
â€Ž[11/28/25, 11:38:30â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[11/28/25, 11:38:31â€¯PM] ~â€¯Marianna Garrido: Unrelated but I just finished the biggest lab report of my life
[11/28/25, 11:38:37â€¯PM] ~â€¯Marianna Garrido: Hold on
â€Ž[11/28/25, 11:38:44â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[11/28/25, 11:38:54â€¯PM] ~â€¯Ethan: Sheâ€™s going to take our cranium measurements
â€Ž[11/28/25, 11:39:08â€¯PM] ~â€¯Marianna Garrido: â€Žimage omitted
[11/28/25, 11:39:12â€¯PM] Dariel: Phrenology is based
[11/28/25, 11:39:21â€¯PM] ~â€¯Marianna Garrido: 10 PAGES
[11/28/25, 11:39:23â€¯PM] ~â€¯Dante: Holy
[11/28/25, 11:39:25â€¯PM] Dariel: I have a book on it from the 1840s somewhere
[11/28/25, 11:39:26â€¯PM] ~â€¯Ethan: Thatâ€™s just tragic
[11/28/25, 11:39:27â€¯PM] Dariel: Its total slop
[11/28/25, 11:39:29â€¯PM] Dariel: Jeez
[11/28/25, 11:39:32â€¯PM] Dariel: You poor thing
[11/28/25, 11:39:37â€¯PM] ~â€¯Marianna Garrido: 3148 words
[11/28/25, 11:39:38â€¯PM] ~â€¯Ethan: 10 pages on what exactly
[11/28/25, 11:39:38â€¯PM] ~â€¯sam: congrats â¤ï¸â¤ï¸
[11/28/25, 11:39:42â€¯PM] Dariel: Lets hope you get an A
[11/28/25, 11:39:47â€¯PM] Dariel: Garbage duh
[11/28/25, 11:39:48â€¯PM] ~â€¯Dante: True, congratulations
[11/28/25, 11:39:50â€¯PM] ~â€¯Marianna Garrido: FR PRAY
[11/28/25, 11:39:55â€¯PM] ~â€¯sam: wowza
[11/28/25, 11:39:57â€¯PM] ~â€¯Ethan: If she doesnâ€™t she just has to Swiss cheese the professor at that point
[11/28/25, 11:40:10â€¯PM] ~â€¯Ethan: Air them out
[11/28/25, 11:40:13â€¯PM] ~â€¯Marianna Garrido: I donâ€™t even wanna ask what that is
[11/28/25, 11:40:17â€¯PM] Dariel: Nowadays though people use the magic AI
[11/28/25, 11:40:26â€¯PM] ~â€¯sam: what does that even mean
[11/28/25, 11:40:32â€¯PM] Dariel: I saw Jose do a whole report using his and it was amazing
[11/28/25, 11:40:32â€¯PM] ~â€¯Ethan: Putting holes in them via means of firearm
[11/28/25, 11:40:33â€¯PM] ~â€¯sam: same
[11/28/25, 11:40:40â€¯PM] Dariel: You guys are dumb
[11/28/25, 11:40:41â€¯PM] ~â€¯Marianna Garrido: Oh
[11/28/25, 11:40:45â€¯PM] Dariel: How did you not figure it out
[11/28/25, 11:40:48â€¯PM] Dariel: Context clues guys
[11/28/25, 11:40:53â€¯PM] Dariel: Swiss cheese is full of holes
[11/28/25, 11:41:00â€¯PM] ~â€¯Ethan: Theyâ€™re women be patient ðŸ˜”ðŸ™
[11/28/25, 11:41:03â€¯PM] ~â€¯Marianna Garrido: Listen clearly I lost my brain cells on that report
[11/28/25, 11:41:04â€¯PM] Dariel: Oh true
[11/28/25, 11:41:04â€¯PM] ~â€¯sam: I thought cheese and thought smth else
[11/28/25, 11:41:08â€¯PM] ~â€¯Dante: Itâ€™s been catastrophic
[11/28/25, 11:41:16â€¯PM] Dariel: Nah it was really cool
[11/28/25, 11:41:19â€¯PM] ~â€¯sam: so true let her breathe
[11/28/25, 11:41:21â€¯PM] Dariel: It did a whole thing in like 5 minutes
[11/28/25, 11:41:25â€¯PM] Dariel: It was really interesting
[11/28/25, 11:41:25â€¯PM] ~â€¯Ethan: Understandable
[11/28/25, 11:41:32â€¯PM] ~â€¯Marianna Garrido: Sam you wrote this report with me also
[11/28/25, 11:41:37â€¯PM] Dariel: I use the magic AI for like â€œhelp me edit this emailâ€ and so on
[11/28/25, 11:41:39â€¯PM] ~â€¯sam: jose will use ai on everything but his math hw

[12/8/25, 12:05:59â€¯PM] Dariel: But again its between Andre and Chris
â€Ž[12/8/25, 12:06:17â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[12/8/25, 12:06:40â€¯PM] Dariel: So make sure to vote for Chris
[12/8/25, 12:06:43â€¯PM] ~â€¯sam: exactly
[12/8/25, 12:06:51â€¯PM] ~â€¯Dante: @â¨Darielâ© pantherconnect link pls
[12/8/25, 12:06:54â€¯PM] ~â€¯Dante: For vote
[12/8/25, 12:07:03â€¯PM] ~â€¯sam: its on main chat
[12/8/25, 12:07:04â€¯PM] Dariel: https://fiu.campuslabs.com/engage/submitter/election/start/708484
[12/8/25, 12:07:09â€¯PM] Dariel: He didnt ask you bitch
â€Ž[12/8/25, 12:07:15â€¯PM] Dariel: â€Žsticker omitted
[12/8/25, 12:10:20â€¯PM] ~â€¯sam: ðŸ«©
â€Ž[12/8/25, 12:10:29â€¯PM] ~â€¯Ethan: â€Žimage omitted
[12/8/25, 12:10:31â€¯PM] ~â€¯Ethan: Fascinating
[12/8/25, 12:10:47â€¯PM] Dariel: Bruh
[12/8/25, 12:10:58â€¯PM] Dariel: Notice the tranny
[12/8/25, 12:11:03â€¯PM] ~â€¯Ethan: Lmao
[12/8/25, 12:11:10â€¯PM] ~â€¯Dante: We do a little relaxing
â€Ž[12/8/25, 12:11:20â€¯PM] ~â€¯Dante: â€Žimage omitted
â€Ž[12/8/25, 12:11:23â€¯PM] ~â€¯Dante: â€Žimage omitted
[12/8/25, 12:11:31â€¯PM] ~â€¯Ethan: Letâ€™s go blow up dolphin mall with an explosive device or something â€Ž<This message was edited>
[12/8/25, 12:11:33â€¯PM] ~â€¯EJ Tamayo: Nice
[12/8/25, 12:11:44â€¯PM] ~â€¯EJ Tamayo: Also what did you think of Saosin @â¨~Danteâ©?
[12/8/25, 12:11:54â€¯PM] ~â€¯EJ Tamayo: That's, surprising
[12/8/25, 12:12:20â€¯PM] ~â€¯Dante: Chill brah let me finish the record first
[12/8/25, 12:12:29â€¯PM] ~â€¯Ethan: Ok tomorrow then
[12/8/25, 12:12:38â€¯PM] ~â€¯Dante: I liked it a lot I saved the album
[12/8/25, 12:12:47â€¯PM] Dariel: Telling matthew to make sure if they vote that theyre members
[12/8/25, 12:12:51â€¯PM] ~â€¯Ethan: Have to vote in the CR election prior to committing a terrorist attack
[12/8/25, 12:12:53â€¯PM] Dariel: Otherwise were tossing their votes out
[12/8/25, 12:12:57â€¯PM] ~â€¯EJ Tamayo: W, glad you enjoyed it
[12/8/25, 12:13:16â€¯PM] ~â€¯Ethan: Hope youâ€™re paying close attention to the votes to catch anything weird early
[12/8/25, 12:13:53â€¯PM] Dariel: Matthew is on it
[12/8/25, 12:14:02â€¯PM] Dariel: We are invalidating all non member votes
[12/8/25, 12:14:48â€¯PM] ~â€¯sam: of course
[12/8/25, 12:16:53â€¯PM] ~â€¯EJ Tamayo: Chat did you see that some dude is claiming there is gonna be a huge worldwide flood on Christmas day
[12/8/25, 12:16:59â€¯PM] ~â€¯EJ Tamayo: It's Noah's ark all over again ðŸ˜
â€Ž[12/8/25, 12:19:58â€¯PM] ~â€¯Dante: â€ŽGIF omitted
[12/8/25, 12:20:42â€¯PM] ~â€¯sam: joever
â€Ž[12/8/25, 12:20:52â€¯PM] Dariel: â€Žsticker omitted
[12/8/25, 12:21:01â€¯PM] ~â€¯EJ Tamayo: AAAAH, JOSE JUMPSCARE
â€Ž[12/8/25, 12:21:34â€¯PM] ~â€¯Ethan: â€Žimage omitted
â€Ž[12/8/25, 12:21:35â€¯PM] ~â€¯Ethan: â€Žimage omitted
[12/8/25, 12:23:53â€¯PM] ~â€¯sam: lol
[12/8/25, 12:24:03â€¯PM] ~â€¯sam: imma stop cursing yall
[12/8/25, 12:24:09â€¯PM] Dariel: Faggot didnt include me in the photo
â€Ž[12/8/25, 12:24:10â€¯PM] ~â€¯sam: â€Žsticker omitted
[12/8/25, 12:25:13â€¯PM] ~â€¯EJ Tamayo: NOOOOOOOOOO NOT ANOTHER ONE
[12/8/25, 12:26:07â€¯PM] ~â€¯Dante: This will last for 3 minutes
[12/8/25, 12:26:44â€¯PM] ~â€¯sam: shhhh
[12/8/25, 12:30:05â€¯PM] ~â€¯Ethan: You already have the aura photo I took of you during the debate
â€Ž[12/8/25, 12:30:13â€¯PM] ~â€¯Ethan: â€Žimage omitted
â€Ž[12/8/25, 12:30:15â€¯PM] ~â€¯Ethan: â€Žimage omitted
[12/8/25, 12:30:16â€¯PM] ~â€¯Ethan: Thereâ€™s more actually

[12/10/25, 11:03:52â€¯AM] ~â€¯Dante: Continent wide longhousing by her
[12/10/25, 11:07:07â€¯AM] ~â€¯Mathias : The entirety of the dutch and irish peopleâ€™s political opinions hold less value than a rock
[12/10/25, 11:16:36â€¯AM] ~â€¯Dante: Itâ€™s really a miracle how 27 countries all consistently agree on taking the worst possible decision whenever they hit a fork in the road
[12/10/25, 11:17:38â€¯AM] ~â€¯Dante: Idk if you guys saw the UK said that they no longer have the means to main their nuclear submarine program
[12/10/25, 11:18:38â€¯AM] Dariel: https://www.instagram.com/p/DSFsdBSDm_b/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ==
[12/10/25, 11:18:44â€¯AM] Dariel: Green library Grandpa lore drop!
â€Ž[12/10/25, 11:27:04â€¯AM] ~â€¯Ethan: â€Žimage omitted
[12/10/25, 11:27:23â€¯AM] ~â€¯Nicholas Hing: In order to stop illegal crimes, we should legalize the crime ðŸ—¿
[12/10/25, 11:28:14â€¯AM] ~â€¯Ethan: To be fair this is basically the overall leftist ideal for â€œhandlingâ€ crime ðŸ˜
[12/10/25, 11:28:40â€¯AM] ~â€¯Nicholas Hing: So true!
[12/10/25, 11:29:16â€¯AM] ~â€¯Nicholas Hing: â€œCrime is down in our citiesâ€ ~because weâ€™re legalizing all the things that were once considered crimes~
[12/10/25, 11:37:38â€¯AM] ~â€¯Florentin: None.
[12/10/25, 11:38:25â€¯AM] ~â€¯Ethan: https://x.com/ryangrim/status/1998607386022494425?s=46&t=A6NW0OSPAnPpExWfhyiVyw
â€Ž[12/10/25, 11:38:59â€¯AM] ~â€¯Ethan: â€ŽGIF omitted
[12/10/25, 11:39:47â€¯AM] ~â€¯Ethan: Range officers watch EVERYONE at ranges, indoor especially
[12/10/25, 11:39:54â€¯AM] ~â€¯Florentin: @â¨Darielâ©, you need to try the new Stacatos. 1911s that are more easily carried nowadays.
[12/10/25, 11:40:40â€¯AM] ~â€¯Florentin: https://staccato2011.com/products/staccato-hd-c3-6
[12/10/25, 11:41:01â€¯AM] ~â€¯Ethan: Taking out a 2nd car loan for a stacato
[12/10/25, 11:41:33â€¯AM] ~â€¯Florentin: Instead of buying 50 blickys, you can buy one of these.
[12/10/25, 11:41:37â€¯AM] ~â€¯Ethan: Over 2k
â€Ž[12/10/25, 11:41:37â€¯AM] ~â€¯Ethan: â€Žsticker omitted
[12/10/25, 11:41:48â€¯AM] Dariel: Im sticking with my little baby j frame
[12/10/25, 11:41:51â€¯AM] Dariel: Nothing beats that
[12/10/25, 11:42:01â€¯AM] Dariel: Weighs like a pound
[12/10/25, 11:42:09â€¯AM] Dariel: Shoots a nice .38 special
[12/10/25, 11:42:17â€¯AM] ~â€¯Ethan: Basically everything beats that but itâ€™s what you like and thatâ€™s what matters lol
[12/10/25, 11:42:20â€¯AM] Dariel: I still havent gotten it which is gay btw
[12/10/25, 11:42:33â€¯AM] ~â€¯Ethan: Bro itâ€™s been several months now lmfao
[12/10/25, 11:42:39â€¯AM] Dariel: I mean weight wise you faggggg
[12/10/25, 11:42:42â€¯AM] ~â€¯Ethan: You need to go blow up the bass pro
[12/10/25, 11:42:45â€¯AM] Dariel: literally two months
[12/10/25, 11:42:49â€¯AM] ~â€¯Ethan: ðŸ˜ðŸ™
[12/10/25, 11:42:57â€¯AM] Dariel: My fault for ordering some special wood frame engraved one
[12/10/25, 11:43:03â€¯AM] Dariel: On backorder for like two months now
[12/10/25, 11:43:07â€¯AM] Dariel: Its supremely gay
[12/10/25, 11:44:04â€¯AM] ~â€¯Ethan: Iâ€™d rather have a S&W M&P 2.0 compact or related model AND afford all other equipment such as spare mags, Ear pro etc, as well as groceries ðŸ˜
[12/10/25, 11:44:23â€¯AM] ~â€¯Florentin: https://www.smith-wesson.com/product/performance-center-model-19-carry-comp-moss
[12/10/25, 11:44:24â€¯AM] ~â€¯Ethan: With money to spare most likely
[12/10/25, 11:44:26â€¯AM] Dariel: Groceries are important
[12/10/25, 11:44:30â€¯AM] ~â€¯Florentin: https://www.smith-wesson.com/product/model-442-ultimate-carry-revolver-38spl-black-with-no-lock
[12/10/25, 11:44:30â€¯AM] Dariel: Cant eat guns

