**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-21889-CIV-ALTONAGA/Reid
CASE NO. 26-22053-CIV-ALTONAGA/Lett
CASE NO. 26-22154-CIV-ALTONAGA/Lett
CASE NO. 26-22161-CIV-ALTONAGA/D'Angelo

ABEL CARVAJAL,
     Plaintiff,

v.

JEANETTE M. NUÑEZ,
     Defendant.
_____/

DARIEL GONZALEZ,
     Plaintiff,

v.

JEANETTE M. NUÑEZ,
     Defendant.
_____/

ETHAN RATCHKAUSKAS,
     Plaintiff,

v.

JEANETTE M. NUÑEZ,
     Defendant.
_____/

DANTE MOJENA,
     Plaintiff,

v.

JEANETTE M. NUÑEZ,
     Defendant.
_____/

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiffs Abel Carvajal, Dariel Gonzalez, Ethan

Ratchkauskas, and Dante Mojena appeal to the United States Court of Appeals

for the Eleventh Circuit from this Court's Order entered on May 15, 2026 [ECF No. 61], which granted in part Defendant Jeanette M. Nuñez's Motion to Dismiss [ECF No. 34], dismissed Count I of Plaintiffs' Amended Complaint, stayed Plaintiffs' remaining damages claim, denied all pending motions as moot, and administratively closed the case.

Date: May 19, 2026

Respectfully submitted,

/s/ *Anthony F. Sabatini*
ANTHONY F. SABATINI
Florida Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
1601 E. 1st Ave.
Mount Dora, Florida 32757
Telephone: (352) 455-2928
**Lead Counsel for Plaintiffs**

/s/ *Gavin B. Rollins*
GAVIN B. ROLLINS, ESQ.
FL BAR No. 1064417
gavin@sabatinilegal.com
SABATINI LAW FIRM, P.A.
1601 E. 1st AVENUE
MOUNT DORA, FL 32757
T: (352)-328-4892
**Co-Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that on 5.19.2026, I caused a true and correct copy of the foregoing to be filed via CM/ECF, which will serve all counsel of record.

/s/ *Anthony F. Sabatini*