[12/10/25, 11:44:52â€¯AM] ~â€¯Florentin: No, but you can steal someone's food with one.
[12/10/25, 11:45:28â€¯AM] Dariel: He makes a compelling point
[12/10/25, 11:46:36â€¯AM] ~â€¯Florentin: I personally think if we were in a mad max scenario, water, food, medicine, and bulltets would become the new money.
[12/10/25, 11:46:51â€¯AM] ~â€¯Ethan: https://www.smith-wesson.com/product/m-p-9-m2.0-4-inch-optics-ready-no-thumb-safety-flat-dark-earth-compact-series @â¨~Florentinâ©
[12/10/25, 11:47:33â€¯AM] ~â€¯Ethan: Probably true
[12/10/25, 11:47:48â€¯AM] ~â€¯Florentin: https://www.smith-wesson.com/product/performance-center-m-p-9-m2-0-metal-carry-comp-10rd-compliant
[12/10/25, 11:48:04â€¯AM] ~â€¯Florentin: I'd rather spend a little extra and get myself one of these.
[12/10/25, 11:49:08â€¯AM] ~â€¯Ethan: Idk if 300 bucks is â€œa littleâ€ extra but I see your point lol the carry comps are pretty nice
[12/10/25, 11:49:44â€¯AM] ~â€¯Ethan: I think theyâ€™re slightly longer though which is something to consider
[12/10/25, 11:50:06â€¯AM] ~â€¯Florentin: To me it sounds worth it. Metal vs polymer to me is important. Less failure points, better fit.
[12/10/25, 11:50:23â€¯AM] ~â€¯Florentin: More weight for recoil management as well.
[12/10/25, 11:51:02â€¯AM] ~â€¯Ethan: True but noticeably heavier. There is the polymer carry comps though which is pretty light
[12/10/25, 11:51:19â€¯AM] S.G.: My man has a date??? And it is not @â¨~samâ©?
â€Ž[12/10/25, 11:51:30â€¯AM] S.G.: â€ŽGIF omitted
[12/10/25, 11:51:46â€¯AM] ~â€¯Ethan: Recoil management is important but if youâ€™re carrying it everywhere and itâ€™s heavy as shit youâ€™re gonna want to die
[12/10/25, 11:52:49â€¯AM] ~â€¯Florentin: You really have to be a twink in my opinion if you can't carry 8 oz more.
â€Ž[12/10/25, 11:53:08â€¯AM] ~â€¯Florentin: â€Žimage omitted
â€Ž[12/10/25, 11:53:18â€¯AM] ~â€¯Florentin: â€Žimage omitted
[12/10/25, 11:53:20â€¯AM] Dariel: Its just less comfy
[12/10/25, 11:53:23â€¯AM] Dariel: And its bigger
[12/10/25, 11:53:31â€¯AM] Dariel: J frame is the way
[12/10/25, 11:53:37â€¯AM] ~â€¯Ethan: It adds up especially with ammo. Back pain etc
[12/10/25, 11:54:01â€¯AM] ~â€¯Florentin: It says mf carry. To eahc their own, but don't lecture me about "but ma weight"...
[12/10/25, 11:54:24â€¯AM] Dariel: Smaller less weight easier to carry
[12/10/25, 11:54:24â€¯AM] ~â€¯Florentin: Size can play a role, but weight is not a pound heavier motherfucker.
[12/10/25, 11:54:29â€¯AM] Dariel: Easier to hide
[12/10/25, 11:54:36â€¯AM] Dariel: Every ounce matters
[12/10/25, 11:54:50â€¯AM] ~â€¯Florentin: Unless you're hiking, stfu.
[12/10/25, 11:54:54â€¯AM] ~â€¯Ethan: But yeah the main thing with carry comps for me is theyâ€™re a bit longer and I donâ€™t want the gun touching my weenie
[12/10/25, 11:55:09â€¯AM] Dariel: Walking in normal life every ounce matters
[12/10/25, 11:55:13â€¯AM] Dariel: Why carry extra weight
[12/10/25, 11:55:27â€¯AM] ~â€¯Florentin: Then that's fine. But weight difference is not a factor. Bullshit.
[12/10/25, 11:55:42â€¯AM] Dariel: Comfort is pretty important you want something small and easy to carry without it looking bulky or weird
[12/10/25, 11:55:51â€¯AM] ~â€¯Ethan: It is a factor you canâ€™t just say itâ€™s not at all. Although I agree WAY less of a factor than size
[12/10/25, 11:56:04â€¯AM] Dariel: Size is the most important thing
[12/10/25, 11:56:08â€¯AM] Dariel: Weight is secondary
[12/10/25, 11:56:13â€¯AM] Dariel: Though ideally you want small and light
[12/10/25, 11:56:21â€¯AM] Dariel: Especially for daily comfy carry
[12/10/25, 11:56:25â€¯AM] ~â€¯Florentin: As I said, more weight also equals less recoil, meaning return to target is fatser, which actually matters, not your bullshit 8 ounces difference of sitting in a chair all day.
[12/10/25, 11:56:35â€¯AM] ~â€¯Ethan: Comfort is number 1 because if itâ€™s not somewhat comfortable (carrying will never be fully comfortable) you will actually carry it. Otherwise youâ€™ll end up ditching it at gome

[12/10/25, 11:57:02â€¯AM] Dariel: With enough practice you can learn to handle recoil
[12/10/25, 11:57:06â€¯AM] ~â€¯Ethan: I raped my sentence there
[12/10/25, 11:57:12â€¯AM] ~â€¯Florentin: To a degree, but we're not talking about an ankle gun or a fucking full-sized steell frame...
[12/10/25, 11:57:22â€¯AM] Dariel: You can ankle carry a Jframe
[12/10/25, 11:57:39â€¯AM] ~â€¯Ethan: Quite frankly you should conceal a full sized Beretta M9A4
[12/10/25, 11:57:41â€¯AM] ~â€¯Florentin: And by not being a twink, you can learn how to handle 8 ounces.
[12/10/25, 11:57:47â€¯AM] Dariel: Though ankle carrying isnt ideal Ive been told the off balance messes up your back
[12/10/25, 11:57:55â€¯AM] Dariel: Why handle more weight when you dont need it
[12/10/25, 11:58:04â€¯AM] ~â€¯Ethan: Leave king twink alone
[12/10/25, 11:58:20â€¯AM] ~â€¯Florentin: You carry more thna 8 ounces in your trousers daily nigga...
[12/10/25, 11:58:32â€¯AM] Dariel: WHY. CARRY. MORE. WEIGHT.
[12/10/25, 11:58:38â€¯AM] Dariel: Phones keys wallet pocket knife
[12/10/25, 11:58:41â€¯AM] Dariel: All weigh
[12/10/25, 11:58:44â€¯AM] Dariel: Gun even more
[12/10/25, 11:58:46â€¯AM] ~â€¯Florentin: You don;t need the extra weight or length, cut it off. This is how you sound.
[12/10/25, 11:58:46â€¯AM] ~â€¯Nicholas Hing: Does the gun shoot ðŸ—¿
[12/10/25, 11:58:58â€¯AM] ~â€¯Nicholas Hing: If yes, then we good ðŸ¤™
[12/10/25, 11:59:01â€¯AM] Dariel: Exactly. You dont need the extra weight
[12/10/25, 11:59:07â€¯AM] Dariel: If it doesnt then its a paperweight brother
[12/10/25, 11:59:08â€¯AM] ~â€¯Ethan: Nicholas rn
â€Ž[12/10/25, 11:59:09â€¯AM] ~â€¯Ethan: â€Žsticker omitted
[12/10/25, 11:59:14â€¯AM] Dariel: A blunt projectile
[12/10/25, 11:59:19â€¯AM] ~â€¯EJ Tamayo: Yes, very good
[12/10/25, 11:59:24â€¯AM] ~â€¯Florentin: Nigga, you really arguing why polymer is better than metal over 8 ounces. WOW.
[12/10/25, 11:59:25â€¯AM] Dariel: Smack em with it and run ðŸ¤£
[12/10/25, 11:59:43â€¯AM] ~â€¯Ethan: Itâ€™s also substantially cheaper but thatâ€™s a whole other question lol
[12/10/25, 11:59:44â€¯AM] Dariel: Yep. I want the lightest thing possible for comfort
[12/10/25, 11:59:48â€¯AM] Dariel: ANd PRICEEEE
[12/10/25, 11:59:51â€¯AM] Dariel: Exactly
[12/10/25, 12:00:04â€¯PM] Dariel: Flo is raging hard poor guy
[12/10/25, 12:00:06â€¯PM] ~â€¯Dante: I hate Wynwood so much
[12/10/25, 12:00:10â€¯PM] ~â€¯Florentin: Price is a far better argument than 8 ouncers of added wieght.
[12/10/25, 12:00:11â€¯PM] ~â€¯Nicholas Hing: Iâ€™m pretty sure the least of my worries is gonna be what kind of weight or aesthetic differences are on a gun when I just need something for defense
[12/10/25, 12:00:19â€¯PM] Dariel: Used to be so much worse dude
[12/10/25, 12:00:19â€¯PM] ~â€¯Ethan: 8 oz is the weight of a cup of water btw
[12/10/25, 12:00:19â€¯PM] ~â€¯Florentin: I get the price thing, but not 8 fucking ounces.
[12/10/25, 12:00:22â€¯PM] Dariel: SOOO Much worse
â€Ž[12/10/25, 12:00:29â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:00:38â€¯PM] ~â€¯Nicholas Hing: Screw it, if a musket does it better, then round up some redcoats ðŸ—¿
[12/10/25, 12:00:49â€¯PM] Dariel: Cup of water on your belt or ankle all damned day plus the rest of your EDC
[12/10/25, 12:00:55â€¯PM] ~â€¯Ethan: I feel like Iâ€™m getting raped by heat when I go there itâ€™s just fucking concrete and tourists
[12/10/25, 12:00:58â€¯PM] Dariel: I had a musket for a bit
[12/10/25, 12:01:07â€¯PM] Dariel: Sold it to some collector in Gainesville
[12/10/25, 12:01:11â€¯PM] ~â€¯Ethan: Thatâ€™s what Iâ€™m saying thatâ€™s in addition to the rest of the weight and a mag full of ammo
[12/10/25, 12:01:12â€¯PM] ~â€¯Florentin: Bro, you have a j frame "metal" gun, wtf are you

onm about? Stop the ragebait nigga.
[12/10/25, 12:01:17â€¯PM] ~â€¯Dante: Itâ€™s still hell on earth it just has a new coat of paint on it
[12/10/25, 12:01:23â€¯PM] ~â€¯Nicholas Hing: â€œJust as the founding fathers intendedâ€ ðŸ˜Œ
â€Ž[12/10/25, 12:01:28â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:01:48â€¯PM] ~â€¯Ethan: Itâ€™s light weight aluminum in all fairness
[12/10/25, 12:01:50â€¯PM] Dariel: I got that cause of the pretty engravings but im looking for an antique hat gun
[12/10/25, 12:01:55â€¯PM] Dariel: Like a ladies gun tiny tiny tiny
[12/10/25, 12:02:01â€¯PM] ~â€¯Florentin: What we should really argue about is your terrible choice of carry instead.
[12/10/25, 12:02:12â€¯PM] ~â€¯Ethan: The damn Wynwood walls cost money for the last couple years and it drives me insane that shit used to be free
[12/10/25, 12:02:19â€¯PM] ~â€¯Ethan: Like whoâ€™s capitalizing on this bullshit
[12/10/25, 12:02:20â€¯PM] Dariel: Nah bro that area used to be Miamiâ€™s skid row the warehouse district
â€Ž[12/10/25, 12:02:32â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:02:39â€¯PM] ~â€¯Florentin: The j-frame is good, but it's a 6 shooter as far as I'm aware. Fucking sucks. Also, good luck reloading if you get caught in a firefihght.
[12/10/25, 12:02:55â€¯PM] Dariel: If you need more than 6 bullets youre a SHIT shot
[12/10/25, 12:03:04â€¯PM] ~â€¯Ethan: This is absurdly false
[12/10/25, 12:03:10â€¯PM] ~â€¯Nicholas Hing: What if you have more than 6 targets
[12/10/25, 12:03:17â€¯PM] Dariel: Who are you batman?
[12/10/25, 12:03:27â€¯PM] Dariel: A rogues gallery of guys is coming after you people?
[12/10/25, 12:03:37â€¯PM] ~â€¯Florentin: Sure, but having more bullets is always an advantage nigga. This is simple logic.
[12/10/25, 12:03:40â€¯PM] Dariel: How many enemies do you people have
[12/10/25, 12:03:46â€¯PM] ~â€¯Florentin: Wheel guns are unpopular for a reason.
[12/10/25, 12:03:48â€¯PM] ~â€¯Ethan: In real shooting scenarios the average POLICE OFFICER misses roughly half or more of his shots. And to stop a threat if they donâ€™t give up on the first shot takes 2-3. There is very much a chance YOU will miss the majority and this is with ONE TARGET
[12/10/25, 12:03:54â€¯PM] Dariel: Cool then carry a belt fed gun if you neeeed so much ammo
[12/10/25, 12:03:59â€¯PM] ~â€¯Nicholas Hing: Half the country considers me their enemy
[12/10/25, 12:04:10â€¯PM] Dariel: You know you realistically will never shoot someone right?
[12/10/25, 12:04:12â€¯PM] ~â€¯Ethan: If you have 2 targets 6 rounds is 100% not enough, and with 1 itâ€™s already EXTREMELY questionable
[12/10/25, 12:04:17â€¯PM] ~â€¯Florentin: If wheel guns were so much better, everyone would carry them, which they fucking don't anymore.
[12/10/25, 12:04:24â€¯PM] ~â€¯Ethan: Then donâ€™t carry a gun ðŸ˜
[12/10/25, 12:04:31â€¯PM] ~â€¯Ethan: If thatâ€™s your out take
[12/10/25, 12:04:35â€¯PM] ~â€¯Dante: Trvke
[12/10/25, 12:04:38â€¯PM] Dariel: Usually just presenting the gun is more than enough
[12/10/25, 12:04:41â€¯PM] ~â€¯Ethan: Either be prepared or donâ€™t
[12/10/25, 12:04:45â€¯PM] Dariel: Youre gonna need a lot of ammo dog
[12/10/25, 12:04:48â€¯PM] Dariel: 150 million
[12/10/25, 12:04:49â€¯PM] ~â€¯Florentin: NO, but 15 or 17 rounds is better than 6.
[12/10/25, 12:04:50â€¯PM] ~â€¯Nicholas Hing: 3d print a gun prop
[12/10/25, 12:04:51â€¯PM] ~â€¯Ethan: Technically, but when itâ€™s not enough youâ€™re raped
[12/10/25, 12:04:56â€¯PM] ~â€¯Nicholas Hing: I can make that for u
â€Ž[12/10/25, 12:04:58â€¯PM] Dariel: â€ŽGIF omitted
[12/10/25, 12:05:05â€¯PM] Dariel: Carry something like that then
[12/10/25, 12:05:08â€¯PM] ~â€¯Ethan: Cause presenting without a plan can lead to you dying quite often
[12/10/25, 12:05:15â€¯PM] Dariel: If youre sooo worried about gaggles of folks attacking you

[12/10/25, 12:05:32â€¯PM] ~â€¯Ethan: Or just carry a typical micro compact that carries 10-13 rounds
[12/10/25, 12:05:36â€¯PM] ~â€¯Florentin: Bro is a fucking Democrat and a fed.
â€Ž[12/10/25, 12:05:44â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:05:49â€¯PM] Dariel: Poor Flo is raging so hard
â€Ž[12/10/25, 12:06:05â€¯PM] ~â€¯Nicholas Hing: â€Žvideo omitted
[12/10/25, 12:06:05â€¯PM] ~â€¯Ethan: Just as concealable as the J frame and with way more rounds
[12/10/25, 12:06:15â€¯PM] ~â€¯Florentin: You literally regurgitate the anti-gun points... Fucking commie.
[12/10/25, 12:06:15â€¯PM] Dariel: You people do know that most gun owners never have to shoot someone right?
[12/10/25, 12:06:25â€¯PM] Dariel: Like thats just a fact
â€Ž[12/10/25, 12:06:32â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:06:34â€¯PM] ~â€¯Florentin: Good. We're not arguiong for that nigga.
[12/10/25, 12:06:37â€¯PM] Dariel: Raging so hard pobrecito
[12/10/25, 12:06:49â€¯PM] ~â€¯Florentin: Are you retarded or something?
[12/10/25, 12:06:50â€¯PM] Dariel: Youre saying to carry a billion bullets just in case
[12/10/25, 12:06:58â€¯PM] Dariel: But statistically speaking youll never need it
[12/10/25, 12:07:03â€¯PM] ~â€¯Cristian Lauzurique: When we running that Minecraft server
[12/10/25, 12:07:06â€¯PM] Dariel: Keep raging its marvelous
[12/10/25, 12:07:08â€¯PM] ~â€¯Nicholas Hing: This is true, but the purpose of these talks is all for the purpose of â€œwhat would best do the job for me *if*â€¦â€
[12/10/25, 12:07:10â€¯PM] Dariel: Next semester
[12/10/25, 12:07:20â€¯PM] ~â€¯Florentin: 13, 15, or 17 round capacity is better tahn 6 nigga. That's my fucking point.
â€Ž[12/10/25, 12:07:23â€¯PM] ~â€¯Ethan: â€Žimage omitted
[12/10/25, 12:07:27â€¯PM] ~â€¯Ethan: Very tiny
[12/10/25, 12:07:30â€¯PM] Dariel: By that logic then carry a bazooka vaporize them all
[12/10/25, 12:07:47â€¯PM] ~â€¯Dante: Based btw
[12/10/25, 12:07:51â€¯PM] Dariel: No one messes with the man with the rocket launcher
[12/10/25, 12:07:52â€¯PM] ~â€¯Florentin: â€ŽThis message was deleted.
[12/10/25, 12:07:52â€¯PM] Dariel: Easy W
[12/10/25, 12:08:01â€¯PM] Dariel: Keep ragingggggg
[12/10/25, 12:08:04â€¯PM] ~â€¯EJ Tamayo: Based
[12/10/25, 12:08:10â€¯PM] ~â€¯Florentin: Yes.
[12/10/25, 12:08:18â€¯PM] ~â€¯Ethan: @â¨Darielâ©
[12/10/25, 12:08:21â€¯PM] ~â€¯Nicholas Hing: A bazooka for home defense ðŸ—¿
[12/10/25, 12:08:26â€¯PM] Dariel: Beautiful and tiny
[12/10/25, 12:08:32â€¯PM] ~â€¯Nicholas Hing: My wife and kids will get blown up too ðŸ˜
[12/10/25, 12:09:34â€¯PM] ~â€¯Florentin: â€ŽDariel removed ~â€¯Florentin
[12/10/25, 12:08:36â€¯PM] ~â€¯Ethan: Exactly with much greater capacity
[12/10/25, 12:08:45â€¯PM] Dariel: The burglar can have a little explosion as a treat
[12/10/25, 12:08:48â€¯PM] Dariel: Rip the house though
[12/10/25, 1:29:04â€¯PM] ~â€¯Florentin: â€Ž~â€¯Florentin was added
[12/10/25, 12:08:48â€¯PM] ~â€¯Florentin: @â¨Darielâ© will argue next why no one should own more than a musket because guns are scawwy or something retarded like that.
[12/10/25, 12:08:50â€¯PM] Dariel: And the family
[12/10/25, 12:08:55â€¯PM] ~â€¯Ethan: Much more serious defensive weapon than the J frame although the j frame is beautiful in its own regards
[12/10/25, 12:09:03â€¯PM] ~â€¯Nicholas Hing: My house, rip ME ðŸ˜
[12/10/25, 12:09:03â€¯PM] Dariel: When have I said anything like that
[12/10/25, 12:09:03â€¯PM] ~â€¯Ethan: The Shield Plus is also fairly cheap
[12/10/25, 12:09:17â€¯PM] ~â€¯Florentin: â€ŽThis message was deleted.
[12/10/25, 12:09:18â€¯PM] Dariel: Small price to pay for freedom dawg
[12/10/25, 12:09:39â€¯PM] Dariel: Ciao
[12/10/25, 12:09:44â€¯PM] ~â€¯Nicholas Hing: Brick in the wall ahh comment ðŸ«©
[12/10/25, 12:09:52â€¯PM] Dariel: Just another brick in the wall
[12/10/25, 12:10:00â€¯PM] ~â€¯EJ Tamayo: Is that a Smith & Wesson shield?
[12/10/25, 12:10:02â€¯PM] ~â€¯Ethan: Own a musket for home defense, since that's what the

founding fathers intended. Four ruffians break into my house. "What the devil?" As I grab my powdered wig and Kentucky rifle. Blow a golf ball sized hole through the first man, he's dead on the spot. Draw my pistol on the second man, miss him entirely because it's smoothbore and nails the neighbors dog. I have to resort to the cannon mounted at the top of the stairs loaded with grape shot, "Tally ho lads" the grape shot shreds two men in the blast, the sound and extra shrapnel set off car alarms. Fix bayonet and charge the last terrified rapscallion. He Bleeds out waiting on the police to arrive since triangular bayonet wounds are impossible to stitch up. Just as the founding fathers intended.
[12/10/25, 12:10:18â€¯PM] Dariel: Dude they unironically do CRAZY damage
[12/10/25, 12:10:20â€¯PM] ~â€¯Nicholas Hing: TALLY HO LADS ðŸ—£ï¸ðŸ—£ï¸â€¼ï¸â€¼ï¸â€¼ï¸
[12/10/25, 12:10:24â€¯PM] Dariel: A musket will FUCK YOU UPPPP
[12/10/25, 12:10:35â€¯PM] Dariel: Problem is faggy reload time
[12/10/25, 12:11:00â€¯PM] ~â€¯Nicholas Hing: So we gon gatekeep this jaun? ðŸ«©
[12/10/25, 12:11:00â€¯PM] ~â€¯Dante: I havenâ€™t been paying attention whatâ€™s the argument about
[12/10/25, 12:11:04â€¯PM] ~â€¯EJ Tamayo: Simple, modify it and give it a 100 round drum mag
[12/10/25, 12:11:11â€¯PM] Dariel: Theyre rather beautiful too they make good wall decor
[12/10/25, 12:11:18â€¯PM] Dariel: B A S E D
[12/10/25, 12:11:22â€¯PM] Dariel: Or
[12/10/25, 12:11:25â€¯PM] ~â€¯Nicholas Hing: Flo been raging about Darielâ€™s choice of gun and aesthetic features for guns
[12/10/25, 12:11:28â€¯PM] Dariel: Go big or go home gentlemen get a cannon
[12/10/25, 12:11:29â€¯PM] ~â€¯Nicholas Hing: L argument
[12/10/25, 12:11:31â€¯PM] ~â€¯Ethan: Effectiveness of different firearms. Dariel wants to use little J frame revolver to defend his life
[12/10/25, 12:11:37â€¯PM] Dariel: Aimed at the front door
[12/10/25, 12:11:42â€¯PM] ~â€¯Ethan: This is the way
[12/10/25, 12:11:44â€¯PM] ~â€¯Nicholas Hing: Bro forget allat
[12/10/25, 12:11:51â€¯PM] ~â€¯Nicholas Hing: Iâ€™ll just build a turret
[12/10/25, 12:11:59â€¯PM] ~â€¯Dante: Hitting the home invaders with Grapeshot
[12/10/25, 12:12:00â€¯PM] ~â€¯EJ Tamayo: Reloading? Not a problem anymore
â€Ž[12/10/25, 12:12:02â€¯PM] Dariel: â€ŽGIF omitted
[12/10/25, 12:12:12â€¯PM] ~â€¯Nicholas Hing: Love portal ðŸ˜Œ
[12/10/25, 12:12:15â€¯PM] Dariel: Inshallah theyre now swiss cheese
[12/10/25, 12:12:20â€¯PM] Dariel: Hell yeah!
[12/10/25, 12:12:26â€¯PM] ~â€¯Ethan: Mashallah *
[12/10/25, 12:12:29â€¯PM] ~â€¯Ethan: In this case â€Ž<This message was edited>
[12/10/25, 12:12:35â€¯PM] ~â€¯EJ Tamayo: My dad got an AR pistol and that thing is so fun to shoot
[12/10/25, 12:12:38â€¯PM] ~â€¯Nicholas Hing: I played all the mod storylines, so goated
[12/10/25, 12:12:43â€¯PM] ~â€¯Nicholas Hing: We need a number 3
[12/10/25, 12:12:52â€¯PM] Dariel: Big facts.
[12/10/25, 12:12:56â€¯PM] Dariel: Such fun games
[12/10/25, 12:13:02â€¯PM] Dariel: And the story is neat too
[12/10/25, 12:13:15â€¯PM] ~â€¯Nicholas Hing: My pops got me an AR rifle like 4 years ago that shoots .22, good on firepower, cheap on ammo ðŸ˜Œ
[12/10/25, 12:13:22â€¯PM] Dariel: I love stephen merchants voice acting in it
[12/10/25, 12:13:26â€¯PM] ~â€¯Nicholas Hing: But bro has hidden it from me
[12/10/25, 12:13:29â€¯PM] ~â€¯EJ Tamayo: My dad's AR pistol shoots 556
[12/10/25, 12:13:44â€¯PM] ~â€¯Ethan: AR â€œpistolâ€s are the best home defense weapons despite what the boomers say
[12/10/25, 12:13:45â€¯PM] ~â€¯Nicholas Hing: Le W
[12/10/25, 12:13:54â€¯PM] Dariel: Arent they rather cheap too
[12/10/25, 12:13:58â€¯PM] Dariel: Great guns overall
[12/10/25, 12:13:59â€¯PM] ~â€¯Nicholas Hing: Exactly bro, theyâ€™re scarier
[12/10/25, 12:13:59â€¯PM] ~â€¯Ethan: Kind of
[12/10/25, 12:14:11â€¯PM] Dariel: Nothing scarier than the boomstick

[12/10/25, 12:14:20â€¯PM] ~â€¯Nicholas Hing: ðŸ'¹ðŸ'¹ðŸ'¹
[12/10/25, 12:14:21â€¯PM] ~â€¯EJ Tamayo: Facts
[12/10/25, 12:14:29â€¯PM] ~â€¯Ethan: Not about being scarier, shotguns win that category. Theyâ€™re easily more effective than shotguns though in overall practicality
â€Ž[12/10/25, 12:14:53â€¯PM] Dariel: â€ŽGIF omitted
[12/10/25, 12:15:03â€¯PM] ~â€¯EJ Tamayo: They're pretty light compared to a full AR, they're smaller and they still pack a lunch
[12/10/25, 12:15:04â€¯PM] Dariel: Shotguns make a huge mess though
[12/10/25, 12:15:04â€¯PM] ~â€¯Ethan: Pistol caliber carbines are also good but not as good (Iâ€™d maybe consider one just to train with it more and save a lot of money on ammo)
[12/10/25, 12:15:08â€¯PM] ~â€¯Nicholas Hing: You ask your average person what â€œgun buildâ€ looks scarier, I guarantee you the rifle wins by a solid majority
[12/10/25, 12:15:18â€¯PM] ~â€¯Ethan: Fair
[12/10/25, 12:15:19â€¯PM] ~â€¯Dante: Slop but also kino movie franchise
[12/10/25, 12:15:41â€¯PM] Dariel: I had a neighbor who shot a robber with one and the Miami CSI special cleaning crew had to clean his bitts off his walls and floor
[12/10/25, 12:15:56â€¯PM] ~â€¯Ethan: .556 or .300 blackout though you really canâ€™t beat it
[12/10/25, 12:16:03â€¯PM] Dariel: Took them three days to clean bro up
[12/10/25, 12:16:09â€¯PM] ~â€¯EJ Tamayo: Fr
[12/10/25, 12:16:15â€¯PM] ~â€¯Ethan: Bro got eviscerated
[12/10/25, 12:16:16â€¯PM] Dariel: Wheres the robber oh theres a little of him here a little there and so on
[12/10/25, 12:16:22â€¯PM] ~â€¯Nicholas Hing: Three days is nuts
[12/10/25, 12:16:25â€¯PM] Dariel: He blasted him like 6 times
[12/10/25, 12:16:30â€¯PM] Dariel: You can only imagine the mess
[12/10/25, 12:16:32â€¯PM] ~â€¯Nicholas Hing: Bro painted the roses and the walls red ðŸ'€
[12/10/25, 12:16:32â€¯PM] ~â€¯EJ Tamayo: The day I turn 21 im buying all the guns I can
â€Ž[12/10/25, 12:16:34â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[12/10/25, 12:16:40â€¯PM] Dariel: If they had to bring in the fucking CSI cleanup crew bro
â€Ž[12/10/25, 12:16:46â€¯PM] ~â€¯Nicholas Hing: â€ŽGIF omitted
[12/10/25, 12:16:47â€¯PM] Dariel: Guy kept coming at him
[12/10/25, 12:16:55â€¯PM] Dariel: It was some like crackhead or something
[12/10/25, 12:16:58â€¯PM] Dariel: He wouldnt go down
[12/10/25, 12:16:58â€¯PM] ~â€¯Nicholas Hing: ðŸ˜
[12/10/25, 12:17:04â€¯PM] Dariel: And he just started blasting
[12/10/25, 12:17:09â€¯PM] ~â€¯Ethan: Crackheads are like zombies man
[12/10/25, 12:17:22â€¯PM] Dariel: Look up the youtube compilations of crackheads cant die
â€Ž[12/10/25, 12:17:31â€¯PM] ~â€¯EJ Tamayo: â€ŽGIF omitted
[12/10/25, 12:17:34â€¯PM] Dariel: Theres one og a guy who jumps off a house and lands like spiderman
[12/10/25, 12:17:39â€¯PM] Dariel: He broke his legs and shit
[12/10/25, 12:17:43â€¯PM] Dariel: And kept walking
[12/10/25, 12:17:50â€¯PM] Dariel: Theyre superheros
[12/10/25, 12:18:02â€¯PM] ~â€¯Ethan: Patriot. Iâ€™m probably just gonna go for the M&P 2.0 compact and get a light and everything else for it. In the future Iâ€™d probably aim to get an AR platform or PCC but I live in a turbo tiny apartment so idk
â€Ž[12/10/25, 12:18:04â€¯PM] ~â€¯Nicholas Hing: â€Žimage omitted
[12/10/25, 12:18:14â€¯PM] ~â€¯EJ Tamayo: We need them in our armed forces then ðŸ˜‚
[12/10/25, 12:18:24â€¯PM] Dariel: Nazis did it and it worked great
[12/10/25, 12:18:38â€¯PM] Dariel: Amped them up with amphetamines and sent them to rape Floâ€™s relatives
â€Ž[12/10/25, 12:18:47â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[12/10/25, 12:18:48â€¯PM] Dariel: Blitzkrieg was based as fuck btw
[12/10/25, 12:19:00â€¯PM] ~â€¯EJ Tamayo: I already got a 9mm for my high school graduation gift, and iirc my uncle has a shotgun he's gonna give me when Im old enough
[12/10/25, 12:19:10â€¯PM] ~â€¯EJ Tamayo: Facts
[12/10/25, 12:19:26â€¯PM] Dariel: It was unironically impressive tactics not gonna lie

[12/10/25, 12:19:37â€¯PM] Dariel: Took out half the continent like it was nothing
[12/10/25, 12:19:42â€¯PM] ~â€¯EJ Tamayo: Yeah that shit worked a little too good ðŸ˜‚
[12/10/25, 12:19:50â€¯PM] ~â€¯Ethan: It was impressive, problem is when it slowed down lol
[12/10/25, 12:19:55â€¯PM] Dariel: And they lost minimal casualties which is the craziest thing
[12/10/25, 12:20:15â€¯PM] ~â€¯Dante: Bro went through a dog round on Kino
[12/10/25, 12:20:16â€¯PM] Dariel: The US was based though
[12/10/25, 12:20:24â€¯PM] Dariel: FETCH ME THEIR SOULSSSS
[12/10/25, 12:20:35â€¯PM] Dariel: Shit gave me nightmares as a kid
[12/10/25, 12:20:41â€¯PM] ~â€¯Ethan: Victory by extreme logistics, nothing beats it
[12/10/25, 12:20:51â€¯PM] Dariel: Victory by throwing endless manpower
[12/10/25, 12:21:05â€¯PM] ~â€¯Ethan: That was the Soviet tactic
[12/10/25, 12:21:05â€¯PM] Dariel: Whilst the rest of europe was dying we kept shipping off GIâ€™s
[12/10/25, 12:21:22â€¯PM] ~â€¯Ethan: US was far more coordinated than troop spam
[12/10/25, 12:21:28â€¯PM] Dariel: Oh nooo the battalion died. NEXT
[12/10/25, 12:21:32â€¯PM] Dariel: And rinse and repeat it worked wonders
[12/10/25, 12:21:33â€¯PM] ~â€¯Ethan: Soviets were pure manpower spam
[12/10/25, 12:21:37â€¯PM] Dariel: Air support on top of that
[12/10/25, 12:21:42â€¯PM] ~â€¯EJ Tamayo: Yep
[12/10/25, 12:21:46â€¯PM] Dariel: And endless supply trains
[12/10/25, 12:22:01â€¯PM] ~â€¯Ethan: US = Logistics
Soviet Union = troop spam â€Ž<This message was edited>
[12/10/25, 12:22:09â€¯PM] Dariel: Soam
[12/10/25, 12:22:15â€¯PM] ~â€¯EJ Tamayo: Imagine we had shit like the AC-130, F22, A10 and B2/B21 in WW2
[12/10/25, 12:22:19â€¯PM] ~â€¯Ethan: Not to mention the US gave the Sovietâ€™s much of their equipment
[12/10/25, 12:22:34â€¯PM] Dariel: We gave them allll equipment
[12/10/25, 12:22:37â€¯PM] Dariel: We sold guns to all sides
[12/10/25, 12:22:41â€¯PM] ~â€¯EJ Tamayo: We beat the fuckin British as a bunch of farmer rednecks thanks to logistics ðŸ˜‚
[12/10/25, 12:22:49â€¯PM] Dariel: Weâ€™re just businessmen doing business
[12/10/25, 12:22:59â€¯PM] ~â€¯Ethan: That was WW1 in the beginning, not exactly the case in WW2
[12/10/25, 12:23:10â€¯PM] ~â€¯Ethan: Sweden however sold the bofors AA guns and other shit to EVERYONE
[12/10/25, 12:23:20â€¯PM] ~â€¯Ethan: all sides of that war had their 20mm and 40mm AA guns
[12/10/25, 12:23:42â€¯PM] Dariel: Not directly due to the neutrality act but we sold them the raw materials to build that shit
[12/10/25, 12:23:46â€¯PM] ~â€¯Ethan: Switzerland meanwhile was storing all the gold
[12/10/25, 12:23:54â€¯PM] ~â€¯Ethan: Raw materials yes
[12/10/25, 12:23:56â€¯PM] Dariel: Via German subsidiaries of course
[12/10/25, 12:24:01â€¯PM] Dariel: Based
[12/10/25, 12:24:10â€¯PM] ~â€¯EJ Tamayo: https://www.instagram.com/reel/DSBLGKQgY-o/?igsh=ZHg1Nmp5enl0djE1
[12/10/25, 12:24:11â€¯PM] Dariel: Though England france and a few others sent us their gold
[12/10/25, 12:24:12â€¯PM] Dariel: For um
[12/10/25, 12:24:15â€¯PM] Dariel: Safe keeping of course
[12/10/25, 12:24:21â€¯PM] ~â€¯EJ Tamayo: Definetely
[12/10/25, 12:24:24â€¯PM] ~â€¯Ethan: Sweden truly was the one fully neutral country besides Switzerland though
[12/10/25, 12:24:34â€¯PM] Dariel: Weâ€™re just businessmen doing business
â€Ž[12/10/25, 12:24:51â€¯PM] Dariel: â€Žimage omitted
[12/10/25, 12:24:53â€¯PM] ~â€¯Ethan: â€œI was a business manâ€¦ doing businessâ€
[12/10/25, 12:24:57â€¯PM] ~â€¯Ethan: Classic
[12/10/25, 12:24:59â€¯PM] Dariel: Beat you beat


FREE SHIPPING ON ORDERS OVER $99
FIREARMS
SHOP S&W®
SUPPRESSORS
LEARN
SUPPORT
LE/MILITARY
S&W ACADEMY
HOME / M&P 2.0 COMPACT / M&P®9 M2.0 4 INCH OPTICS READY NO THUMB SAFETY FLAT DARK EARTH COMPACT SERIES
M&P 2.0 COMPACT SERIES
MSRP: $699.00
SKU: 13572
WHERE TO BUY
TECH SPECS
DOWNLOADS
COMPATIBLE ACCESSORIES

[11/28/25, 11:37:15â€¯PM] ~â€¯Marianna Garrido: This is hilarious
[11/28/25, 11:37:33â€¯PM] ~â€¯sam: yall funny
[11/28/25, 11:37:38â€¯PM] ~â€¯Ethan: I hope youâ€™ve been taking notes
[11/28/25, 11:37:50â€¯PM] ~â€¯Marianna Garrido: Yessir
â€Ž[11/28/25, 11:37:53â€¯PM] ~â€¯Dante: â€Žsticker omitted
[11/28/25, 11:37:58â€¯PM] ~â€¯Marianna Garrido: Iâ€™ll share my findings at a later date
[11/28/25, 11:38:06â€¯PM] ~â€¯Ethan: Perfect. Iâ€™ll be happy to be in the lab report
â€Ž[11/28/25, 11:38:30â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[11/28/25, 11:38:31â€¯PM] ~â€¯Marianna Garrido: Unrelated but I just finished the biggest lab report of my life
[11/28/25, 11:38:37â€¯PM] ~â€¯Marianna Garrido: Hold on
â€Ž[11/28/25, 11:38:44â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[11/28/25, 11:38:54â€¯PM] ~â€¯Ethan: Sheâ€™s going to take our cranium measurements
â€Ž[11/28/25, 11:39:08â€¯PM] ~â€¯Marianna Garrido: â€Žimage omitted
[11/28/25, 11:39:12â€¯PM] Dariel: Phrenology is based
[11/28/25, 11:39:21â€¯PM] ~â€¯Marianna Garrido: 10 PAGES
[11/28/25, 11:39:23â€¯PM] ~â€¯Dante: Holy
[11/28/25, 11:39:25â€¯PM] Dariel: I have a book on it from the 1840s somewhere
[11/28/25, 11:39:26â€¯PM] ~â€¯Ethan: Thatâ€™s just tragic
[11/28/25, 11:39:27â€¯PM] Dariel: Its total slop
[11/28/25, 11:39:29â€¯PM] Dariel: Jeez

[11/28/25, 11:39:29â€¯PM] Dariel: Jeez
[11/28/25, 11:39:32â€¯PM] Dariel: You poor thing
[11/28/25, 11:39:37â€¯PM] ~â€¯Marianna Garrido: 3148 words
[11/28/25, 11:39:38â€¯PM] ~â€¯Ethan: 10 pages on what exactly
[11/28/25, 11:39:38â€¯PM] ~â€¯sam: congrats â¤ï¸â¤ï¸
[11/28/25, 11:39:42â€¯PM] Dariel: Lets hope you get an A
[11/28/25, 11:39:47â€¯PM] Dariel: Garbage duh
[11/28/25, 11:39:48â€¯PM] ~â€¯Dante: True, congratulations
[11/28/25, 11:39:50â€¯PM] ~â€¯Marianna Garrido: FR PRAY
[11/28/25, 11:39:55â€¯PM] ~â€¯sam: wowza
[11/28/25, 11:39:57â€¯PM] ~â€¯Ethan: If she doesnâ€™t she just has to Swiss cheese the professor at that point
[11/28/25, 11:40:10â€¯PM] ~â€¯Ethan: Air them out
[11/28/25, 11:40:13â€¯PM] ~â€¯Marianna Garrido: I donâ€™t even wanna ask what that is
[11/28/25, 11:40:17â€¯PM] Dariel: Nowadays though people use the magic AI
[11/28/25, 11:40:26â€¯PM] ~â€¯sam: what does that even mean
[11/28/25, 11:40:32â€¯PM] Dariel: I saw Jose do a whole report using his and it was amazing
[11/28/25, 11:40:32â€¯PM] ~â€¯Ethan: Putting holes in them via means of firearm
[11/28/25, 11:40:33â€¯PM] ~â€¯sam: same
[11/28/25, 11:40:40â€¯PM] Dariel: You guys are dumb
[11/28/25, 11:40:41â€¯PM] ~â€¯Marianna Garrido: Oh
[11/28/25, 11:40:45â€¯PM] Dariel: How did you not figure it out
[11/28/25, 11:40:48â€¯PM] Dariel: Context clues guys
[11/28/25, 11:40:53â€¯PM] Dariel: Swiss cheese is full of holes
[11/28/25, 11:41:00â€¯PM] ~â€¯Ethan: Theyâ€™re women be patient ðŸ˜”ðŸ™
[11/28/25, 11:41:03â€¯PM] ~â€¯Marianna Garrido: Listen clearly I lost my brain cells on that report

â€Ž[12/8/25, 12:10:29â€¯PM] ~â€¯Ethan: â€Žimage omitted
[12/8/25, 12:10:31â€¯PM] ~â€¯Ethan: Fascinating
[12/8/25, 12:10:47â€¯PM] Dariel: Bruh
[12/8/25, 12:10:58â€¯PM] Dariel: Notice the tranny
[12/8/25, 12:11:03â€¯PM] ~â€¯Ethan: Lmao
[12/8/25, 12:11:10â€¯PM] ~â€¯Dante: We do a little relaxing
â€Ž[12/8/25, 12:11:20â€¯PM] ~â€¯Dante: â€Žimage omitted
â€Ž[12/8/25, 12:11:23â€¯PM] ~â€¯Dante: â€Žimage omitted
[12/8/25, 12:11:31â€¯PM] ~â€¯Ethan: Letâ€™s go blow up dolphin mall with an explosive device or something â€Ž<This message was edited>
[12/8/25, 12:11:33â€¯PM] ~â€¯EJ Tamayo: Nice
[12/8/25, 12:11:44â€¯PM] ~â€¯EJ Tamayo: Also what did you think of Saosin @â¨~Danteâ©?
[12/8/25, 12:11:54â€¯PM] ~â€¯EJ Tamayo: That's, surprising
[12/8/25, 12:12:20â€¯PM] ~â€¯Dante: Chill brah let me finish the record first
[12/8/25, 12:12:29â€¯PM] ~â€¯Ethan: Ok tomorrow then
[12/8/25, 12:12:38â€¯PM] ~â€¯Dante: I liked it a lot I saved the album
[12/8/25, 12:12:47â€¯PM] Dariel: Telling matthew to make sure if they vote that theyre members
[12/8/25, 12:12:51â€¯PM] ~â€¯Ethan: Have to vote in the CR election prior to committing a terrorist attack
[12/8/25, 12:12:53â€¯PM] Dariel: Otherwise were tossing their votes out
[12/8/25, 12:12:57â€¯PM] ~â€¯EJ Tamayo: W, glad you enjoyed it
[12/8/25, 12:13:16â€¯PM] ~â€¯Ethan: Hope youâ€™re paying close attention to the votes to catch anything weird early
[12/8/25, 12:13:53â€¯PM] Dariel: Matthew is on it
[12/8/25, 12:14:02â€¯PM] Dariel: We are invalidating all non member votes
[12/8/25, 12:14:48â€¯PM] ~â€¯sam: of course
[12/8/25, 12:16:53â€¯PM] ~â€¯EJ Tamayo: Chat did you see that some dude is claiming there is gonna be a huge worldwide flood on Christmas day

[11/28/25, 10:32:26â€¯PM] ~â€¯sam: but just gotta pray God protects me â
[11/28/25, 10:32:35â€¯PM] ~â€¯Dante: Pack some bear mace or something
[11/28/25, 10:32:36â€¯PM] ~â€¯Marianna Garrido: He will girl ðŸ«¶ðŸ»
[11/28/25, 10:32:49â€¯PM] ~â€¯Ethan: I generally support law enforcement but broward county sheriffs office can EAT MY FUCKING DICKâ€¼ï¸
[11/28/25, 10:32:52â€¯PM] ~â€¯sam: I have pepper spray ðŸ'
[11/28/25, 10:33:03â€¯PM] ~â€¯Marianna Garrido: Good
[11/28/25, 10:33:18â€¯PM] ~â€¯Ethan: He will but he also provides you methods and ability to practice self protection! Remember this
[11/28/25, 10:33:32â€¯PM] ~â€¯Dante: Trvke
[11/28/25, 10:33:35â€¯PM] ~â€¯Marianna Garrido: In summary buy some pepper spray
[11/28/25, 10:33:39â€¯PM] Dariel: That doesnâ€™t stop these people
[11/28/25, 10:33:41â€¯PM] ~â€¯sam: true but im also German maxed
[11/28/25, 10:33:45â€¯PM] ~â€¯sam: im big asf
[11/28/25, 10:33:47â€¯PM] ~â€¯Ethan: Hey she said she has that so thatâ€™s good lol
[11/28/25, 10:33:48â€¯PM] ~â€¯sam: dariel can attest
[11/28/25, 10:33:54â€¯PM] ~â€¯Nicholas Hing: Miami is just an hour from Miami atp
[11/28/25, 10:33:54â€¯PM] Dariel: Many videos of them getting tased and so on
[11/28/25, 10:34:02â€¯PM] Dariel: Youâ€™re not THAT big jeez
[11/28/25, 10:34:13â€¯PM] ~â€¯Dante: Definitely not but itâ€™s better to have that than nothing
[11/28/25, 10:34:22â€¯PM] ~â€¯Ethan: Listen you only need two friends in this life. SMITH and WESSON â€¼ï¸
[11/28/25, 10:34:27â€¯PM] ~â€¯sam: bro not helping my case
[11/28/25, 10:34:33â€¯PM] ~â€¯Marianna Garrido: What a G
[11/28/25, 10:34:45â€¯PM] Dariel: The great equalizer
[11/28/25, 10:35:24â€¯PM] ~â€¯Ethan: Open carrying an 81mm mortar for self defense purposes

[11/28/25, 10:32:26â€¯PM] ~â€¯sam: but just gotta pray God protects me â€¦
[11/28/25, 10:32:35â€¯PM] ~â€¯Dante: Pack some bear mace or something
[11/28/25, 10:32:36â€¯PM] ~â€¯Marianna Garrido: He will girl ðŸ«¶ðŸ»
[11/28/25, 10:32:49â€¯PM] ~â€¯Ethan: I generally support law enforcement but broward county sheriffs office can EAT MY FUCKING DICKâ€¼ï¸
[11/28/25, 10:32:52â€¯PM] ~â€¯sam: I have pepper spray ðŸ‘
[11/28/25, 10:33:03â€¯PM] ~â€¯Marianna Garrido: Good
[11/28/25, 10:33:18â€¯PM] ~â€¯Ethan: He will but he also provides you methods and ability to practice self protection! Remember this
[11/28/25, 10:33:32â€¯PM] ~â€¯Dante: Trvke
[11/28/25, 10:33:35â€¯PM] ~â€¯Marianna Garrido: In summary buy some pepper spray
[11/28/25, 10:33:39â€¯PM] Dariel: That doesnâ€™t stop these people
[11/28/25, 10:33:41â€¯PM] ~â€¯sam: true but im also German maxed
[11/28/25, 10:33:45â€¯PM] ~â€¯sam: im big asf
[11/28/25, 10:33:47â€¯PM] ~â€¯Ethan: Hey she said she has that so thatâ€™s good lol
[11/28/25, 10:33:48â€¯PM] ~â€¯sam: dariel can attest
[11/28/25, 10:33:54â€¯PM] ~â€¯Nicholas Hing: Miami is just an hour from Miami atp
[11/28/25, 10:33:54â€¯PM] Dariel: Many videos of them getting tased and so on
[11/28/25, 10:34:02â€¯PM] Dariel: Youâ€™re not THAT big jeez
[11/28/25, 10:34:13â€¯PM] ~â€¯Dante: Definitely not but itâ€™s better to have that than nothing
[11/28/25, 10:34:22â€¯PM] ~â€¯Ethan: Listen you only need two friends in this life. SMITH and WESSON â€¼ï¸
[11/28/25, 10:34:27â€¯PM] ~â€¯sam: bro not helping my case
[11/28/25, 10:34:33â€¯PM] ~â€¯Marianna Garrido: What a G
[11/28/25, 10:34:45â€¯PM] Dariel: The great equalizer
[11/28/25, 10:35:24â€¯PM] ~â€¯Ethan: Open carrying an 81mm mortar for self defense purposes

road
[12/10/25, 11:17:38â€¯AM] ~â€¯Dante: Idk if you guys saw the UK said that they no longer have the means to main their nuclear submarine program
[12/10/25, 11:18:38â€¯AM] Dariel: https://www.instagram.com/p/DSFsdBSDm_b/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ==
[12/10/25, 11:18:44â€¯AM] Dariel: Green library Grandpa lore drop!
â€Ž[12/10/25, 11:27:04â€¯AM] ~â€¯Ethan: â€Žimage omitted
[12/10/25, 11:27:23â€¯AM] ~â€¯Nicholas Hing: In order to stop illegal crimes, we should legalize the crime ðŸ¤
[12/10/25, 11:28:14â€¯AM] ~â€¯Ethan: To be fair this is basically the overall leftist ideal for â€œhandlingâ€ crime ðŸ˜
[12/10/25, 11:28:40â€¯AM] ~â€¯Nicholas Hing: So true!
[12/10/25, 11:29:16â€¯AM] ~â€¯Nicholas Hing: â€œCrime is down in our citiesâ€ ~because weâ€™re legalizing all the things that were once considered crimes~
[12/10/25, 11:37:38â€¯AM] ~â€¯Florentin: None.
[12/10/25, 11:38:25â€¯AM] ~â€¯Ethan: https://x.com/ryangrim/status/1998607386022494425?s=46&t=A6NW0OSPAnPpExWfhyiVyw
â€Ž[12/10/25, 11:38:59â€¯AM] ~â€¯Ethan: â€ŽGIF omitted
[12/10/25, 11:39:47â€¯AM] ~â€¯Ethan: Range officers watch EVERYONE at ranges, indoor especially
[12/10/25, 11:39:54â€¯AM] ~â€¯Florentin: @â¨~Darielâ©, you need to try the new Stacatos. 1911s that are more easily carried nowadays.
[12/10/25, 11:40:40â€¯AM] ~â€¯Florentin: https://staccato2011.com/products/staccato-hd-c3-6
[12/10/25, 11:41:01â€¯AM] ~â€¯Ethan: Taking out a 2nd car loan for a stacato
[12/10/25, 11:41:33â€¯AM] ~â€¯Florentin: Instead of buying 50 blickys, you can buy one of these.
[12/10/25, 11:41:37â€¯AM] ~â€¯Ethan: Over 2k

road
[12/10/25, 11:17:38â€¯AM] ~â€¯Dante: Idk if you guys saw the UK said that they no longer have the means to main their nuclear submarine program
[12/10/25, 11:18:38â€¯AM] Dariel: https://www.instagram.com/p/DSFsdBSDm_b/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ==
[12/10/25, 11:18:44â€¯AM] Dariel: Green library Grandpa lore drop!
â€Ž[12/10/25, 11:27:04â€¯AM] ~â€¯Ethan: â€Žimage omitted
[12/10/25, 11:27:23â€¯AM] ~â€¯Nicholas Hing: In order to stop illegal crimes, we should legalize the crime ðŸ¤¿
[12/10/25, 11:28:14â€¯AM] ~â€¯Ethan: To be fair this is basically the overall leftist ideal for â€œhandlingâ€ crime ðŸ˜
[12/10/25, 11:28:40â€¯AM] ~â€¯Nicholas Hing: So true!
[12/10/25, 11:29:16â€¯AM] ~â€¯Nicholas Hing: â€œCrime is down in our citiesâ€ ~because weâ€™re legalizing all the things that were once considered crimes~
[12/10/25, 11:37:38â€¯AM] ~â€¯Florentin: None.
[12/10/25, 11:38:25â€¯AM] ~â€¯Ethan: https://x.com/ryangrim/status/1998607386022494425?s=46&t=A6NW0OSPAnPpExWfhyiVyw
â€Ž[12/10/25, 11:38:59â€¯AM] ~â€¯Ethan: â€ŽGIF omitted
[12/10/25, 11:39:47â€¯AM] ~â€¯Ethan: Range officers watch EVERYONE at ranges, indoor especially
[12/10/25, 11:39:54â€¯AM] ~â€¯Florentin: @â¨Darielâ©, you need to try the new Stacatos. 1911s that are more easily carried nowadays.
[12/10/25, 11:40:40â€¯AM] ~â€¯Florentin: https://staccato2011.com/products/staccato-hd-c3-6
[12/10/25, 11:41:01â€¯AM] ~â€¯Ethan: Taking out a 2nd car loan for a stacato
[12/10/25, 11:41:33â€¯AM] ~â€¯Florentin: Instead of buying 50 blickys, you can buy one of these.
[12/10/25, 11:41:37â€¯AM] ~â€¯Ethan: Over 2k
â€Ž[12/10/25, 11:41:37â€¯AM] ~â€¯Ethan: â€Žsticker omitted

[12/10/25, 11:41:37â€¯AM] ~â€¯Ethan: Over 2k
â€Ž[12/10/25, 11:41:37â€¯AM] ~â€¯Ethan: â€Žsticker omitted
[12/10/25, 11:41:48â€¯AM] Dariel: Im sticking with my little baby j frame
[12/10/25, 11:41:51â€¯AM] Dariel: Nothing beats that
[12/10/25, 11:42:01â€¯AM] Dariel: Weighs like a pound
[12/10/25, 11:42:09â€¯AM] Dariel: Shoots a nice .38 special
[12/10/25, 11:42:17â€¯AM] ~â€¯Ethan: Basically everything beats that but itâ€™s what you like and thatâ€™s what matters lol
[12/10/25, 11:42:20â€¯AM] Dariel: I still havent gotten it which is gay btw
[12/10/25, 11:42:33â€¯AM] ~â€¯Ethan: Bro itâ€™s been several months now lmfao
[12/10/25, 11:42:39â€¯AM] Dariel: I mean weight wise you faggggg
[12/10/25, 11:42:42â€¯AM] ~â€¯Ethan: You need to go blow up the bass pro
[12/10/25, 11:42:45â€¯AM] Dariel: literally two months
[12/10/25, 11:42:49â€¯AM] ~â€¯Ethan: ðŸ˜‚ðŸ˜‚
[12/10/25, 11:42:57â€¯AM] Dariel: My fault for ordering some special wood frame engraved one
[12/10/25, 11:43:03â€¯AM] Dariel: On backorder for like two months now
[12/10/25, 11:43:07â€¯AM] Dariel: Its supremely gay
[12/10/25, 11:44:04â€¯AM] ~â€¯Ethan: Iâ€™d rather have a S&W M&P 2.0 compact or related model AND afford all other equipment such as spare mags, Ear pro etc, as well as groceries ðŸ˜‚
[12/10/25, 11:44:23â€¯AM] ~â€¯Florentin: https://www.smith-wesson.com/product/performance-center-model-19-carry-comp-moss
[12/10/25, 11:44:24â€¯AM] ~â€¯Ethan: With money to spare most likely
[12/10/25, 11:44:26â€¯AM] Dariel: Groceries are important
[12/10/25, 11:44:30â€¯AM] ~â€¯Florentin: https://www.smith-wesson.com/product/model-442-ultimate-carry-revolver-38spl-black-with-no-lock
[12/10/25, 11:44:30â€¯AM] Dariel: Cant eat guns

[12/10/25, 11:44:52â€¯AM] ~â€¯Florentin: No, but you can steal someone's food with one.
[12/10/25, 11:45:28â€¯AM] Dariel: He makes a compelling point
[12/10/25, 11:46:36â€¯AM] ~â€¯Florentin: I personally think if we were in a mad max scenario, water, food, medicine, and bulltets would become the new money.
[12/10/25, 11:46:51â€¯AM] ~â€¯Ethan: https://www.smith-wesson.com/product/m-p-9-m2.0-4-inch-optics-ready-no-thumb-safety-flat-dark-earth-compact-series @â¨~Florentinâ©
[12/10/25, 11:47:33â€¯AM] ~â€¯Ethan: Probably true
[12/10/25, 11:47:48â€¯AM] ~â€¯Florentin: https://www.smith-wesson.com/product/performance-center-m-p-9-m2-0-metal-carry-comp-10rd-compliant
[12/10/25, 11:48:04â€¯AM] ~â€¯Florentin: I'd rather spend a little extra and get myself one of these.
[12/10/25, 11:49:08â€¯AM] ~â€¯Ethan: Idk if 300 bucks is â€œa littleâ€ extra but I see your point lol the carry comps are pretty nice
[12/10/25, 11:49:44â€¯AM] ~â€¯Ethan: I think theyâ€™re slightly longer though which is something to consider
[12/10/25, 11:50:06â€¯AM] ~â€¯Florentin: To me it sounds worth it. Metal vs polymer to me is important. Less failure points, better fit.
[12/10/25, 11:50:23â€¯AM] ~â€¯Florentin: More weight for recoil management as well.
[12/10/25, 11:51:02â€¯AM] ~â€¯Ethan: True but noticeably heavier. There is the polymer carry comps though which is pretty light
[12/10/25, 11:51:19â€¯AM] S.G.: My man has a date??? And it is not @â¨~samâ©?
â€Ž[12/10/25, 11:51:30â€¯AM] S.G.: â€ŽGIF omitted
[12/10/25, 11:51:46â€¯AM] ~â€¯Ethan: Recoil management is important but if youâ€™re carrying it everywhere and itâ€™s heavy as shit youâ€™re gonna want to die
[12/10/25, 11:52:49â€¯AM] ~â€¯Florentin: You really have to be a twink in my opinion if you can't carry 8 oz more.
â€Ž[12/10/25, 11:53:08â€¯AM] ~â€¯Florentin: â€Žimage omitted

â€Ž[12/10/25, 11:53:18â€¯AM] ~â€¯Florentin: â€Žimage omitted
[12/10/25, 11:53:20â€¯AM] Dariel: Its just less comfy
[12/10/25, 11:53:23â€¯AM] Dariel: And its bigger
[12/10/25, 11:53:31â€¯AM] Dariel: J frame is the way
[12/10/25, 11:53:37â€¯AM] ~â€¯Ethan: It adds up especially with ammo. Back pain etc
[12/10/25, 11:54:01â€¯AM] ~â€¯Florentin: It says mf carry. To eahc their own, but don't lecture me about "but ma weight"...
[12/10/25, 11:54:24â€¯AM] Dariel: Smaller less weight easier to carry
[12/10/25, 11:54:24â€¯AM] ~â€¯Florentin: Size can play a role, but weight is not a pound heavier motherfucker.
[12/10/25, 11:54:29â€¯AM] Dariel: Easier to hide
[12/10/25, 11:54:36â€¯AM] Dariel: Every ounce matters
[12/10/25, 11:54:50â€¯AM] ~â€¯Florentin: Unless you're hiking, stfu.
[12/10/25, 11:54:54â€¯AM] ~â€¯Ethan: But yeah the main thing with carry comps for me is theyâ€™re a bit longer and I donâ€™t want the gun touching my weenie
[12/10/25, 11:55:09â€¯AM] Dariel: Walking in normal life every ounce matters
[12/10/25, 11:55:13â€¯AM] Dariel: Why carry extra weight
[12/10/25, 11:55:27â€¯AM] ~â€¯Florentin: Then that's fine. But weight difference is not a factor. Bullshit.
[12/10/25, 11:55:42â€¯AM] Dariel: Comfort is pretty important you want something small and easy to carry without it looking bulky or weird
[12/10/25, 11:55:51â€¯AM] ~â€¯Ethan: It is a factor you canâ€™t just say itâ€™s not at all. Although I agree WAY less of a factor than size
[12/10/25, 11:56:04â€¯AM] Dariel: Size is the most important thing
[12/10/25, 11:56:08â€¯AM] Dariel: Weight is secondary
[12/10/25, 11:56:13â€¯AM] Dariel: Though ideally you want small and light
[12/10/25, 11:56:21â€¯AM] Dariel: Especially for daily comfy carry

[12/10/25, 11:56:21â€ AM] Dariel: Especially for daily comfy carry
[12/10/25, 11:56:25â€¯AM] ~â€¯Florentin: As I said, more weight also equals less recoil, meaning return to target is fatser, which actually matters, not your bullshit 8 ounces difference of sitting in a chair all day.
[12/10/25, 11:56:35â€¯AM] ~â€¯Ethan: Comfort is number 1 because if itâ€™s not somewhat comfortable (carrying will never be fully comfortable) you will actually carry it. Otherwise youâ€™ll end up ditching it at gome

[12/10/25, 11:57:02â€¯AM] Dariel: With enough practice you can learn to handle recoil
[12/10/25, 11:57:06â€¯AM] ~â€¯Ethan: I raped my sentence there
[12/10/25, 11:57:12â€¯AM] ~â€¯Florentin: To a degree, but we're not talking about an ankle gun or a fucking full-sized steell frame...
[12/10/25, 11:57:22â€¯AM] Dariel: You can ankle carry a Jframe
[12/10/25, 11:57:39â€¯AM] ~â€¯Ethan: Quite frankly you should conceal a full sized Beretta M9A4
[12/10/25, 11:57:41â€¯AM] ~â€¯Florentin: And by not being a twink, you can learn how to handle 8 ounces.
[12/10/25, 11:57:47â€¯AM] Dariel: Though ankle carrying isnt ideal Ive been told the off balance messes up your back
[12/10/25, 11:57:55â€¯AM] Dariel: Why handle more weight when you dont need it
[12/10/25, 11:58:04â€¯AM] ~â€¯Ethan: Leave king twink alone
[12/10/25, 11:58:20â€¯AM] ~â€¯Florentin: You carry more thna 8 ounces in your trousers daily nigga...

[12/10/25, 11:58:32â€¯AM] Dariel: WHY. CARRY. MORE. WEIGHT.
[12/10/25, 11:58:38â€¯AM] Dariel: Phones keys wallet pocket knife
[12/10/25, 11:58:41â€¯AM] Dariel: All weigh
[12/10/25, 11:58:44â€¯AM] Dariel: Gun even more
[12/10/25, 11:58:46â€¯AM] ~â€¯Florentin: You don;t need the extra weight or length, cut it off. This is how you sound.
[12/10/25, 11:58:46â€¯AM] ~â€¯Nicholas Hing: Does the gun shoot ðŸ–¿
[12/10/25, 11:58:58â€¯AM] ~â€¯Nicholas Hing: If yes, then we good ðŸ¤™
[12/10/25, 11:59:01â€¯AM] Dariel: Exactly. You dont need the extra weight
[12/10/25, 11:59:07â€¯AM] Dariel: If it doesnt then its a paperweight brother
[12/10/25, 11:59:08â€¯AM] ~â€¯Ethan: Nicholas rn
â€Ž[12/10/25, 11:59:09â€¯AM] ~â€¯Ethan: â€Žsticker omitted
[12/10/25, 11:59:14â€¯AM] Dariel: A blunt projectile
[12/10/25, 11:59:19â€¯AM] ~â€¯EJ Tamayo: Yes, very good
[12/10/25, 11:59:24â€¯AM] ~â€¯Florentin: Nigga, you really arguing why polymer is better than metal over 8 ounces. WOW.
[12/10/25, 11:59:25â€¯AM] Dariel: Smack em with it and run ðŸ¤£
[12/10/25, 11:59:43â€¯AM] ~â€¯Ethan: Itâ€™s also substantially cheaper but thatâ€™s a whole other question lol
[12/10/25, 11:59:44â€¯AM] Dariel: Yep. I want the lightest thing possible for comfort
[12/10/25, 11:59:48â€¯AM] Dariel: ANd PRICEEEE
[12/10/25, 11:59:51â€¯AM] Dariel: Exactly
[12/10/25, 12:00:04â€¯PM] Dariel: Flo is raging hard poor guy
[12/10/25, 12:00:06â€¯PM] ~â€¯Dante: I hate Wynwood so much
[12/10/25, 12:00:10â€¯PM] ~â€¯Florentin: Price is a far better argument than 8 ouncers of added wieght.
[12/10/25, 12:00:11â€¯PM] ~â€¯Nicholas Hing: Iâ€™m pretty sure the least of my worries is

added wieght.
[12/10/25, 12:00:11â€¯PM] ~â€¯Nicholas Hing: Iâ€™m pretty sure the least of my worries is gonna be what kind of weight or aesthetic differences are on a gun when I just need something for defense
[12/10/25, 12:00:19â€¯PM] Dariel: Used to be so much worse dude
[12/10/25, 12:00:19â€¯PM] ~â€¯Ethan: 8 oz is the weight of a cup of water btw
[12/10/25, 12:00:19â€¯PM] ~â€¯Florentin: I get the price thing, but not 8 fucking ounces.
[12/10/25, 12:00:22â€¯PM] Dariel: SOOO Much worse
â€Ž[12/10/25, 12:00:29â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:00:38â€¯PM] ~â€¯Nicholas Hing: Screw it, if a musket does it better, then round up some redcoats ðŸ—¿
[12/10/25, 12:00:49â€¯PM] Dariel: Cup of water on your belt or ankle all damned day plus the rest of your EDC
[12/10/25, 12:00:55â€¯PM] ~â€¯Ethan: I feel like Iâ€™m getting raped by heat when I go there itâ€™s just fucking concrete and tourists
[12/10/25, 12:00:58â€¯PM] Dariel: I had a musket for a bit
[12/10/25, 12:01:07â€¯PM] Dariel: Sold it to some collector in Gainesville
[12/10/25, 12:01:11â€¯PM] ~â€¯Ethan: Thatâ€™s what Iâ€™m saying thatâ€™s in addition to the rest of the weight and a mag full of ammo
[12/10/25, 12:01:12â€¯PM] ~â€¯Florentin: Bro, you have a j frame "metal" gun, wtf are you

onm about? Stop the ragebait nigga.
[12/10/25, 12:01:17â€¯PM] ~â€¯Dante: Itâ€™s still hell on earth it just has a new coat of paint on it
[12/10/25, 12:01:23â€¯PM] ~â€¯Nicholas Hing: â€œJust as the founding fathers intendedâ€ ðŸ˜Œ
â€Ž[12/10/25, 12:01:28â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:01:48â€¯PM] ~â€¯Ethan: Itâ€™s light weight aluminum in all fairness
[12/10/25, 12:01:50â€¯PM] Dariel: I got that cause of the pretty engravings but im looking for an antique hat gun
[12/10/25, 12:01:55â€¯PM] Dariel: Like a ladies gun tiny tiny tiny
[12/10/25, 12:02:01â€¯PM] ~â€¯Florentin: What we should really argue about is your terrible choice of carry instead.
[12/10/25, 12:02:12â€¯PM] ~â€¯Ethan: The damn Wynwood walls cost money for the last couple years and it drives me insane that shit used to be free
[12/10/25, 12:02:19â€¯PM] ~â€¯Ethan: Like whoâ€™s capitalizing on this bullshit
[12/10/25, 12:02:20â€¯PM] Dariel: Nah bro that area used to be Miamiâ€™s skid row the warehouse district
â€Ž[12/10/25, 12:02:32â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:02:39â€¯PM] ~â€¯Florentin: The j-frame is good, but it's a 6 shooter as far as I'm aware. Fucking sucks. Also, good luck reloading if you get caught in a firefihght.
[12/10/25, 12:02:55â€¯PM] Dariel: If you need more than 6 bullets youre a SHIT shot
[12/10/25, 12:03:04â€¯PM] ~â€¯Ethan: This is absurdly false
[12/10/25, 12:03:10â€¯PM] ~â€¯Nicholas Hing: What if you have more than 6 targets
[12/10/25, 12:03:17â€¯PM] Dariel: Who are you batman?
[12/10/25, 12:03:27â€¯PM] Dariel: A rogues gallery of guys is coming after you people?
[12/10/25, 12:03:37â€¯PM] ~â€¯Florentin: Sure, but having more bullets is always an advantage nigga. This is simple logic.

advantage nigga. This is simple logic.
[12/10/25, 12:03:40â€¯PM] Dariel: How many enemies do you people have
[12/10/25, 12:03:46â€¯PM] ~â€¯Florentin: Wheel guns are unpopular for a reason.
[12/10/25, 12:03:48â€¯PM] ~â€¯Ethan: In real shooting scenarios the average POLICE OFFICER misses roughly half or more of his shots. And to stop a threat if they donâ€™t give up on the first shot takes 2-3. There is very much a chance YOU will miss the majority and this is with ONE TARGET
[12/10/25, 12:03:54â€¯PM] Dariel: Cool then carry a belt fed gun if you neeeed so much ammo
[12/10/25, 12:03:59â€¯PM] ~â€¯Nicholas Hing: Half the country considers me their enemy
[12/10/25, 12:04:10â€¯PM] Dariel: You know you realistically will never shoot someone right?
[12/10/25, 12:04:12â€¯PM] ~â€¯Ethan: If you have 2 targets 6 rounds is 100% not enough, and with 1 itâ€™s already EXTREMELY questionable
[12/10/25, 12:04:17â€¯PM] ~â€¯Florentin: If wheel guns were so much better, everyone would carry them, which they fucking don't anymore.
[12/10/25, 12:04:24â€¯PM] ~â€¯Ethan: Then donâ€™t carry a gun ðŸ˜
[12/10/25, 12:04:31â€¯PM] ~â€¯Ethan: If thatâ€™s your out take
[12/10/25, 12:04:35â€¯PM] ~â€¯Dante: Trvke
[12/10/25, 12:04:38â€¯PM] Dariel: Usually just presenting the gun is more than enough
[12/10/25, 12:04:41â€¯PM] ~â€¯Ethan: Either be prepared or donâ€™t
[12/10/25, 12:04:45â€¯PM] Dariel: Youre gonna need a lot of ammo dog
[12/10/25, 12:04:48â€¯PM] Dariel: 150 million
[12/10/25, 12:04:49â€¯PM] ~â€¯Florentin: NO, but 15 or 17 rounds is better than 6.
[12/10/25, 12:04:50â€¯PM] ~â€¯Nicholas Hing: 3d print a gun prop
[12/10/25, 12:04:51â€¯PM] ~â€¯Ethan: Technically, but when itâ€™s not enough youâ€™re raped
[12/10/25, 12:04:56â€¯PM] ~â€¯Nicholas Hing: I can make that for u

â€Ž[12/10/25, 12:04:58â€¯PM] Dariel: â€ŽGIF omitted
[12/10/25, 12:05:05â€¯PM] Dariel: Carry something like that then
[12/10/25, 12:05:08â€¯PM] ~â€¯Ethan: Cause presenting without a plan can lead to you dying quite often
[12/10/25, 12:05:15â€¯PM] Dariel: If youre sooo worried about gaggles of folks attacking you

[12/10/25, 12:05:32â€¯PM] ~â€¯Ethan: Or just carry a typical micro compact that carries 10–13 rounds
[12/10/25, 12:05:36â€¯PM] ~â€¯Florentin: Bro is a fucking Democrat and a fed.
â€Ž[12/10/25, 12:05:44â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:05:49â€¯PM] Dariel: Poor Flo is raging so hard
â€Ž[12/10/25, 12:06:05â€¯PM] ~â€¯Nicholas Hing: â€Žvideo omitted
[12/10/25, 12:06:05â€¯PM] ~â€¯Ethan: Just as concealable as the J frame and with way more rounds
[12/10/25, 12:06:15â€¯PM] ~â€¯Florentin: You literally regurgitate the anti–gun points... Fucking commie.
[12/10/25, 12:06:15â€¯PM] Dariel: You people do know that most gun owners never have to shoot someone right?
[12/10/25, 12:06:25â€¯PM] Dariel: Like thats just a fact
â€Ž[12/10/25, 12:06:32â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:06:34â€¯PM] ~â€¯Florentin: Good. We're not arguiong for that nigga.
[12/10/25, 12:06:37â€¯PM] Dariel: Raging so hard pobrecito
[12/10/25, 12:06:49â€¯PM] ~â€¯Florentin: Are you retarded or something?
[12/10/25, 12:06:50â€¯PM] Dariel: Youre saying to carry a billion bullets just in case
[12/10/25, 12:06:58â€¯PM] Dariel: But statistically speaking youll never need it
[12/10/25, 12:07:03â€¯PM] ~â€¯Cristian Lauzurique: When we running that Minecraft server
[12/10/25, 12:07:06â€¯PM] Dariel: Keep raging its marvelous
[12/10/25, 12:07:08â€¯PM] ~â€¯Nicholas Hing: This is true, but the purpose of these talks is all for the purpose of â€œwhat would best do the job for me *if*â€¦â€
[12/10/25, 12:07:10â€¯PM] Dariel: Next semester
[12/10/25, 12:07:20â€¯PM] ~â€¯Florentin: 13, 15, or 17 round capacity is better tahn 6 nigga. That's my fucking point.
â€Ž[12/10/25, 12:07:23â€¯PM] ~â€¯Ethan: â€Žimage omitted

nigga. That's my fucking point.
â€Ž[12/10/25, 12:07:23â€¯PM] ~â€¯Ethan: â€Žimage omitted
[12/10/25, 12:07:27â€¯PM] ~â€¯Ethan: Very tiny
[12/10/25, 12:07:30â€¯PM] Dariel: By that logic then carry a bazooka vaporize them all
[12/10/25, 12:07:47â€¯PM] ~â€¯Dante: Based btw
[12/10/25, 12:07:51â€¯PM] Dariel: No one messes with the man with the rocket launcher
[12/10/25, 12:07:52â€¯PM] ~â€¯Florentin: â€ŽThis message was deleted.
[12/10/25, 12:07:52â€¯PM] Dariel: Easy W
[12/10/25, 12:08:01â€¯PM] Dariel: Keep ragingggggg
[12/10/25, 12:08:04â€¯PM] ~â€¯EJ Tamayo: Based
[12/10/25, 12:08:10â€¯PM] ~â€¯Florentin: Yes.
[12/10/25, 12:08:18â€¯PM] ~â€¯Ethan: @â¨Darielâ©
[12/10/25, 12:08:21â€¯PM] ~â€¯Nicholas Hing: A bazooka for home defense ðŸ–¿
[12/10/25, 12:08:26â€¯PM] Dariel: Beautiful and tiny
[12/10/25, 12:08:32â€¯PM] ~â€¯Nicholas Hing: My wife and kids will get blown up too ðŸ˜
[12/10/25, 12:09:34â€¯PM] ~â€¯Florentin: â€ŽDariel removed ~â€¯Florentin
[12/10/25, 12:08:36â€¯PM] ~â€¯Ethan: Exactly with much greater capacity
[12/10/25, 12:08:45â€¯PM] Dariel: The burglar can have a little explosion as a treat
[12/10/25, 12:08:48â€¯PM] Dariel: Rip the house though
[12/10/25, 1:29:04â€¯PM] ~â€¯Florentin: â€Ž~â€¯Florentin was added
[12/10/25, 12:08:48â€¯PM] ~â€¯Florentin: @â¨Darielâ© will argue next why no one should own more than a musket because guns are scawwy or something retarded like that.
[12/10/25, 12:08:50â€¯PM] Dariel: And the family
[12/10/25, 12:08:55â€¯PM] ~â€¯Ethan: Much more serious defensive weapon than the J frame although the j frame is beautiful in its own regards
[12/10/25, 12:09:03â€¯PM] ~â€¯Nicholas Hing: My house, rip ME ðŸ˜
[12/10/25, 12:09:03â€¯PM] Dariel: When have I said anything like that
[12/10/25, 12:09:03â€¯PM] ~â€¯Ethan: The Shield Plus is also fairly cheap
[12/10/25, 12:09:17â€¯PM] ~â€¯Florentin: â€ŽThis message was deleted

[12/10/25, 12:09:03â€¯PM] ~â€¯Ethan: The Shield Plus is also fairly cheap
[12/10/25, 12:09:17â€¯PM] ~â€¯Florentin: â€ŽThis message was deleted.
[12/10/25, 12:09:18â€¯PM] Dariel: Small price to pay for freedom dawg
[12/10/25, 12:09:39â€¯PM] Dariel: Ciao
[12/10/25, 12:09:44â€¯PM] ~â€¯Nicholas Hing: Brick in the wall ahh comment ðŸ«©
[12/10/25, 12:09:52â€¯PM] Dariel: Just another brick in the wall
[12/10/25, 12:10:00â€¯PM] ~â€¯EJ Tamayo: Is that a Smith & Wesson shield?
[12/10/25, 12:10:02â€¯PM] ~â€¯Ethan: Own a musket for home defense, since that's what the

founding fathers intended. Four ruffians break into my house. "What the devil?" As I grab my powdered wig and Kentucky rifle. Blow a golf ball sized hole through the first man, he's dead on the spot. Draw my pistol on the second man, miss him entirely because it's smoothbore and nails the neighbors dog. I have to resort to the cannon mounted at the top of the stairs loaded with grape shot, "Tally ho lads" the grape shot shreds two men in the blast, the sound and extra shrapnel set off car alarms. Fix bayonet and charge the last terrified rapscallion. He Bleeds out waiting on the police to arrive since triangular bayonet wounds are impossible to stitch up. Just as the founding fathers intended.
[12/10/25, 12:10:18â€¯PM] Dariel: Dude they unironically do CRAZY damage
[12/10/25, 12:10:20â€¯PM] ~â€¯Nicholas Hing: TALLY HO LADS ðŸ—£ï¸ ðŸ—£ï¸ â€¼ï¸ â€¼ï¸ â€¼ï¸
[12/10/25, 12:10:24â€¯PM] Dariel: A musket will FUCK YOU UPPPP
[12/10/25, 12:10:35â€¯PM] Dariel: Problem is faggy reload time
[12/10/25, 12:11:00â€¯PM] ~â€¯Nicholas Hing: So we gon gatekeep this jaun? ðŸ«©
[12/10/25, 12:11:00â€¯PM] ~â€¯Dante: I havenâ€™t been paying attention whatâ€™s the argument about
[12/10/25, 12:11:04â€¯PM] ~â€¯EJ Tamayo: Simple, modify it and give it a 100 round drum mag
[12/10/25, 12:11:11â€¯PM] Dariel: Theyre rather beautiful too they make good wall decor
[12/10/25, 12:11:18â€¯PM] Dariel: B A S E D
[12/10/25, 12:11:22â€¯PM] Dariel: Or
[12/10/25, 12:11:25â€¯PM] ~â€¯Nicholas Hing: Flo been raging about Darielâ€™s choice of gun and aesthetic features for guns
[12/10/25, 12:11:28â€¯PM] Dariel: Go big or go home gentlemen get a cannon
[12/10/25, 12:11:29â€¯PM] ~â€¯Nicholas Hing: L argument
[12/10/25, 12:11:31â€¯PM] ~â€¯Ethan: Effectiveness of different firearms. Dariel wants to

[12/10/25, 12:11:29â€¯PM] ~â€¯Nicholas Hing: L argument
[12/10/25, 12:11:31â€¯PM] ~â€¯Ethan: Effectiveness of different firearms. Dariel wants to use little J frame revolver to defend his life
[12/10/25, 12:11:37â€¯PM] Dariel: Aimed at the front door
[12/10/25, 12:11:42â€¯PM] ~â€¯Ethan: This is the way
[12/10/25, 12:11:44â€¯PM] ~â€¯Nicholas Hing: Bro forget allat
[12/10/25, 12:11:51â€¯PM] ~â€¯Nicholas Hing: Iâ€™ll just build a turret
[12/10/25, 12:11:59â€¯PM] ~â€¯Dante: Hitting the home invaders with Grapeshot
[12/10/25, 12:12:00â€¯PM] ~â€¯EJ Tamayo: Reloading? Not a problem anymore
â€Ž[12/10/25, 12:12:02â€¯PM] Dariel: â€ŽGIF omitted
[12/10/25, 12:12:12â€¯PM] ~â€¯Nicholas Hing: Love portal ðŸ˜Œ
[12/10/25, 12:12:15â€¯PM] Dariel: Inshallah theyre now swiss cheese
[12/10/25, 12:12:20â€¯PM] Dariel: Hell yeah!
[12/10/25, 12:12:26â€¯PM] ~â€¯Ethan: Mashallah *
[12/10/25, 12:12:29â€¯PM] ~â€¯Ethan: In this case â€Ž<This message was edited>
[12/10/25, 12:12:35â€¯PM] ~â€¯EJ Tamayo: My dad got an AR pistol and that thing is so fun to shoot
[12/10/25, 12:12:38â€¯PM] ~â€¯Nicholas Hing: I played all the mod storylines, so goated
[12/10/25, 12:12:43â€¯PM] ~â€¯Nicholas Hing: We need a number 3
[12/10/25, 12:12:52â€¯PM] Dariel: Big facts.
[12/10/25, 12:12:56â€¯PM] Dariel: Such fun games
[12/10/25, 12:13:02â€¯PM] Dariel: And the story is neat too
[12/10/25, 12:13:15â€¯PM] ~â€¯Nicholas Hing: My pops got me an AR rifle like 4 years ago that shoots .22, good on firepower, cheap on ammo ðŸ˜Œ
[12/10/25, 12:13:22â€¯PM] Dariel: I love stephen merchants voice acting in it
[12/10/25, 12:13:26â€¯PM] ~â€¯Nicholas Hing: But bro has hidden it from me
[12/10/25, 12:13:29â€¯PM] ~â€¯EJ Tamayo: My dad's AR pistol shoots 556
[12/10/25, 12:13:44â€¯PM] ~â€¯Ethan: AR â€œpistolâ€s are the best home defense weapons despite what the boomers say

[12/10/25, 12:13:29â€¯PM] ~â€¯EJ Tamayo: My dad's AR pistol shoots 556
[12/10/25, 12:13:44â€¯PM] ~â€¯Ethan: AR â€œpistolâ€s are the best home defense weapons despite what the boomers say
[12/10/25, 12:13:45â€¯PM] ~â€¯Nicholas Hing: Le W
[12/10/25, 12:13:54â€¯PM] Dariel: Arent they rather cheap too
[12/10/25, 12:13:58â€¯PM] Dariel: Great guns overall
[12/10/25, 12:13:59â€¯PM] ~â€¯Nicholas Hing: Exactly bro, theyâ€™re scarier
[12/10/25, 12:13:59â€¯PM] ~â€¯Ethan: Kind of
[12/10/25, 12:14:11â€¯PM] Dariel: Nothing scarier than the boomstick

[12/10/25, 12:14:20â€¯PM] ~â€¯Nicholas Hing: ðŸ‘¹ðŸ‘¹ðŸ‘¹
[12/10/25, 12:14:21â€¯PM] ~â€¯EJ Tamayo: Facts
[12/10/25, 12:14:29â€¯PM] ~â€¯Ethan: Not about being scarier, shotguns win that category. Theyâ€™re easily more effective than shotguns though in overall practicality
â€Ž[12/10/25, 12:14:53â€¯PM] Dariel: â€ŽGIF omitted
[12/10/25, 12:15:03â€¯PM] ~â€¯EJ Tamayo: They're pretty light compared to a full AR, they're smaller and they still pack a lunch
[12/10/25, 12:15:04â€¯PM] Dariel: Shotguns make a huge mess though
[12/10/25, 12:15:04â€¯PM] ~â€¯Ethan: Pistol caliber carbines are also good but not as good (Iâ€™d maybe consider one just to train with it more and save a lot of money on ammo)
[12/10/25, 12:15:08â€¯PM] ~â€¯Nicholas Hing: You ask your average person what â€œgun buildâ€ looks scarier, I guarantee you the rifle wins by a solid majority
[12/10/25, 12:15:18â€¯PM] ~â€¯Ethan: Fair
[12/10/25, 12:15:19â€¯PM] ~â€¯Dante: Slop but also kino movie franchise
[12/10/25, 12:15:41â€¯PM] Dariel: I had a neighbor who shot a robber with one and the Miami CSI special cleaning crew had to clean his bitts off his walls and floor
[12/10/25, 12:15:56â€¯PM] ~â€¯Ethan: .556 or .300 blackout though you really canâ€™t beat it
[12/10/25, 12:16:03â€¯PM] Dariel: Took them three days to clean bro up
[12/10/25, 12:16:09â€¯PM] ~â€¯EJ Tamayo: Fr
[12/10/25, 12:16:15â€¯PM] ~â€¯Ethan: Bro got eviscerated
[12/10/25, 12:16:16â€¯PM] Dariel: Wheres the robber oh theres a little of him here a little there and so on
[12/10/25, 12:16:22â€¯PM] ~â€¯Nicholas Hing: Three days is nuts
[12/10/25, 12:16:25â€¯PM] Dariel: He blasted him like 6 times
[12/10/25, 12:16:30â€¯PM] Dariel: You can only imagine the mess
[12/10/25, 12:16:32â€¯PM] ~â€¯Nicholas Hing: Bro painted the roses and the walls red ðŸ’€

[12/10/25, 12:16:25â€¯PM] Dariel: He blasted him like 6 times
[12/10/25, 12:16:30â€¯PM] Dariel: You can only imagine the mess
[12/10/25, 12:16:32â€¯PM] ~â€¯Nicholas Hing: Bro painted the roses and the walls red ðŸ'€
[12/10/25, 12:16:32â€¯PM] ~â€¯EJ Tamayo: The day I turn 21 im buying all the guns I can
â€Ž[12/10/25, 12:16:34â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[12/10/25, 12:16:40â€¯PM] Dariel: If they had to bring in the fucking CSI cleanup crew bro
â€Ž[12/10/25, 12:16:46â€¯PM] ~â€¯Nicholas Hing: â€ŽGIF omitted
[12/10/25, 12:16:47â€¯PM] Dariel: Guy kept coming at him
[12/10/25, 12:16:55â€¯PM] Dariel: It was some like crackhead or something
[12/10/25, 12:16:58â€¯PM] Dariel: He wouldnt go down
[12/10/25, 12:16:58â€¯PM] ~â€¯Nicholas Hing: ðŸ˜
[12/10/25, 12:17:04â€¯PM] Dariel: And he just started blasting
[12/10/25, 12:17:09â€¯PM] ~â€¯Ethan: Crackheads are like zombies man
[12/10/25, 12:17:22â€¯PM] Dariel: Look up the youtube compilations of crackheads cant die
â€Ž[12/10/25, 12:17:31â€¯PM] ~â€¯EJ Tamayo: â€ŽGIF omitted
[12/10/25, 12:17:34â€¯PM] Dariel: Theres one og a guy who jumps off a house and lands like spiderman
[12/10/25, 12:17:39â€¯PM] Dariel: He broke his legs and shit
[12/10/25, 12:17:43â€¯PM] Dariel: And kept walking
[12/10/25, 12:17:50â€¯PM] Dariel: Theyre superheros
[12/10/25, 12:18:02â€¯PM] ~â€¯Ethan: Patriot. Iâ€™m probably just gonna go for the M&P 2.0 compact and get a light and everything else for it. In the future Iâ€™d probably aim to get an AR platform or PCC but I live in a turbo tiny apartment so idk
â€Ž[12/10/25, 12:18:04â€¯PM] ~â€¯Nicholas Hing: â€Žimage omitted
[12/10/25, 12:18:14â€¯PM] ~â€¯EJ Tamayo: We need them in our armed forces then ðŸ˜‚

[12/10/25, 12:18:48â€¯PM] Dariel: Blitzkrieg was based as fuck btw
[12/10/25, 12:19:00â€¯PM] ~â€¯EJ Tamayo: I already got a 9mm for my high school graduation gift, and iirc my uncle has a shotgun he's gonna give me when Im old enough
[12/10/25, 12:19:10â€¯PM] ~â€¯EJ Tamayo: Facts
[12/10/25, 12:19:26â€¯PM] Dariel: It was unironically impressive tactics not gonna lie

[12/10/25, 12:19:37â€¯PM] Dariel: Took out half the continent like it was nothing
[12/10/25, 12:19:42â€¯PM] ~â€¯EJ Tamayo: Yeah that shit worked a little too good ðŸ˜‚
[12/10/25, 12:19:50â€¯PM] ~â€¯Ethan: It was impressive, problem is when it slowed down lol
[12/10/25, 12:19:55â€¯PM] Dariel: And they lost minimal casualties which is the craziest thing
[12/10/25, 12:20:15â€¯PM] ~â€¯Dante: Bro went through a dog round on Kino
[12/10/25, 12:20:16â€¯PM] Dariel: The US was based though
[12/10/25, 12:20:24â€¯PM] Dariel: FETCH ME THEIR SOULSSSS
[12/10/25, 12:20:35â€¯PM] Dariel: Shit gave me nightmares as a kid
[12/10/25, 12:20:41â€¯PM] ~â€¯Ethan: Victory by extreme logistics, nothing beats it
[12/10/25, 12:20:51â€¯PM] Dariel: Victory by throwing endless manpower
[12/10/25, 12:21:05â€¯PM] ~â€¯Ethan: That was the Soviet tactic
[12/10/25, 12:21:05â€¯PM] Dariel: Whilst the rest of europe was dying we kept shipping off GIâ€™s
[12/10/25, 12:21:22â€¯PM] ~â€¯Ethan: US was far more coordinated than troop spam
[12/10/25, 12:21:28â€¯PM] Dariel: Oh nooo the battalion died. NEXT
[12/10/25, 12:21:32â€¯PM] Dariel: And rinse and repeat it worked wonders
[12/10/25, 12:21:33â€¯PM] ~â€¯Ethan: Soviets were pure manpower spam
[12/10/25, 12:21:37â€¯PM] Dariel: Air support on top of that
[12/10/25, 12:21:42â€¯PM] ~â€¯EJ Tamayo: Yep
[12/10/25, 12:21:46â€¯PM] Dariel: And endless supply trains
[12/10/25, 12:22:01â€¯PM] ~â€¯Ethan: US = Logistics
Soviet Union = troop spam â€Ž<This message was edited>
[12/10/25, 12:22:09â€¯PM] Dariel: Soam
[12/10/25, 12:22:15â€¯PM] ~â€¯EJ Tamayo: Imagine we had shit like the AC-130, F22, A10 and B2/B21 in WW2

and B2/B21 in WW2
[12/10/25, 12:22:19â€¯PM] ~â€¯Ethan: Not to mention the US gave the Sovietâ€™s much of their equipment
[12/10/25, 12:22:34â€¯PM] Dariel: We gave them allll equipment
[12/10/25, 12:22:37â€¯PM] Dariel: We sold guns to all sides
[12/10/25, 12:22:41â€¯PM] ~â€¯EJ Tamayo: We beat the fuckin British as a bunch of farmer rednecks thanks to logistics ðŸ˜‚
[12/10/25, 12:22:49â€¯PM] Dariel: Weâ€™re just businessmen doing business
[12/10/25, 12:22:59â€¯PM] ~â€¯Ethan: That was WW1 in the beginning, not exactly the case in WW2
[12/10/25, 12:23:10â€¯PM] ~â€¯Ethan: Sweden however sold the bofors AA guns and other shit to EVERYONE
[12/10/25, 12:23:20â€¯PM] ~â€¯Ethan: all sides of that war had their 20mm and 40mm AA guns
[12/10/25, 12:23:42â€¯PM] Dariel: Not directly due to the neutrality act but we sold them the raw materials to build that shit
[12/10/25, 12:23:46â€¯PM] ~â€¯Ethan: Switzerland meanwhile was storing all the gold
[12/10/25, 12:23:54â€¯PM] ~â€¯Ethan: Raw materials yes
[12/10/25, 12:23:56â€¯PM] Dariel: Via German subsidiaries of course
[12/10/25, 12:24:01â€¯PM] Dariel: Based
[12/10/25, 12:24:10â€¯PM] ~â€¯EJ Tamayo: https://www.instagram.com/reel/DSBLGKQgY-o/?igsh=ZHg1Nmp5enl0djE1
[12/10/25, 12:24:11â€¯PM] Dariel: Though England france and a few others sent us their gold
[12/10/25, 12:24:12â€¯PM] Dariel: For um
[12/10/25, 12:24:15â€¯PM] Dariel: Safe keeping of course
[12/10/25, 12:24:21â€¯PM] ~â€¯EJ Tamayo: Definetely
[12/10/25, 12:24:24â€¯PM] ~â€¯Ethan: Sweden truly was the one fully neutral country

# EXHIBIT H

**Message Timeline:** This is the thread that lead to the Auto Translate Conversation.

[11/30/25, 4:43:53 PM] +1 (786) 909-1533: You'd know just by living in South Florida
[11/30/25, 4:44:09 PM] +1 (786) 909-1533: The way Hispanics beef with each other rivals the turks and greeks
[11/30/25, 4:44:19 PM] +1 (786) 914-1832: Fr
[11/30/25, 4:44:26 PM] Dariel: Tribalism
[11/30/25, 4:44:35 PM] Dariel: Natural human primal instinct
[11/30/25, 4:44:50 PM] Marianna Garrido: Even black people are racist with each other
[11/30/25, 4:45:11 PM] Marianna Garrido: Like genuinely know some Haitians who actually really don’t like Jamaicans
[11/30/25, 4:45:21 PM] Ethan Ratch: Here’s the original in Spanish
https://x.com/randomwees/status/1994730572762005898?s=46&t=A6NW0OSPAnPpExWfhyiVyw Original Tweet that started the conversation.




Item 1:
Tweet is in a foreign language. The user then has to click the "Show Translation" Button which is powered by Grok.

Visibility limited: this Post may violate X's rules against Hateful Conduct. Learn more

Translated from Spanish by Grok

The dude was such a faggot that he didn't dare hit the chick and took it out on the Black guy 🥀

Rate this translation:

**Sir George Temperley** @t3mp3rl3y · 11/28/25

Translated from Spanish

The white knight, inked in black, placed in the spot where it deserves to be.



NG **S A N C O** NG @RandomWe... · 11/30/25

I LITERALLY JUST SAID BLACK, WHAT THE HELL IS WRONG WITH TWITTER 😭😭😭

27 115 16K 286K

NG **S A N C O** NG @RandomWees · 11/29/25

WHY THE HELL DID GOOGLE TRANSLATE TRANSLATE THE WORD BLACK LIKE THIS? WTF

And on the other hand, I mainly use the term to refer to him as a coward

[11/30/25, 4:45:53 PM] Ethan Ratch: Insane auto translate truly
[11/30/25, 4:46:11 PM] +1 (786) 909-1533: One is Chicago, the other is Flint
[11/30/25, 4:46:13 PM] +1 (786) 914-1832: They pretend they aren't though 💀
[11/30/25, 4:46:13 PM] +1 (305) 495-2248: Not as bad when you hit auto translate for Hebrew tweets

[11/30/25, 4:46:54 PM] Ethan Ratch: Haitians 😔
[11/30/25, 4:46:57 PM] Dariel: Facts
[11/30/25, 4:47:04 PM] +1 (305) 495-2248: Auto translate: "WE ARE GOING TO COMPLETELY ERADICATE AND RAPE EVERY BROWNOID"

[11/30/25, 4:47:04 PM] Ethan Ratch: Actual gibberish
[11/30/25, 4:47:10 PM] Marianna Garrido: I work with a LOT Of them
[11/30/25, 4:47:17 PM] Dariel: You poor thing
[11/30/25, 4:47:19 PM] Dariel: My prayers
[11/30/25, 4:47:22 PM] Marianna Garrido: Some are genuinely amazing some aren't
[11/30/25, 4:47:31 PM] Ethan Ratch: I weep for you
[11/30/25, 4:47:33 PM] Dariel: I worked in a few restaurants and all the back of house people were colored Haitians and Jamaicans
[11/30/25, 4:47:41 PM] Dariel: Some
[11/30/25, 4:47:43 PM] Dariel: Minority
[11/30/25, 4:47:43 PM] +1 (786) 914-1832: Im so sorry to hear that 💔
[11/30/25, 4:47:47 PM] +1 (305) 495-2248: I shouldn't need to know what a Haitian is
[11/30/25, 4:47:55 PM] Dariel: Based
[11/30/25, 4:47:57 PM] Ethan Ratch: Truth nuke
[11/30/25, 4:48:04 PM] +1 (786) 909-1533: Ms. Desire core
[11/30/25, 4:48:15 PM] +1 (305) 495-2248: sticker omitted
[11/30/25, 4:48:31 PM] +1 (305) 495-2248: I had Mr. Boulay
[11/30/25, 4:48:31 PM] +1 (786) 909-1533: I heard she retired
[11/30/25, 4:48:35 PM] Ethan Ratch: Also about what we were talking about. The problem is that Hebrew is an extremely contextual language, the way you pronounce a letter can lead to a whole different word but translate can't pick that up
[11/30/25, 4:48:52 PM] +1 (786) 909-1533: Bro caught me in covid for making my background my face
[11/30/25, 4:48:55 PM] +1 (786) 914-1832: True
[11/30/25, 4:49:04 PM] +1 (786) 914-1832: Aren't there a bunch of other languages like that?

[11/30/25, 4:49:06 PM] +1 (786) 909-1533: I'm glad I switched out his class the next week
[11/30/25, 4:49:08 PM] Marianna Garrido: One is so SWEET
[11/30/25, 4:49:17 PM] Marianna Garrido: Brings me food and everything
[11/30/25, 4:49:22 PM] Marianna Garrido: Other one is a delinquent
[11/30/25, 4:49:30 PM] Ethan Ratch: True just hebrew is one of the more severe ones I think
[11/30/25, 4:49:31 PM] Dariel: Spanish with father and potato for example
[11/30/25, 4:49:34 PM] +1 (305) 495-2248: "Yeah the auto translate didn't work correctly" (it produced the word violate instead of the word rape)

[11/30/25, 4:49:34 PM] Dariel: Papa y papa
[11/30/25, 4:49:57 PM] Dariel: Mother and devours mama y mama
[11/30/25, 4:49:58 PM] Marianna Garrido: Esposa for handcuffs also I believe
[11/30/25, 4:50:02 PM] +1 (786) 914-1832: That's good
[11/30/25, 4:50:02 PM] Dariel: And wife
[11/30/25, 4:50:05 PM] Dariel: Cole enough though
[11/30/25, 4:50:09 PM] Ethan Ratch: Hebrew twit is not for the faint of heart
[11/30/25, 4:50:11 PM] Dariel: That one's accurate