[11/28/25, 10:32:07â€¯PM] ~â€¯sam: I was worried the first few weeks after that happened
[11/28/25, 10:32:15â€¯PM] Dariel: Of course
[11/28/25, 10:32:20â€¯PM] ~â€¯sam: but just gotta pray God protects me â¤ï¸
[11/28/25, 10:32:35â€¯PM] ~â€¯Dante: Pack some bear mace or something
[11/28/25, 10:32:36â€¯PM] ~â€¯Marianna Garrido: He will girl ðŸ«¶ðŸ»
[11/28/25, 10:32:49â€¯PM] ~â€¯Ethan: I generally support law enforcement but broward county sheriffs office can EAT MY FUCKING DICKâ€¼ï¸
[11/28/25, 10:32:52â€¯PM] ~â€¯sam: I have pepper spray ðŸ‘
[11/28/25, 10:33:03â€¯PM] ~â€¯Marianna Garrido: Good
[11/28/25, 10:33:18â€¯PM] ~â€¯Ethan: He will but he also provides you methods and ability to practice self protection! Remember this
[11/28/25, 10:33:32â€¯PM] ~â€¯Dante: Trvke
[11/28/25, 10:33:35â€¯PM] ~â€¯Marianna Garrido: In summary buy some pepper spray
[11/28/25, 10:33:39â€¯PM] Dariel: That doesnâ€™t stop these people
[11/28/25, 10:33:41â€¯PM] ~â€¯sam: true but im also German maxed
[11/28/25, 10:33:45â€¯PM] ~â€¯sam: im big asf
[11/28/25, 10:33:47â€¯PM] ~â€¯Ethan: Hey she said she has that so thatâ€™s good lol
[11/28/25, 10:33:48â€¯PM] ~â€¯sam: dariel can attest
[11/28/25, 10:33:54â€¯PM] ~â€¯Nicholas Hing: Miami is just an hour from Miami atp
[11/28/25, 10:33:54â€¯PM] Dariel: Many videos of them getting tased and so on
[11/28/25, 10:34:02â€¯PM] Dariel: Youâ€™re not THAT big jeez
[11/28/25, 10:34:13â€¯PM] ~â€¯Dante: Definitely not but itâ€™s better to have that than nothing
[11/28/25, 10:34:22â€¯PM] ~â€¯Ethan: Listen you only need two friends in this life. SMITH and WESSON â€¼ï¸
[11/28/25, 10:34:27â€¯PM] ~â€¯sam: bro not helping my case
[11/28/25, 10:34:33â€¯PM] ~â€¯Marianna Garrido: What a G
[11/28/25, 10:34:45â€¯PM] Dariel: The great equalizer
[11/28/25, 10:35:24â€¯PM] ~â€¯Ethan: Open carrying an 81mm mortar for self defense purposes
[11/28/25, 10:35:56â€¯PM] ~â€¯Dante: Surface-to-Air-Missile in the old back pocket
[11/28/25, 10:36:19â€¯PM] ~â€¯Ethan: Youâ€™ll rip the javelin missile out of my cold dead hands
[11/28/25, 10:36:32â€¯PM] ~â€¯Dante: https://x.com/atrupar/status/1994580575777427729?s=46
[11/28/25, 10:36:39â€¯PM] ~â€¯Dante: Today and yesterday has been so beautiful
[11/28/25, 10:36:49â€¯PM] ~â€¯Dante: Putting the fear of God into Aaron Rupar
â€Ž[11/28/25, 10:36:58â€¯PM] Dariel: â€Žimage omitted
[11/28/25, 10:37:16â€¯PM] ~â€¯Dante: Itâ€™s so funny dude
[11/28/25, 10:37:21â€¯PM] ~â€¯Dante: They all do the same shit
[11/28/25, 10:37:36â€¯PM] ~â€¯Dante: Either that or them going to â€œthe food will be so much worseâ€
[11/28/25, 10:37:39â€¯PM] ~â€¯sam: literally dgaf when atheists use christianity to prove a point
[11/28/25, 10:37:42â€¯PM] ~â€¯Ethan: Dude can I tell you how many times Iâ€™ve almost accidentally liked Aaron Rupar tweets thinking someone posted kino just to see it was him bitching about whatever it is
[11/28/25, 10:37:56â€¯PM] ~â€¯sam: who will clean ur toilets donald??
[11/28/25, 10:37:59â€¯PM] ~â€¯Dante: Dude he accidentally makes us sound so cool
[11/28/25, 10:38:14â€¯PM] ~â€¯Ethan: The concept of recipes is daunting truly
[11/28/25, 10:38:33â€¯PM] ~â€¯sam: no tacos for u if u voted for trump!!
â€Ž[11/28/25, 10:38:35â€¯PM] ~â€¯sam: â€Žsticker omitted
[11/28/25, 10:38:39â€¯PM] ~â€¯sam: the horror...
[11/28/25, 10:38:42â€¯PM] ~â€¯Dante: â€œTrump is KILLING people in the Caribbeanâ€ thank you it sounds so awesome
[11/28/25, 10:38:53â€¯PM] ~â€¯Ethan: I make an AUTHENTIC MEXICAN TACO from OLD EL PASO TACO SHELL and GROUND BEEF WITH TACO SEASONING. eat my ass LATINX
[11/28/25, 10:39:01â€¯PM] Dariel: Poor ms. Osborn
[11/28/25, 10:39:04â€¯PM] ~â€¯Dante: Esau selling his birthright for stew
[11/28/25, 10:39:07â€¯PM] Dariel: The view ladies went after her for that

[11/28/25, 11:37:15â€¯PM] ~â€¯Marianna Garrido: This is hilarious
[11/28/25, 11:37:33â€¯PM] ~â€¯sam: yall funny
[11/28/25, 11:37:38â€¯PM] ~â€¯Ethan: I hope youâ€™ve been taking notes
[11/28/25, 11:37:50â€¯PM] ~â€¯Marianna Garrido: Yessir
â€Ž[11/28/25, 11:37:53â€¯PM] ~â€¯Dante: â€Žsticker omitted
[11/28/25, 11:37:58â€¯PM] ~â€¯Marianna Garrido: Iâ€™ll share my findings at a later date
[11/28/25, 11:38:06â€¯PM] ~â€¯Ethan: Perfect. Iâ€™ll be happy to be in the lab report
â€Ž[11/28/25, 11:38:30â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[11/28/25, 11:38:31â€¯PM] ~â€¯Marianna Garrido: Unrelated but I just finished the biggest lab report of my life
[11/28/25, 11:38:37â€¯PM] ~â€¯Marianna Garrido: Hold on
â€Ž[11/28/25, 11:38:44â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[11/28/25, 11:38:54â€¯PM] ~â€¯Ethan: Sheâ€™s going to take our cranium measurements
â€Ž[11/28/25, 11:39:08â€¯PM] ~â€¯Marianna Garrido: â€Žimage omitted
[11/28/25, 11:39:12â€¯PM] Dariel: Phrenology is based
[11/28/25, 11:39:21â€¯PM] ~â€¯Marianna Garrido: 10 PAGES
[11/28/25, 11:39:23â€¯PM] ~â€¯Dante: Holy
[11/28/25, 11:39:25â€¯PM] Dariel: I have a book on it from the 1840s somewhere
[11/28/25, 11:39:26â€¯PM] ~â€¯Ethan: Thatâ€™s just tragic
[11/28/25, 11:39:27â€¯PM] Dariel: Its total slop
[11/28/25, 11:39:29â€¯PM] Dariel: Jeez
[11/28/25, 11:39:32â€¯PM] Dariel: You poor thing
[11/28/25, 11:39:37â€¯PM] ~â€¯Marianna Garrido: 3148 words
[11/28/25, 11:39:38â€¯PM] ~â€¯Ethan: 10 pages on what exactly
[11/28/25, 11:39:38â€¯PM] ~â€¯sam: congrats â¤ï¸â¤ï¸
[11/28/25, 11:39:42â€¯PM] Dariel: Lets hope you get an A
[11/28/25, 11:39:47â€¯PM] Dariel: Garbage duh
[11/28/25, 11:39:48â€¯PM] ~â€¯Dante: True, congratulations
[11/28/25, 11:39:50â€¯PM] ~â€¯Marianna Garrido: FR PRAY
[11/28/25, 11:39:55â€¯PM] ~â€¯sam: wowza
[11/28/25, 11:39:57â€¯PM] ~â€¯Ethan: If she doesnâ€™t she just has to Swiss cheese the professor at that point
[11/28/25, 11:40:10â€¯PM] ~â€¯Ethan: Air them out
[11/28/25, 11:40:13â€¯PM] ~â€¯Marianna Garrido: I donâ€™t even wanna ask what that is
[11/28/25, 11:40:17â€¯PM] Dariel: Nowadays though people use the magic AI
[11/28/25, 11:40:26â€¯PM] ~â€¯sam: what does that even mean
[11/28/25, 11:40:32â€¯PM] Dariel: I saw Jose do a whole report using his and it was amazing
[11/28/25, 11:40:32â€¯PM] ~â€¯Ethan: Putting holes in them via means of firearm
[11/28/25, 11:40:33â€¯PM] ~â€¯sam: same
[11/28/25, 11:40:40â€¯PM] Dariel: You guys are dumb
[11/28/25, 11:40:41â€¯PM] ~â€¯Marianna Garrido: Oh
[11/28/25, 11:40:45â€¯PM] Dariel: How did you not figure it out
[11/28/25, 11:40:48â€¯PM] Dariel: Context clues guys
[11/28/25, 11:40:53â€¯PM] Dariel: Swiss cheese is full of holes
[11/28/25, 11:41:00â€¯PM] ~â€¯Ethan: Theyâ€™re women be patient ðŸ˜”ðŸ™
[11/28/25, 11:41:03â€¯PM] ~â€¯Marianna Garrido: Listen clearly I lost my brain cells on that report
[11/28/25, 11:41:04â€¯PM] Dariel: Oh true
[11/28/25, 11:41:04â€¯PM] ~â€¯sam: I thought cheese and thought smth else
[11/28/25, 11:41:08â€¯PM] ~â€¯Dante: Itâ€™s been catastrophic
[11/28/25, 11:41:16â€¯PM] Dariel: Nah it was really cool
[11/28/25, 11:41:19â€¯PM] ~â€¯sam: so true let her breathe
[11/28/25, 11:41:21â€¯PM] Dariel: It did a whole thing in like 5 minutes
[11/28/25, 11:41:25â€¯PM] Dariel: It was really interesting
[11/28/25, 11:41:25â€¯PM] ~â€¯Ethan: Understandable
[11/28/25, 11:41:32â€¯PM] ~â€¯Marianna Garrido: Sam you wrote this report with me also
[11/28/25, 11:41:37â€¯PM] Dariel: I use the magic AI for like â€œhelp me edit this emailâ€ and so on
[11/28/25, 11:41:39â€¯PM] ~â€¯sam: jose will use ai on everything but his math hw

[12/8/25, 12:05:59â€¯PM] Dariel: But again its between Andre and Chris
â€Ž[12/8/25, 12:06:17â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[12/8/25, 12:06:40â€¯PM] Dariel: So make sure to vote for Chris
[12/8/25, 12:06:43â€¯PM] ~â€¯sam: exactly
[12/8/25, 12:06:51â€¯PM] ~â€¯Dante: @â¨Darielâ© pantherconnect link pls
[12/8/25, 12:06:54â€¯PM] ~â€¯Dante: For vote
[12/8/25, 12:07:03â€¯PM] ~â€¯sam: its on main chat
[12/8/25, 12:07:04â€¯PM] Dariel: https://fiu.campuslabs.com/engage/submitter/election/start/708484
[12/8/25, 12:07:09â€¯PM] Dariel: He didnt ask you bitch
â€Ž[12/8/25, 12:07:15â€¯PM] Dariel: â€Žsticker omitted
[12/8/25, 12:10:20â€¯PM] ~â€¯sam: ðŸ«©
â€Ž[12/8/25, 12:10:29â€¯PM] ~â€¯Ethan: â€Žimage omitted
[12/8/25, 12:10:31â€¯PM] ~â€¯Ethan: Fascinating
[12/8/25, 12:10:47â€¯PM] Dariel: Bruh
[12/8/25, 12:10:58â€¯PM] Dariel: Notice the tranny
[12/8/25, 12:11:03â€¯PM] ~â€¯Ethan: Lmao
[12/8/25, 12:11:10â€¯PM] ~â€¯Dante: We do a little relaxing
â€Ž[12/8/25, 12:11:20â€¯PM] ~â€¯Dante: â€Žimage omitted
â€Ž[12/8/25, 12:11:23â€¯PM] ~â€¯Dante: â€Žimage omitted
[12/8/25, 12:11:31â€¯PM] ~â€¯Ethan: Letâ€™s go blow up dolphin mall with an explosive device or something â€Ž<This message was edited>
[12/8/25, 12:11:33â€¯PM] ~â€¯EJ Tamayo: Nice
[12/8/25, 12:11:44â€¯PM] ~â€¯EJ Tamayo: Also what did you think of Saosin @â¨~Danteâ©?
[12/8/25, 12:11:54â€¯PM] ~â€¯EJ Tamayo: That's, surprising
[12/8/25, 12:12:20â€¯PM] ~â€¯Dante: Chill brah let me finish the record first
[12/8/25, 12:12:29â€¯PM] ~â€¯Ethan: Ok tomorrow then
[12/8/25, 12:12:38â€¯PM] ~â€¯Dante: I liked it a lot I saved the album
[12/8/25, 12:12:47â€¯PM] Dariel: Telling matthew to make sure if they vote that theyre members
[12/8/25, 12:12:51â€¯PM] ~â€¯Ethan: Have to vote in the CR election prior to committing a terrorist attack
[12/8/25, 12:12:53â€¯PM] Dariel: Otherwise were tossing their votes out
[12/8/25, 12:12:57â€¯PM] ~â€¯EJ Tamayo: W, glad you enjoyed it
[12/8/25, 12:13:16â€¯PM] ~â€¯Ethan: Hope youâ€™re paying close attention to the votes to catch anything weird early
[12/8/25, 12:13:53â€¯PM] Dariel: Matthew is on it
[12/8/25, 12:14:02â€¯PM] Dariel: We are invalidating all non member votes
[12/8/25, 12:14:48â€¯PM] ~â€¯sam: of course
[12/8/25, 12:16:53â€¯PM] ~â€¯EJ Tamayo: Chat did you see that some dude is claiming there is gonna be a huge worldwide flood on Christmas day
[12/8/25, 12:16:59â€¯PM] ~â€¯EJ Tamayo: It's Noah's ark all over again ðŸ˜
â€Ž[12/8/25, 12:19:58â€¯PM] ~â€¯Dante: â€ŽGIF omitted
[12/8/25, 12:20:42â€¯PM] ~â€¯sam: joever
â€Ž[12/8/25, 12:20:52â€¯PM] Dariel: â€Žsticker omitted
[12/8/25, 12:21:01â€¯PM] ~â€¯EJ Tamayo: AAAAH, JOSE JUMPSCARE
â€Ž[12/8/25, 12:21:34â€¯PM] ~â€¯Ethan: â€Žimage omitted
â€Ž[12/8/25, 12:21:35â€¯PM] ~â€¯Ethan: â€Žimage omitted
[12/8/25, 12:23:53â€¯PM] ~â€¯sam: lol
[12/8/25, 12:24:03â€¯PM] ~â€¯sam: imma stop cursing yall
[12/8/25, 12:24:09â€¯PM] Dariel: Faggot didnt include me in the photo
â€Ž[12/8/25, 12:24:10â€¯PM] ~â€¯sam: â€Žsticker omitted
[12/8/25, 12:25:13â€¯PM] ~â€¯EJ Tamayo: NOOOOOOOOOO NOT ANOTHER ONE
[12/8/25, 12:26:07â€¯PM] ~â€¯Dante: This will last for 3 minutes
[12/8/25, 12:26:44â€¯PM] ~â€¯sam: shhhh
[12/8/25, 12:30:05â€¯PM] ~â€¯Ethan: You already have the aura photo I took of you during the debate
â€Ž[12/8/25, 12:30:13â€¯PM] ~â€¯Ethan: â€Žimage omitted
â€Ž[12/8/25, 12:30:15â€¯PM] ~â€¯Ethan: â€Žimage omitted
[12/8/25, 12:30:16â€¯PM] ~â€¯Ethan: Thereâ€™s more actually

[12/10/25, 11:03:52â€¯AM] ~â€¯Dante: Continent wide longhousing by her
[12/10/25, 11:07:07â€¯AM] ~â€¯Mathias : The entirety of the dutch and irish peopleâ€™s political opinions hold less value than a rock
[12/10/25, 11:16:36â€¯AM] ~â€¯Dante: Itâ€™s really a miracle how 27 countries all consistently agree on taking the worst possible decision whenever they hit a fork in the road
[12/10/25, 11:17:38â€¯AM] ~â€¯Dante: Idk if you guys saw the UK said that they no longer have the means to main their nuclear submarine program
[12/10/25, 11:18:38â€¯AM] Dariel: https://www.instagram.com/p/DSFsdBSDm_b/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ==
[12/10/25, 11:18:44â€¯AM] Dariel: Green library Grandpa lore drop!
â€Ž[12/10/25, 11:27:04â€¯AM] ~â€¯Ethan: â€Žimage omitted
[12/10/25, 11:27:23â€¯AM] ~â€¯Nicholas Hing: In order to stop illegal crimes, we should legalize the crime ðŸ—¿
[12/10/25, 11:28:14â€¯AM] ~â€¯Ethan: To be fair this is basically the overall leftist ideal for â€œhandlingâ€ crime ðŸ˜
[12/10/25, 11:28:40â€¯AM] ~â€¯Nicholas Hing: So true!
[12/10/25, 11:29:16â€¯AM] ~â€¯Nicholas Hing: â€œCrime is down in our citiesâ€ ~because weâ€™re legalizing all the things that were once considered crimes~
[12/10/25, 11:37:38â€¯AM] ~â€¯Florentin: None.
[12/10/25, 11:38:25â€¯AM] ~â€¯Ethan: https://x.com/ryangrim/status/1998607386022494425?s=46&t=A6NW0OSPAnPpExWfhyiVyw
â€Ž[12/10/25, 11:38:59â€¯AM] ~â€¯Ethan: â€ŽGIF omitted
[12/10/25, 11:39:47â€¯AM] ~â€¯Ethan: Range officers watch EVERYONE at ranges, indoor especially
[12/10/25, 11:39:54â€¯AM] ~â€¯Florentin: @â¨Darielâ©, you need to try the new Stacatos. 1911s that are more easily carried nowadays.
[12/10/25, 11:40:40â€¯AM] ~â€¯Florentin: https://staccato2011.com/products/staccato-hd-c3-6
[12/10/25, 11:41:01â€¯AM] ~â€¯Ethan: Taking out a 2nd car loan for a stacato
[12/10/25, 11:41:33â€¯AM] ~â€¯Florentin: Instead of buying 50 blickys, you can buy one of these.
[12/10/25, 11:41:37â€¯AM] ~â€¯Ethan: Over 2k
â€Ž[12/10/25, 11:41:37â€¯AM] ~â€¯Ethan: â€Žsticker omitted
[12/10/25, 11:41:48â€¯AM] Dariel: Im sticking with my little baby j frame
[12/10/25, 11:41:51â€¯AM] Dariel: Nothing beats that
[12/10/25, 11:42:01â€¯AM] Dariel: Weighs like a pound
[12/10/25, 11:42:09â€¯AM] Dariel: Shoots a nice .38 special
[12/10/25, 11:42:17â€¯AM] ~â€¯Ethan: Basically everything beats that but itâ€™s what you like and thatâ€™s what matters lol
[12/10/25, 11:42:20â€¯AM] Dariel: I still havent gotten it which is gay btw
[12/10/25, 11:42:33â€¯AM] ~â€¯Ethan: Bro itâ€™s been several months now lmfao
[12/10/25, 11:42:39â€¯AM] Dariel: I mean weight wise you faggggg
[12/10/25, 11:42:42â€¯AM] ~â€¯Ethan: You need to go blow up the bass pro
[12/10/25, 11:42:45â€¯AM] Dariel: literally two months
[12/10/25, 11:42:49â€¯AM] ~â€¯Ethan: ðŸ˜ðŸ™
[12/10/25, 11:42:57â€¯AM] Dariel: My fault for ordering some special wood frame engraved one
[12/10/25, 11:43:03â€¯AM] Dariel: On backorder for like two months now
[12/10/25, 11:43:07â€¯AM] Dariel: Its supremely gay
[12/10/25, 11:44:04â€¯AM] ~â€¯Ethan: Iâ€™d rather have a S&W M&P 2.0 compact or related model AND afford all other equipment such as spare mags, Ear pro etc, as well as groceries ðŸ˜
[12/10/25, 11:44:23â€¯AM] ~â€¯Florentin: https://www.smith-wesson.com/product/performance-center-model-19-carry-comp-moss
[12/10/25, 11:44:24â€¯AM] ~â€¯Ethan: With money to spare most likely
[12/10/25, 11:44:26â€¯AM] Dariel: Groceries are important
[12/10/25, 11:44:30â€¯AM] ~â€¯Florentin: https://www.smith-wesson.com/product/model-442-ultimate-carry-revolver-38spl-black-with-no-lock
[12/10/25, 11:44:30â€¯AM] Dariel: Cant eat guns

[12/10/25, 11:44:52â€¯AM] ~â€¯Florentin: No, but you can steal someone's food with one.
[12/10/25, 11:45:28â€¯AM] Dariel: He makes a compelling point
[12/10/25, 11:46:36â€¯AM] ~â€¯Florentin: I personally think if we were in a mad max scenario, water, food, medicine, and bulltets would become the new money.
[12/10/25, 11:46:51â€¯AM] ~â€¯Ethan: https://www.smith-wesson.com/product/m-p-9-m2.0-4-inch-optics-ready-no-thumb-safety-flat-dark-earth-compact-series @â¨~Florentinâ©
[12/10/25, 11:47:33â€¯AM] ~â€¯Ethan: Probably true
[12/10/25, 11:47:48â€¯AM] ~â€¯Florentin: https://www.smith-wesson.com/product/performance-center-m-p-9-m2-0-metal-carry-comp-10rd-compliant
[12/10/25, 11:48:04â€¯AM] ~â€¯Florentin: I'd rather spend a little extra and get myself one of these.
[12/10/25, 11:49:08â€¯AM] ~â€¯Ethan: Idk if 300 bucks is â€œa littleâ€ extra but I see your point lol the carry comps are pretty nice
[12/10/25, 11:49:44â€¯AM] ~â€¯Ethan: I think theyâ€™re slightly longer though which is something to consider
[12/10/25, 11:50:06â€¯AM] ~â€¯Florentin: To me it sounds worth it. Metal vs polymer to me is important. Less failure points, better fit.
[12/10/25, 11:50:23â€¯AM] ~â€¯Florentin: More weight for recoil management as well.
[12/10/25, 11:51:02â€¯AM] ~â€¯Ethan: True but noticeably heavier. There is the polymer carry comps though which is pretty light
[12/10/25, 11:51:19â€¯AM] S.G.: My man has a date??? And it is not @â¨~samâ©?
â€Ž[12/10/25, 11:51:30â€¯AM] S.G.: â€ŽGIF omitted
[12/10/25, 11:51:46â€¯AM] ~â€¯Ethan: Recoil management is important but if youâ€™re carrying it everywhere and itâ€™s heavy as shit youâ€™re gonna want to die
[12/10/25, 11:52:49â€¯AM] ~â€¯Florentin: You really have to be a twink in my opinion if you can't carry 8 oz more.
â€Ž[12/10/25, 11:53:08â€¯AM] ~â€¯Florentin: â€Žimage omitted
â€Ž[12/10/25, 11:53:18â€¯AM] ~â€¯Florentin: â€Žimage omitted
[12/10/25, 11:53:20â€¯AM] Dariel: Its just less comfy
[12/10/25, 11:53:23â€¯AM] Dariel: And its bigger
[12/10/25, 11:53:31â€¯AM] Dariel: J frame is the way
[12/10/25, 11:53:37â€¯AM] ~â€¯Ethan: It adds up especially with ammo. Back pain etc
[12/10/25, 11:54:01â€¯AM] ~â€¯Florentin: It says mf carry. To eahc their own, but don't lecture me about "but ma weight"...
[12/10/25, 11:54:24â€¯AM] Dariel: Smaller less weight easier to carry
[12/10/25, 11:54:24â€¯AM] ~â€¯Florentin: Size can play a role, but weight is not a pound heavier motherfucker.
[12/10/25, 11:54:29â€¯AM] Dariel: Easier to hide
[12/10/25, 11:54:36â€¯AM] Dariel: Every ounce matters
[12/10/25, 11:54:50â€¯AM] ~â€¯Florentin: Unless you're hiking, stfu.
[12/10/25, 11:54:54â€¯AM] ~â€¯Ethan: But yeah the main thing with carry comps for me is theyâ€™re a bit longer and I donâ€™t want the gun touching my weenie
[12/10/25, 11:55:09â€¯AM] Dariel: Walking in normal life every ounce matters
[12/10/25, 11:55:13â€¯AM] Dariel: Why carry extra weight
[12/10/25, 11:55:27â€¯AM] ~â€¯Florentin: Then that's fine. But weight difference is not a factor. Bullshit.
[12/10/25, 11:55:42â€¯AM] Dariel: Comfort is pretty important you want something small and easy to carry without it looking bulky or weird
[12/10/25, 11:55:51â€¯AM] ~â€¯Ethan: It is a factor you canâ€™t just say itâ€™s not at all. Although I agree WAY less of a factor than size
[12/10/25, 11:56:04â€¯AM] Dariel: Size is the most important thing
[12/10/25, 11:56:08â€¯AM] Dariel: Weight is secondary
[12/10/25, 11:56:13â€¯AM] Dariel: Though ideally you want small and light
[12/10/25, 11:56:21â€¯AM] Dariel: Especially for daily comfy carry
[12/10/25, 11:56:25â€¯AM] ~â€¯Florentin: As I said, more weight also equals less recoil, meaning return to target is fatser, which actually matters, not your bullshit 8 ounces difference of sitting in a chair all day.
[12/10/25, 11:56:35â€¯AM] ~â€¯Ethan: Comfort is number 1 because if itâ€™s not somewhat comfortable (carrying will never be fully comfortable) you will actually carry it. Otherwise youâ€™ll end up ditching it at gome

[12/10/25, 11:57:02â€¯AM] Dariel: With enough practice you can learn to handle recoil
[12/10/25, 11:57:06â€¯AM] ~â€¯Ethan: I raped my sentence there
[12/10/25, 11:57:12â€¯AM] ~â€¯Florentin: To a degree, but we're not talking about an ankle gun or a fucking full-sized steell frame...
[12/10/25, 11:57:22â€¯AM] Dariel: You can ankle carry a Jframe
[12/10/25, 11:57:39â€¯AM] ~â€¯Ethan: Quite frankly you should conceal a full sized Beretta M9A4
[12/10/25, 11:57:41â€¯AM] ~â€¯Florentin: And by not being a twink, you can learn how to handle 8 ounces.
[12/10/25, 11:57:47â€¯AM] Dariel: Though ankle carrying isnt ideal Ive been told the off balance messes up your back
[12/10/25, 11:57:55â€¯AM] Dariel: Why handle more weight when you dont need it
[12/10/25, 11:58:04â€¯AM] ~â€¯Ethan: Leave king twink alone
[12/10/25, 11:58:20â€¯AM] ~â€¯Florentin: You carry more thna 8 ounces in your trousers daily nigga...
[12/10/25, 11:58:32â€¯AM] Dariel: WHY. CARRY. MORE. WEIGHT.
[12/10/25, 11:58:38â€¯AM] Dariel: Phones keys wallet pocket knife
[12/10/25, 11:58:41â€¯AM] Dariel: All weigh
[12/10/25, 11:58:44â€¯AM] Dariel: Gun even more
[12/10/25, 11:58:46â€¯AM] ~â€¯Florentin: You don;t need the extra weight or length, cut it off. This is how you sound.
[12/10/25, 11:58:46â€¯AM] ~â€¯Nicholas Hing: Does the gun shoot ðŸ—¿
[12/10/25, 11:58:58â€¯AM] ~â€¯Nicholas Hing: If yes, then we good ðŸ¤™
[12/10/25, 11:59:01â€¯AM] Dariel: Exactly. You dont need the extra weight
[12/10/25, 11:59:07â€¯AM] Dariel: If it doesnt then its a paperweight brother
[12/10/25, 11:59:08â€¯AM] ~â€¯Ethan: Nicholas rn
â€Ž[12/10/25, 11:59:09â€¯AM] ~â€¯Ethan: â€Žsticker omitted
[12/10/25, 11:59:14â€¯AM] Dariel: A blunt projectile
[12/10/25, 11:59:19â€¯AM] ~â€¯EJ Tamayo: Yes, very good
[12/10/25, 11:59:24â€¯AM] ~â€¯Florentin: Nigga, you really arguing why polymer is better than metal over 8 ounces. WOW.
[12/10/25, 11:59:25â€¯AM] Dariel: Smack em with it and run ðŸ¤£
[12/10/25, 11:59:43â€¯AM] ~â€¯Ethan: Itâ€™s also substantially cheaper but thatâ€™s a whole other question lol
[12/10/25, 11:59:44â€¯AM] Dariel: Yep. I want the lightest thing possible for comfort
[12/10/25, 11:59:48â€¯AM] Dariel: ANd PRICEEEE
[12/10/25, 11:59:51â€¯AM] Dariel: Exactly
[12/10/25, 12:00:04â€¯PM] Dariel: Flo is raging hard poor guy
[12/10/25, 12:00:06â€¯PM] ~â€¯Dante: I hate Wynwood so much
[12/10/25, 12:00:10â€¯PM] ~â€¯Florentin: Price is a far better argument than 8 ouncers of added wieght.
[12/10/25, 12:00:11â€¯PM] ~â€¯Nicholas Hing: Iâ€™m pretty sure the least of my worries is gonna be what kind of weight or aesthetic differences are on a gun when I just need something for defense
[12/10/25, 12:00:19â€¯PM] Dariel: Used to be so much worse dude
[12/10/25, 12:00:19â€¯PM] ~â€¯Ethan: 8 oz is the weight of a cup of water btw
[12/10/25, 12:00:19â€¯PM] ~â€¯Florentin: I get the price thing, but not 8 fucking ounces.
[12/10/25, 12:00:22â€¯PM] Dariel: SOOO Much worse
â€Ž[12/10/25, 12:00:29â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:00:38â€¯PM] ~â€¯Nicholas Hing: Screw it, if a musket does it better, then round up some redcoats ðŸ—¿
[12/10/25, 12:00:49â€¯PM] Dariel: Cup of water on your belt or ankle all damned day plus the rest of your EDC
[12/10/25, 12:00:55â€¯PM] ~â€¯Ethan: I feel like Iâ€™m getting raped by heat when I go there itâ€™s just fucking concrete and tourists
[12/10/25, 12:00:58â€¯PM] Dariel: I had a musket for a bit
[12/10/25, 12:01:07â€¯PM] Dariel: Sold it to some collector in Gainesville
[12/10/25, 12:01:11â€¯PM] ~â€¯Ethan: Thatâ€™s what Iâ€™m saying thatâ€™s in addition to the rest of the weight and a mag full of ammo
[12/10/25, 12:01:12â€¯PM] ~â€¯Florentin: Bro, you have a j frame "metal" gun, wtf are you

onm about? Stop the ragebait nigga.
[12/10/25, 12:01:17â€¯PM] ~â€¯Dante: Itâ€™s still hell on earth it just has a new coat of paint on it
[12/10/25, 12:01:23â€¯PM] ~â€¯Nicholas Hing: â€œJust as the founding fathers intendedâ€ ðŸ˜Œ
â€Ž[12/10/25, 12:01:28â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:01:48â€¯PM] ~â€¯Ethan: Itâ€™s light weight aluminum in all fairness
[12/10/25, 12:01:50â€¯PM] Dariel: I got that cause of the pretty engravings but im looking for an antique hat gun
[12/10/25, 12:01:55â€¯PM] Dariel: Like a ladies gun tiny tiny tiny
[12/10/25, 12:02:01â€¯PM] ~â€¯Florentin: What we should really argue about is your terrible choice of carry instead.
[12/10/25, 12:02:12â€¯PM] ~â€¯Ethan: The damn Wynwood walls cost money for the last couple years and it drives me insane that shit used to be free
[12/10/25, 12:02:19â€¯PM] ~â€¯Ethan: Like whoâ€™s capitalizing on this bullshit
[12/10/25, 12:02:20â€¯PM] Dariel: Nah bro that area used to be Miamiâ€™s skid row the warehouse district
â€Ž[12/10/25, 12:02:32â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:02:39â€¯PM] ~â€¯Florentin: The j-frame is good, but it's a 6 shooter as far as I'm aware. Fucking sucks. Also, good luck reloading if you get caught in a firefihght.
[12/10/25, 12:02:55â€¯PM] Dariel: If you need more than 6 bullets youre a SHIT shot
[12/10/25, 12:03:04â€¯PM] ~â€¯Ethan: This is absurdly false
[12/10/25, 12:03:10â€¯PM] ~â€¯Nicholas Hing: What if you have more than 6 targets
[12/10/25, 12:03:17â€¯PM] Dariel: Who are you batman?
[12/10/25, 12:03:27â€¯PM] Dariel: A rogues gallery of guys is coming after you people?
[12/10/25, 12:03:37â€¯PM] ~â€¯Florentin: Sure, but having more bullets is always an advantage nigga. This is simple logic.
[12/10/25, 12:03:40â€¯PM] Dariel: How many enemies do you people have
[12/10/25, 12:03:46â€¯PM] ~â€¯Florentin: Wheel guns are unpopular for a reason.
[12/10/25, 12:03:48â€¯PM] ~â€¯Ethan: In real shooting scenarios the average POLICE OFFICER misses roughly half or more of his shots. And to stop a threat if they donâ€™t give up on the first shot takes 2-3. There is very much a chance YOU will miss the majority and this is with ONE TARGET
[12/10/25, 12:03:54â€¯PM] Dariel: Cool then carry a belt fed gun if you neeeed so much ammo
[12/10/25, 12:03:59â€¯PM] ~â€¯Nicholas Hing: Half the country considers me their enemy
[12/10/25, 12:04:10â€¯PM] Dariel: You know you realistically will never shoot someone right?
[12/10/25, 12:04:12â€¯PM] ~â€¯Ethan: If you have 2 targets 6 rounds is 100% not enough, and with 1 itâ€™s already EXTREMELY questionable
[12/10/25, 12:04:17â€¯PM] ~â€¯Florentin: If wheel guns were so much better, everyone would carry them, which they fucking don't anymore.
[12/10/25, 12:04:24â€¯PM] ~â€¯Ethan: Then donâ€™t carry a gun ðŸ˜
[12/10/25, 12:04:31â€¯PM] ~â€¯Ethan: If thatâ€™s your out take
[12/10/25, 12:04:35â€¯PM] ~â€¯Dante: Trvke
[12/10/25, 12:04:38â€¯PM] Dariel: Usually just presenting the gun is more than enough
[12/10/25, 12:04:41â€¯PM] ~â€¯Ethan: Either be prepared or donâ€™t
[12/10/25, 12:04:45â€¯PM] Dariel: Youre gonna need a lot of ammo dog
[12/10/25, 12:04:48â€¯PM] Dariel: 150 million
[12/10/25, 12:04:49â€¯PM] ~â€¯Florentin: NO, but 15 or 17 rounds is better than 6.
[12/10/25, 12:04:50â€¯PM] ~â€¯Nicholas Hing: 3d print a gun prop
[12/10/25, 12:04:51â€¯PM] ~â€¯Ethan: Technically, but when itâ€™s not enough youâ€™re raped
[12/10/25, 12:04:56â€¯PM] ~â€¯Nicholas Hing: I can make that for u
â€Ž[12/10/25, 12:04:58â€¯PM] Dariel: â€ŽGIF omitted
[12/10/25, 12:05:05â€¯PM] Dariel: Carry something like that then
[12/10/25, 12:05:08â€¯PM] ~â€¯Ethan: Cause presenting without a plan can lead to you dying quite often
[12/10/25, 12:05:15â€¯PM] Dariel: If youre sooo worried about gaggles of folks attacking you

[12/10/25, 12:05:32â€¯PM] ~â€¯Ethan: Or just carry a typical micro compact that carries 10-13 rounds
[12/10/25, 12:05:36â€¯PM] ~â€¯Florentin: Bro is a fucking Democrat and a fed.
â€Ž[12/10/25, 12:05:44â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:05:49â€¯PM] Dariel: Poor Flo is raging so hard
â€Ž[12/10/25, 12:06:05â€¯PM] ~â€¯Nicholas Hing: â€Žvideo omitted
[12/10/25, 12:06:05â€¯PM] ~â€¯Ethan: Just as concealable as the J frame and with way more rounds
[12/10/25, 12:06:15â€¯PM] ~â€¯Florentin: You literally regurgitate the anti-gun points... Fucking commie.
[12/10/25, 12:06:15â€¯PM] Dariel: You people do know that most gun owners never have to shoot someone right?
[12/10/25, 12:06:25â€¯PM] Dariel: Like thats just a fact
â€Ž[12/10/25, 12:06:32â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:06:34â€¯PM] ~â€¯Florentin: Good. We're not arguiong for that nigga.
[12/10/25, 12:06:37â€¯PM] Dariel: Raging so hard pobrecito
[12/10/25, 12:06:49â€¯PM] ~â€¯Florentin: Are you retarded or something?
[12/10/25, 12:06:50â€¯PM] Dariel: Youre saying to carry a billion bullets just in case
[12/10/25, 12:06:58â€¯PM] Dariel: But statistically speaking youll never need it
[12/10/25, 12:07:03â€¯PM] ~â€¯Cristian Lauzurique: When we running that Minecraft server
[12/10/25, 12:07:06â€¯PM] Dariel: Keep raging its marvelous
[12/10/25, 12:07:08â€¯PM] ~â€¯Nicholas Hing: This is true, but the purpose of these talks is all for the purpose of â€œwhat would best do the job for me *if*â€¦â€
[12/10/25, 12:07:10â€¯PM] Dariel: Next semester
[12/10/25, 12:07:20â€¯PM] ~â€¯Florentin: 13, 15, or 17 round capacity is better tahn 6 nigga. That's my fucking point.
â€Ž[12/10/25, 12:07:23â€¯PM] ~â€¯Ethan: â€Žimage omitted
[12/10/25, 12:07:27â€¯PM] ~â€¯Ethan: Very tiny
[12/10/25, 12:07:30â€¯PM] Dariel: By that logic then carry a bazooka vaporize them all
[12/10/25, 12:07:47â€¯PM] ~â€¯Dante: Based btw
[12/10/25, 12:07:51â€¯PM] Dariel: No one messes with the man with the rocket launcher
[12/10/25, 12:07:52â€¯PM] ~â€¯Florentin: â€ŽThis message was deleted.
[12/10/25, 12:07:52â€¯PM] Dariel: Easy W
[12/10/25, 12:08:01â€¯PM] Dariel: Keep ragingggggg
[12/10/25, 12:08:04â€¯PM] ~â€¯EJ Tamayo: Based
[12/10/25, 12:08:10â€¯PM] ~â€¯Florentin: Yes.
[12/10/25, 12:08:18â€¯PM] ~â€¯Ethan: @â¨Darielâ©
[12/10/25, 12:08:21â€¯PM] ~â€¯Nicholas Hing: A bazooka for home defense ðŸ—¿
[12/10/25, 12:08:26â€¯PM] Dariel: Beautiful and tiny
[12/10/25, 12:08:32â€¯PM] ~â€¯Nicholas Hing: My wife and kids will get blown up too ðŸ˜
[12/10/25, 12:09:34â€¯PM] ~â€¯Florentin: â€ŽDariel removed ~â€¯Florentin
[12/10/25, 12:08:36â€¯PM] ~â€¯Ethan: Exactly with much greater capacity
[12/10/25, 12:08:45â€¯PM] Dariel: The burglar can have a little explosion as a treat
[12/10/25, 12:08:48â€¯PM] Dariel: Rip the house though
[12/10/25, 1:29:04â€¯PM] ~â€¯Florentin: â€Ž~â€¯Florentin was added
[12/10/25, 12:08:48â€¯PM] ~â€¯Florentin: @â¨Darielâ© will argue next why no one should own more than a musket because guns are scawwy or something retarded like that.
[12/10/25, 12:08:50â€¯PM] Dariel: And the family
[12/10/25, 12:08:55â€¯PM] ~â€¯Ethan: Much more serious defensive weapon than the J frame although the j frame is beautiful in its own regards
[12/10/25, 12:09:03â€¯PM] ~â€¯Nicholas Hing: My house, rip ME ðŸ˜
[12/10/25, 12:09:03â€¯PM] Dariel: When have I said anything like that
[12/10/25, 12:09:03â€¯PM] ~â€¯Ethan: The Shield Plus is also fairly cheap
[12/10/25, 12:09:17â€¯PM] ~â€¯Florentin: â€ŽThis message was deleted.
[12/10/25, 12:09:18â€¯PM] Dariel: Small price to pay for freedom dawg
[12/10/25, 12:09:39â€¯PM] Dariel: Ciao
[12/10/25, 12:09:44â€¯PM] ~â€¯Nicholas Hing: Brick in the wall ahh comment ðŸ«©
[12/10/25, 12:09:52â€¯PM] Dariel: Just another brick in the wall
[12/10/25, 12:10:00â€¯PM] ~â€¯EJ Tamayo: Is that a Smith & Wesson shield?
[12/10/25, 12:10:02â€¯PM] ~â€¯Ethan: Own a musket for home defense, since that's what the

founding fathers intended. Four ruffians break into my house. "What the devil?" As I grab my powdered wig and Kentucky rifle. Blow a golf ball sized hole through the first man, he's dead on the spot. Draw my pistol on the second man, miss him entirely because it's smoothbore and nails the neighbors dog. I have to resort to the cannon mounted at the top of the stairs loaded with grape shot, "Tally ho lads" the grape shot shreds two men in the blast, the sound and extra shrapnel set off car alarms. Fix bayonet and charge the last terrified rapscallion. He Bleeds out waiting on the police to arrive since triangular bayonet wounds are impossible to stitch up. Just as the founding fathers intended.
[12/10/25, 12:10:18â€¯PM] Dariel: Dude they unironically do CRAZY damage
[12/10/25, 12:10:20â€¯PM] ~â€¯Nicholas Hing: TALLY HO LADS ðŸ—£ï¸ðŸ—£ï¸â€¼ï¸â€¼ï¸â€¼ï¸
[12/10/25, 12:10:24â€¯PM] Dariel: A musket will FUCK YOU UPPPP
[12/10/25, 12:10:35â€¯PM] Dariel: Problem is faggy reload time
[12/10/25, 12:11:00â€¯PM] ~â€¯Nicholas Hing: So we gon gatekeep this jaun? ðŸ«©
[12/10/25, 12:11:00â€¯PM] ~â€¯Dante: I havenâ€™t been paying attention whatâ€™s the argument about
[12/10/25, 12:11:04â€¯PM] ~â€¯EJ Tamayo: Simple, modify it and give it a 100 round drum mag
[12/10/25, 12:11:11â€¯PM] Dariel: Theyre rather beautiful too they make good wall decor
[12/10/25, 12:11:18â€¯PM] Dariel: B A S E D
[12/10/25, 12:11:22â€¯PM] Dariel: Or
[12/10/25, 12:11:25â€¯PM] ~â€¯Nicholas Hing: Flo been raging about Darielâ€™s choice of gun and aesthetic features for guns
[12/10/25, 12:11:28â€¯PM] Dariel: Go big or go home gentlemen get a cannon
[12/10/25, 12:11:29â€¯PM] ~â€¯Nicholas Hing: L argument
[12/10/25, 12:11:31â€¯PM] ~â€¯Ethan: Effectiveness of different firearms. Dariel wants to use little J frame revolver to defend his life
[12/10/25, 12:11:37â€¯PM] Dariel: Aimed at the front door
[12/10/25, 12:11:42â€¯PM] ~â€¯Ethan: This is the way
[12/10/25, 12:11:44â€¯PM] ~â€¯Nicholas Hing: Bro forget allat
[12/10/25, 12:11:51â€¯PM] ~â€¯Nicholas Hing: Iâ€™ll just build a turret
[12/10/25, 12:11:59â€¯PM] ~â€¯Dante: Hitting the home invaders with Grapeshot
[12/10/25, 12:12:00â€¯PM] ~â€¯EJ Tamayo: Reloading? Not a problem anymore
â€Ž[12/10/25, 12:12:02â€¯PM] Dariel: â€ŽGIF omitted
[12/10/25, 12:12:12â€¯PM] ~â€¯Nicholas Hing: Love portal ðŸ˜Œ
[12/10/25, 12:12:15â€¯PM] Dariel: Inshallah theyre now swiss cheese
[12/10/25, 12:12:20â€¯PM] Dariel: Hell yeah!
[12/10/25, 12:12:26â€¯PM] ~â€¯Ethan: Mashallah *
[12/10/25, 12:12:29â€¯PM] ~â€¯Ethan: In this case â€Ž<This message was edited>
[12/10/25, 12:12:35â€¯PM] ~â€¯EJ Tamayo: My dad got an AR pistol and that thing is so fun to shoot
[12/10/25, 12:12:38â€¯PM] ~â€¯Nicholas Hing: I played all the mod storylines, so goated
[12/10/25, 12:12:43â€¯PM] ~â€¯Nicholas Hing: We need a number 3
[12/10/25, 12:12:52â€¯PM] Dariel: Big facts.
[12/10/25, 12:12:56â€¯PM] Dariel: Such fun games
[12/10/25, 12:13:02â€¯PM] Dariel: And the story is neat too
[12/10/25, 12:13:15â€¯PM] ~â€¯Nicholas Hing: My pops got me an AR rifle like 4 years ago that shoots .22, good on firepower, cheap on ammo ðŸ˜Œ
[12/10/25, 12:13:22â€¯PM] Dariel: I love stephen merchants voice acting in it
[12/10/25, 12:13:26â€¯PM] ~â€¯Nicholas Hing: But bro has hidden it from me
[12/10/25, 12:13:29â€¯PM] ~â€¯EJ Tamayo: My dad's AR pistol shoots 556
[12/10/25, 12:13:44â€¯PM] ~â€¯Ethan: AR â€œpistolâ€s are the best home defense weapons despite what the boomers say
[12/10/25, 12:13:45â€¯PM] ~â€¯Nicholas Hing: Le W
[12/10/25, 12:13:54â€¯PM] Dariel: Arent they rather cheap too
[12/10/25, 12:13:58â€¯PM] Dariel: Great guns overall
[12/10/25, 12:13:59â€¯PM] ~â€¯Nicholas Hing: Exactly bro, theyâ€™re scarier
[12/10/25, 12:13:59â€¯PM] ~â€¯Ethan: Kind of
[12/10/25, 12:14:11â€¯PM] Dariel: Nothing scarier than the boomstick

[12/10/25, 12:14:20â€¯PM] ~â€¯Nicholas Hing: ðŸ‘¹ðŸ‘¹ðŸ‘¹
[12/10/25, 12:14:21â€¯PM] ~â€¯EJ Tamayo: Facts
[12/10/25, 12:14:29â€¯PM] ~â€¯Ethan: Not about being scarier, shotguns win that category. Theyâ€™re easily more effective than shotguns though in overall practicality
â€Ž[12/10/25, 12:14:53â€¯PM] Dariel: â€ŽGIF omitted
[12/10/25, 12:15:03â€¯PM] ~â€¯EJ Tamayo: They're pretty light compared to a full AR, they're smaller and they still pack a lunch
[12/10/25, 12:15:04â€¯PM] Dariel: Shotguns make a huge mess though
[12/10/25, 12:15:04â€¯PM] ~â€¯Ethan: Pistol caliber carbines are also good but not as good (Iâ€™d maybe consider one just to train with it more and save a lot of money on ammo)
[12/10/25, 12:15:08â€¯PM] ~â€¯Nicholas Hing: You ask your average person what â€œgun buildâ€ looks scarier, I guarantee you the rifle wins by a solid majority
[12/10/25, 12:15:18â€¯PM] ~â€¯Ethan: Fair
[12/10/25, 12:15:19â€¯PM] ~â€¯Dante: Slop but also kino movie franchise
[12/10/25, 12:15:41â€¯PM] Dariel: I had a neighbor who shot a robber with one and the Miami CSI special cleaning crew had to clean his bitts off his walls and floor
[12/10/25, 12:15:56â€¯PM] ~â€¯Ethan: .556 or .300 blackout though you really canâ€™t beat it
[12/10/25, 12:16:03â€¯PM] Dariel: Took them three days to clean bro up
[12/10/25, 12:16:09â€¯PM] ~â€¯EJ Tamayo: Fr
[12/10/25, 12:16:15â€¯PM] ~â€¯Ethan: Bro got eviscerated
[12/10/25, 12:16:16â€¯PM] Dariel: Wheres the robber oh theres a little of him here a little there and so on
[12/10/25, 12:16:22â€¯PM] ~â€¯Nicholas Hing: Three days is nuts
[12/10/25, 12:16:25â€¯PM] Dariel: He blasted him like 6 times
[12/10/25, 12:16:30â€¯PM] Dariel: You can only imagine the mess
[12/10/25, 12:16:32â€¯PM] ~â€¯Nicholas Hing: Bro painted the roses and the walls red ðŸ’€
[12/10/25, 12:16:32â€¯PM] ~â€¯EJ Tamayo: The day I turn 21 im buying all the guns I can
â€Ž[12/10/25, 12:16:34â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[12/10/25, 12:16:40â€¯PM] Dariel: If they had to bring in the fucking CSI cleanup crew bro
â€Ž[12/10/25, 12:16:46â€¯PM] ~â€¯Nicholas Hing: â€ŽGIF omitted
[12/10/25, 12:16:47â€¯PM] Dariel: Guy kept coming at him
[12/10/25, 12:16:55â€¯PM] Dariel: It was some like crackhead or something
[12/10/25, 12:16:58â€¯PM] Dariel: He wouldnt go down
[12/10/25, 12:16:58â€¯PM] ~â€¯Nicholas Hing: ðŸ˜
[12/10/25, 12:17:04â€¯PM] Dariel: And he just started blasting
[12/10/25, 12:17:09â€¯PM] ~â€¯Ethan: Crackheads are like zombies man
[12/10/25, 12:17:22â€¯PM] Dariel: Look up the youtube compilations of crackheads cant die
â€Ž[12/10/25, 12:17:31â€¯PM] ~â€¯EJ Tamayo: â€ŽGIF omitted
[12/10/25, 12:17:34â€¯PM] Dariel: Theres one og a guy who jumps off a house and lands like spiderman
[12/10/25, 12:17:39â€¯PM] Dariel: He broke his legs and shit
[12/10/25, 12:17:43â€¯PM] Dariel: And kept walking
[12/10/25, 12:17:50â€¯PM] Dariel: Theyre superheros
[12/10/25, 12:18:02â€¯PM] ~â€¯Ethan: Patriot. Iâ€™m probably just gonna go for the M&P 2.0 compact and get a light and everything else for it. In the future Iâ€™d probably aim to get an AR platform or PCC but I live in a turbo tiny apartment so idk
â€Ž[12/10/25, 12:18:04â€¯PM] ~â€¯Nicholas Hing: â€Žimage omitted
[12/10/25, 12:18:14â€¯PM] ~â€¯EJ Tamayo: We need them in our armed forces then ðŸ˜‚
[12/10/25, 12:18:24â€¯PM] Dariel: Nazis did it and it worked great
[12/10/25, 12:18:38â€¯PM] Dariel: Amped them up with amphetamines and sent them to rape Floâ€™s relatives
â€Ž[12/10/25, 12:18:47â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[12/10/25, 12:18:48â€¯PM] Dariel: Blitzkrieg was based as fuck btw
[12/10/25, 12:19:00â€¯PM] ~â€¯EJ Tamayo: I already got a 9mm for my high school graduation gift, and iirc my uncle has a shotgun he's gonna give me when Im old enough
[12/10/25, 12:19:10â€¯PM] ~â€¯EJ Tamayo: Facts
[12/10/25, 12:19:26â€¯PM] Dariel: It was unironically impressive tactics not gonna lie

[12/10/25, 12:19:37â€¯PM] Dariel: Took out half the continent like it was nothing
[12/10/25, 12:19:42â€¯PM] ~â€¯EJ Tamayo: Yeah that shit worked a little too good ðŸ˜‚
[12/10/25, 12:19:50â€¯PM] ~â€¯Ethan: It was impressive, problem is when it slowed down lol
[12/10/25, 12:19:55â€¯PM] Dariel: And they lost minimal casualties which is the craziest thing
[12/10/25, 12:20:15â€¯PM] ~â€¯Dante: Bro went through a dog round on Kino
[12/10/25, 12:20:16â€¯PM] Dariel: The US was based though
[12/10/25, 12:20:24â€¯PM] Dariel: FETCH ME THEIR SOULSSSS
[12/10/25, 12:20:35â€¯PM] Dariel: Shit gave me nightmares as a kid
[12/10/25, 12:20:41â€¯PM] ~â€¯Ethan: Victory by extreme logistics, nothing beats it
[12/10/25, 12:20:51â€¯PM] Dariel: Victory by throwing endless manpower
[12/10/25, 12:21:05â€¯PM] ~â€¯Ethan: That was the Soviet tactic
[12/10/25, 12:21:05â€¯PM] Dariel: Whilst the rest of europe was dying we kept shipping off GIâ€™s
[12/10/25, 12:21:22â€¯PM] ~â€¯Ethan: US was far more coordinated than troop spam
[12/10/25, 12:21:28â€¯PM] Dariel: Oh nooo the battalion died. NEXT
[12/10/25, 12:21:32â€¯PM] Dariel: And rinse and repeat it worked wonders
[12/10/25, 12:21:33â€¯PM] ~â€¯Ethan: Soviets were pure manpower spam
[12/10/25, 12:21:37â€¯PM] Dariel: Air support on top of that
[12/10/25, 12:21:42â€¯PM] ~â€¯EJ Tamayo: Yep
[12/10/25, 12:21:46â€¯PM] Dariel: And endless supply trains
[12/10/25, 12:22:01â€¯PM] ~â€¯Ethan: US = Logistics
Soviet Union = troop spam â€Ž<This message was edited>
[12/10/25, 12:22:09â€¯PM] Dariel: Soam
[12/10/25, 12:22:15â€¯PM] ~â€¯EJ Tamayo: Imagine we had shit like the AC-130, F22, A10 and B2/B21 in WW2
[12/10/25, 12:22:19â€¯PM] ~â€¯Ethan: Not to mention the US gave the Sovietâ€™s much of their equipment
[12/10/25, 12:22:34â€¯PM] Dariel: We gave them allll equipment
[12/10/25, 12:22:37â€¯PM] Dariel: We sold guns to all sides
[12/10/25, 12:22:41â€¯PM] ~â€¯EJ Tamayo: We beat the fuckin British as a bunch of farmer rednecks thanks to logistics ðŸ˜‚
[12/10/25, 12:22:49â€¯PM] Dariel: Weâ€™re just businessmen doing business
[12/10/25, 12:22:59â€¯PM] ~â€¯Ethan: That was WW1 in the beginning, not exactly the case in WW2
[12/10/25, 12:23:10â€¯PM] ~â€¯Ethan: Sweden however sold the bofors AA guns and other shit to EVERYONE
[12/10/25, 12:23:20â€¯PM] ~â€¯Ethan: all sides of that war had their 20mm and 40mm AA guns
[12/10/25, 12:23:42â€¯PM] Dariel: Not directly due to the neutrality act but we sold them the raw materials to build that shit
[12/10/25, 12:23:46â€¯PM] ~â€¯Ethan: Switzerland meanwhile was storing all the gold
[12/10/25, 12:23:54â€¯PM] ~â€¯Ethan: Raw materials yes
[12/10/25, 12:23:56â€¯PM] Dariel: Via German subsidiaries of course
[12/10/25, 12:24:01â€¯PM] Dariel: Based
[12/10/25, 12:24:10â€¯PM] ~â€¯EJ Tamayo: https://www.instagram.com/reel/DSBLGKQgY-o/?igsh=ZHg1Nmp5enl0djE1
[12/10/25, 12:24:11â€¯PM] Dariel: Though England france and a few others sent us their gold
[12/10/25, 12:24:12â€¯PM] Dariel: For um
[12/10/25, 12:24:15â€¯PM] Dariel: Safe keeping of course
[12/10/25, 12:24:21â€¯PM] ~â€¯EJ Tamayo: Definetely
[12/10/25, 12:24:24â€¯PM] ~â€¯Ethan: Sweden truly was the one fully neutral country besides Switzerland though
[12/10/25, 12:24:34â€¯PM] Dariel: Weâ€™re just businessmen doing business
â€Ž[12/10/25, 12:24:51â€¯PM] Dariel: â€Žimage omitted
[12/10/25, 12:24:53â€¯PM] ~â€¯Ethan: â€œI was a business manâ€¦ doing businessâ€
[12/10/25, 12:24:57â€¯PM] ~â€¯Ethan: Classic
[12/10/25, 12:24:59â€¯PM] Dariel: Beat you beat


FREE SHIPPING ON ORDERS OVER $99
FIREARMS
SHOP S&W®
SUPPRESSORS
LEARN
SUPPORT
LE/MILITARY
S&W ACADEMY
HOME / M&P 2.0 COMPACT / M&P®9 M2.0 4 INCH OPTICS READY NO THUMB SAFETY FLAT DARK EARTH COMPACT SERIES
M&P 2.0 COMPACT SERIES
M&P®9 M2.0 4 INCH OPTICS READY NO THUMB SAFETY FLAT DARK EARTH COMPACT SERIES
MSRP: $699.00
SKU: 13572
WHERE TO BUY
TECH SPECS
DOWNLOADS
COMPATIBLE ACCESSORIES

[11/28/25, 11:37:15â€¯PM] ~â€¯Marianna Garrido: This is hilarious
[11/28/25, 11:37:33â€¯PM] ~â€¯sam: yall funny
[11/28/25, 11:37:38â€¯PM] ~â€¯Ethan: I hope youâ€™ve been taking notes
[11/28/25, 11:37:50â€¯PM] ~â€¯Marianna Garrido: Yessir
â€Ž[11/28/25, 11:37:53â€¯PM] ~â€¯Dante: â€Žsticker omitted
[11/28/25, 11:37:58â€¯PM] ~â€¯Marianna Garrido: Iâ€™ll share my findings at a later date
[11/28/25, 11:38:06â€¯PM] ~â€¯Ethan: Perfect. Iâ€™ll be happy to be in the lab report
â€Ž[11/28/25, 11:38:30â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[11/28/25, 11:38:31â€¯PM] ~â€¯Marianna Garrido: Unrelated but I just finished the biggest lab report of my life
[11/28/25, 11:38:37â€¯PM] ~â€¯Marianna Garrido: Hold on
â€Ž[11/28/25, 11:38:44â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[11/28/25, 11:38:54â€¯PM] ~â€¯Ethan: Sheâ€™s going to take our cranium measurements
â€Ž[11/28/25, 11:39:08â€¯PM] ~â€¯Marianna Garrido: â€Žimage omitted
[11/28/25, 11:39:12â€¯PM] Dariel: Phrenology is based
[11/28/25, 11:39:21â€¯PM] ~â€¯Marianna Garrido: 10 PAGES
[11/28/25, 11:39:23â€¯PM] ~â€¯Dante: Holy
[11/28/25, 11:39:25â€¯PM] Dariel: I have a book on it from the 1840s somewhere
[11/28/25, 11:39:26â€¯PM] ~â€¯Ethan: Thatâ€™s just tragic
[11/28/25, 11:39:27â€¯PM] Dariel: Its total slop
[11/28/25, 11:39:29â€¯PM] Dariel: Jeez

[11/28/25, 11:39:29â€¯PM] Dariel: Jeez
[11/28/25, 11:39:32â€¯PM] Dariel: You poor thing
[11/28/25, 11:39:37â€¯PM] ~â€¯Marianna Garrido: 3148 words
[11/28/25, 11:39:38â€¯PM] ~â€¯Ethan: 10 pages on what exactly
[11/28/25, 11:39:38â€¯PM] ~â€¯sam: congrats â¤ï¸â¤ï¸
[11/28/25, 11:39:42â€¯PM] Dariel: Lets hope you get an A
[11/28/25, 11:39:47â€¯PM] Dariel: Garbage duh
[11/28/25, 11:39:48â€¯PM] ~â€¯Dante: True, congratulations
[11/28/25, 11:39:50â€¯PM] ~â€¯Marianna Garrido: FR PRAY
[11/28/25, 11:39:55â€¯PM] ~â€¯sam: wowza
[11/28/25, 11:39:57â€¯PM] ~â€¯Ethan: If she doesnâ€™t she just has to Swiss cheese the professor at that point
[11/28/25, 11:40:10â€¯PM] ~â€¯Ethan: Air them out
[11/28/25, 11:40:13â€¯PM] ~â€¯Marianna Garrido: I donâ€™t even wanna ask what that is
[11/28/25, 11:40:17â€¯PM] Dariel: Nowadays though people use the magic AI
[11/28/25, 11:40:26â€¯PM] ~â€¯sam: what does that even mean
[11/28/25, 11:40:32â€¯PM] Dariel: I saw Jose do a whole report using his and it was amazing
[11/28/25, 11:40:32â€¯PM] ~â€¯Ethan: Putting holes in them via means of firearm
[11/28/25, 11:40:33â€¯PM] ~â€¯sam: same
[11/28/25, 11:40:40â€¯PM] Dariel: You guys are dumb
[11/28/25, 11:40:41â€¯PM] ~â€¯Marianna Garrido: Oh
[11/28/25, 11:40:45â€¯PM] Dariel: How did you not figure it out
[11/28/25, 11:40:48â€¯PM] Dariel: Context clues guys
[11/28/25, 11:40:53â€¯PM] Dariel: Swiss cheese is full of holes
[11/28/25, 11:41:00â€¯PM] ~â€¯Ethan: Theyâ€™re women be patient ðŸ˜”ðŸ™
[11/28/25, 11:41:03â€¯PM] ~â€¯Marianna Garrido: Listen clearly I lost my brain cells on that report

â€Ž[12/8/25, 12:10:29â€¯PM] ~â€¯Ethan: â€Žimage omitted
[12/8/25, 12:10:31â€¯PM] ~â€¯Ethan: Fascinating
[12/8/25, 12:10:47â€¯PM] Dariel: Bruh
[12/8/25, 12:10:58â€¯PM] Dariel: Notice the tranny
[12/8/25, 12:11:03â€¯PM] ~â€¯Ethan: Lmao
[12/8/25, 12:11:10â€¯PM] ~â€¯Dante: We do a little relaxing
â€Ž[12/8/25, 12:11:20â€¯PM] ~â€¯Dante: â€Žimage omitted
â€Ž[12/8/25, 12:11:23â€¯PM] ~â€¯Dante: â€Žimage omitted
[12/8/25, 12:11:31â€¯PM] ~â€¯Ethan: Letâ€™s go blow up dolphin mall with an explosive device or something â€Ž<This message was edited>
[12/8/25, 12:11:33â€¯PM] ~â€¯EJ Tamayo: Nice
[12/8/25, 12:11:44â€¯PM] ~â€¯EJ Tamayo: Also what did you think of Saosin @â¨~Danteâ©?
[12/8/25, 12:11:54â€¯PM] ~â€¯EJ Tamayo: That's, surprising
[12/8/25, 12:12:20â€¯PM] ~â€¯Dante: Chill brah let me finish the record first
[12/8/25, 12:12:29â€¯PM] ~â€¯Ethan: Ok tomorrow then
[12/8/25, 12:12:38â€¯PM] ~â€¯Dante: I liked it a lot I saved the album
[12/8/25, 12:12:47â€¯PM] Dariel: Telling matthew to make sure if they vote that theyre members
[12/8/25, 12:12:51â€¯PM] ~â€¯Ethan: Have to vote in the CR election prior to committing a terrorist attack
[12/8/25, 12:12:53â€¯PM] Dariel: Otherwise were tossing their votes out
[12/8/25, 12:12:57â€¯PM] ~â€¯EJ Tamayo: W, glad you enjoyed it
[12/8/25, 12:13:16â€¯PM] ~â€¯Ethan: Hope youâ€™re paying close attention to the votes to catch anything weird early
[12/8/25, 12:13:53â€¯PM] Dariel: Matthew is on it
[12/8/25, 12:14:02â€¯PM] Dariel: We are invalidating all non member votes
[12/8/25, 12:14:48â€¯PM] ~â€¯sam: of course
[12/8/25, 12:16:53â€¯PM] ~â€¯EJ Tamayo: Chat did you see that some dude is claiming there is gonna be a huge worldwide flood on Christmas day

[11/28/25, 10:32:26â€¯PM] ~â€¯sam: but just gotta pray God protects me â€¦
[11/28/25, 10:32:35â€¯PM] ~â€¯Dante: Pack some bear mace or something
[11/28/25, 10:32:36â€¯PM] ~â€¯Marianna Garrido: He will girl ðŸ«¶ðŸ»
[11/28/25, 10:32:49â€¯PM] ~â€¯Ethan: I generally support law enforcement but broward county sheriffs office can EAT MY FUCKING DICKâ€¼ï¸
[11/28/25, 10:32:52â€¯PM] ~â€¯sam: I have pepper spray ðŸ‘
[11/28/25, 10:33:03â€¯PM] ~â€¯Marianna Garrido: Good
[11/28/25, 10:33:18â€¯PM] ~â€¯Ethan: He will but he also provides you methods and ability to practice self protection! Remember this
[11/28/25, 10:33:32â€¯PM] ~â€¯Dante: Trvke
[11/28/25, 10:33:35â€¯PM] ~â€¯Marianna Garrido: In summary buy some pepper spray
[11/28/25, 10:33:39â€¯PM] Dariel: That doesnâ€™t stop these people
[11/28/25, 10:33:41â€¯PM] ~â€¯sam: true but im also German maxed
[11/28/25, 10:33:45â€¯PM] ~â€¯sam: im big asf
[11/28/25, 10:33:47â€¯PM] ~â€¯Ethan: Hey she said she has that so thatâ€™s good lol
[11/28/25, 10:33:48â€¯PM] ~â€¯sam: dariel can attest
[11/28/25, 10:33:54â€¯PM] ~â€¯Nicholas Hing: Miami is just an hour from Miami atp
[11/28/25, 10:33:54â€¯PM] Dariel: Many videos of them getting tased and so on
[11/28/25, 10:34:02â€¯PM] Dariel: Youâ€™re not THAT big jeez
[11/28/25, 10:34:13â€¯PM] ~â€¯Dante: Definitely not but itâ€™s better to have that than nothing
[11/28/25, 10:34:22â€¯PM] ~â€¯Ethan: Listen you only need two friends in this life. SMITH and WESSON â€¼ï¸
[11/28/25, 10:34:27â€¯PM] ~â€¯sam: bro not helping my case
[11/28/25, 10:34:33â€¯PM] ~â€¯Marianna Garrido: What a G
[11/28/25, 10:34:45â€¯PM] Dariel: The great equalizer
[11/28/25, 10:35:24â€¯PM] ~â€¯Ethan: Open carrying an 81mm mortar for self defense purposes

[11/28/25, 10:32:26â€¯PM] ~â€¯sam: but just gotta pray God protects me â˜ï¸
[11/28/25, 10:32:35â€¯PM] ~â€¯Dante: Pack some bear mace or something
[11/28/25, 10:32:36â€¯PM] ~â€¯Marianna Garrido: He will girl ðŸ¤¶ðŸ»
[11/28/25, 10:32:49â€¯PM] ~â€¯Ethan: I generally support law enforcement but broward county sheriffs office can EAT MY FUCKING DICKâ€¼ï¸
[11/28/25, 10:32:52â€¯PM] ~â€¯sam: I have pepper spray ðŸ‘
[11/28/25, 10:33:03â€¯PM] ~â€¯Marianna Garrido: Good
[11/28/25, 10:33:18â€¯PM] ~â€¯Ethan: He will but he also provides you methods and ability to practice self protection! Remember this
[11/28/25, 10:33:32â€¯PM] ~â€¯Dante: Trvke
[11/28/25, 10:33:35â€¯PM] ~â€¯Marianna Garrido: In summary buy some pepper spray
[11/28/25, 10:33:39â€¯PM] Dariel: That doesnâ€™t stop these people
[11/28/25, 10:33:41â€¯PM] ~â€¯sam: true but im also German maxed
[11/28/25, 10:33:45â€¯PM] ~â€¯sam: im big asf
[11/28/25, 10:33:47â€¯PM] ~â€¯Ethan: Hey she said she has that so thatâ€™s good lol
[11/28/25, 10:33:48â€¯PM] ~â€¯sam: dariel can attest
[11/28/25, 10:33:54â€¯PM] ~â€¯Nicholas Hing: Miami is just an hour from Miami atp
[11/28/25, 10:33:54â€¯PM] Dariel: Many videos of them getting tased and so on
[11/28/25, 10:34:02â€¯PM] Dariel: Youâ€™re not THAT big jeez
[11/28/25, 10:34:13â€¯PM] ~â€¯Dante: Definitely not but itâ€™s better to have that than nothing
[11/28/25, 10:34:22â€¯PM] ~â€¯Ethan: Listen you only need two friends in this life. SMITH and WESSON â€¼ï¸
[11/28/25, 10:34:27â€¯PM] ~â€¯sam: bro not helping my case
[11/28/25, 10:34:33â€¯PM] ~â€¯Marianna Garrido: What a G
[11/28/25, 10:34:45â€¯PM] Dariel: The great equalizer
[11/28/25, 10:35:24â€¯PM] ~â€¯Ethan: Open carrying an 81mm mortar for self defense purposes

road
[12/10/25, 11:17:38â€¯AM] ~â€¯Dante: Idk if you guys saw the UK said that they no longer have the means to main their nuclear submarine program
[12/10/25, 11:18:38â€¯AM] Dariel: https://www.instagram.com/p/DSFsdBSDm_b/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ==
[12/10/25, 11:18:44â€¯AM] Dariel: Green library Grandpa lore drop!
â€Ž[12/10/25, 11:27:04â€¯AM] ~â€¯Ethan: â€Žimage omitted
[12/10/25, 11:27:23â€¯AM] ~â€¯Nicholas Hing: In order to stop illegal crimes, we should legalize the crime ðŸ–¿
[12/10/25, 11:28:14â€¯AM] ~â€¯Ethan: To be fair this is basically the overall leftist ideal for â€œhandlingâ€ crime ðŸ˜
[12/10/25, 11:28:40â€¯AM] ~â€¯Nicholas Hing: So true!
[12/10/25, 11:29:16â€¯AM] ~â€¯Nicholas Hing: â€œCrime is down in our citiesâ€ ~because weâ€™re legalizing all the things that were once considered crimes~
[12/10/25, 11:37:38â€¯AM] ~â€¯Florentin: None.
[12/10/25, 11:38:25â€¯AM] ~â€¯Ethan: https://x.com/ryangrim/status/1998607386022494425?s=46&t=A6NW0OSPAnPpExWfhyiVyw
â€Ž[12/10/25, 11:38:59â€¯AM] ~â€¯Ethan: â€ŽGIF omitted
[12/10/25, 11:39:47â€¯AM] ~â€¯Ethan: Range officers watch EVERYONE at ranges, indoor especially
[12/10/25, 11:39:54â€¯AM] ~â€¯Florentin: @â¨â€¯Darielâ©, you need to try the new Stacatos. 1911s that are more easily carried nowadays.
[12/10/25, 11:40:40â€¯AM] ~â€¯Florentin: https://staccato2011.com/products/staccato-hd-c3-6
[12/10/25, 11:41:01â€¯AM] ~â€¯Ethan: Taking out a 2nd car loan for a stacato
[12/10/25, 11:41:33â€¯AM] ~â€¯Florentin: Instead of buying 50 blickys, you can buy one of these.
[12/10/25, 11:41:37â€¯AM] ~â€¯Ethan: Over 2k

road
[12/10/25, 11:17:38â€¯AM] ~â€¯Dante: Idk if you guys saw the UK said that they no longer have the means to main their nuclear submarine program
[12/10/25, 11:18:38â€¯AM] Dariel: https://www.instagram.com/p/DSFsdBSDm_b/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ==
[12/10/25, 11:18:44â€¯AM] Dariel: Green library Grandpa lore drop!
â€Ž[12/10/25, 11:27:04â€¯AM] ~â€¯Ethan: â€Žimage omitted
[12/10/25, 11:27:23â€¯AM] ~â€¯Nicholas Hing: In order to stop illegal crimes, we should legalize the crime ðŸ–¿
[12/10/25, 11:28:14â€¯AM] ~â€¯Ethan: To be fair this is basically the overall leftist ideal for â€œhandlingâ€ crime ðŸ˜
[12/10/25, 11:28:40â€¯AM] ~â€¯Nicholas Hing: So true!
[12/10/25, 11:29:16â€¯AM] ~â€¯Nicholas Hing: â€œCrime is down in our citiesâ€ ~because weâ€™re legalizing all the things that were once considered crimes~
[12/10/25, 11:37:38â€¯AM] ~â€¯Florentin: None.
[12/10/25, 11:38:25â€¯AM] ~â€¯Ethan: https://x.com/ryangrim/status/1998607386022494425?s=46&t=A6NW0OSPAnPpExWfhyiVyw
â€Ž[12/10/25, 11:38:59â€¯AM] ~â€¯Ethan: â€ŽGIF omitted
[12/10/25, 11:39:47â€¯AM] ~â€¯Ethan: Range officers watch EVERYONE at ranges, indoor especially
[12/10/25, 11:39:54â€¯AM] ~â€¯Florentin: @â¨Darielâ©, you need to try the new Stacatos. 1911s that are more easily carried nowadays.
[12/10/25, 11:40:40â€¯AM] ~â€¯Florentin: https://staccato2011.com/products/staccato-hd-c3-6
[12/10/25, 11:41:01â€¯AM] ~â€¯Ethan: Taking out a 2nd car loan for a stacato
[12/10/25, 11:41:33â€¯AM] ~â€¯Florentin: Instead of buying 50 blickys, you can buy one of these.
[12/10/25, 11:41:37â€¯AM] ~â€¯Ethan: Over 2k
â€Ž[12/10/25, 11:41:37â€¯AM] ~â€¯Ethan: â€Žsticker omitted

[12/10/25, 11:41:37â€¯AM] ~â€¯Ethan: Over 2k
â€Ž[12/10/25, 11:41:37â€¯AM] ~â€¯Ethan: â€Žsticker omitted
[12/10/25, 11:41:48â€¯AM] Dariel: Im sticking with my little baby j frame
[12/10/25, 11:41:51â€¯AM] Dariel: Nothing beats that
[12/10/25, 11:42:01â€¯AM] Dariel: Weighs like a pound
[12/10/25, 11:42:09â€¯AM] Dariel: Shoots a nice .38 special
[12/10/25, 11:42:17â€¯AM] ~â€¯Ethan: Basically everything beats that but itâ€™s what you like and thatâ€™s what matters lol
[12/10/25, 11:42:20â€¯AM] Dariel: I still havent gotten it which is gay btw
[12/10/25, 11:42:33â€¯AM] ~â€¯Ethan: Bro itâ€™s been several months now lmfao
[12/10/25, 11:42:39â€¯AM] Dariel: I mean weight wise you faggggg
[12/10/25, 11:42:42â€¯AM] ~â€¯Ethan: You need to go blow up the bass pro
[12/10/25, 11:42:45â€¯AM] Dariel: literally two months
[12/10/25, 11:42:49â€¯AM] ~â€¯Ethan: ðŸ˜¯ðŸ˜™
[12/10/25, 11:42:57â€¯AM] Dariel: My fault for ordering some special wood frame engraved one
[12/10/25, 11:43:03â€¯AM] Dariel: On backorder for like two months now
[12/10/25, 11:43:07â€¯AM] Dariel: Its supremely gay
[12/10/25, 11:44:04â€¯AM] ~â€¯Ethan: Iâ€™d rather have a S&W M&P 2.0 compact or related model AND afford all other equipment such as spare mags, Ear pro etc, as well as groceries ðŸ˜¯
[12/10/25, 11:44:23â€¯AM] ~â€¯Florentin: https://www.smith-wesson.com/product/performance-center-model-19-carry-comp-moss
[12/10/25, 11:44:24â€¯AM] ~â€¯Ethan: With money to spare most likely
[12/10/25, 11:44:26â€¯AM] Dariel: Groceries are important
[12/10/25, 11:44:30â€¯AM] ~â€¯Florentin: https://www.smith-wesson.com/product/model-442-ultimate-carry-revolver-38spl-black-with-no-lock
[12/10/25, 11:44:30â€¯AM] Dariel: Cant eat guns

[12/10/25, 11:44:52â€¯AM] ~â€¯Florentin: No, but you can steal someone's food with one.
[12/10/25, 11:45:28â€¯AM] Dariel: He makes a compelling point
[12/10/25, 11:46:36â€¯AM] ~â€¯Florentin: I personally think if we were in a mad max scenario, water, food, medicine, and bulltets would become the new money.
[12/10/25, 11:46:51â€¯AM] ~â€¯Ethan: https://www.smith-wesson.com/product/m-p-9-m2.0-4-inch-optics-ready-no-thumb-safety-flat-dark-earth-compact-series @â ~Florentinâ ©
[12/10/25, 11:47:33â€¯AM] ~â€¯Ethan: Probably true
[12/10/25, 11:47:48â€¯AM] ~â€¯Florentin: https://www.smith-wesson.com/product/performance-center-m-p-9-m2-0-metal-carry-comp-10rd-compliant
[12/10/25, 11:48:04â€¯AM] ~â€¯Florentin: I'd rather spend a little extra and get myself one of these.
[12/10/25, 11:49:08â€¯AM] ~â€¯Ethan: Idk if 300 bucks is â€œa littleâ€ extra but I see your point lol the carry comps are pretty nice
[12/10/25, 11:49:44â€¯AM] ~â€¯Ethan: I think theyâ€™re slightly longer though which is something to consider
[12/10/25, 11:50:06â€¯AM] ~â€¯Florentin: To me it sounds worth it. Metal vs polymer to me is important. Less failure points, better fit.
[12/10/25, 11:50:23â€¯AM] ~â€¯Florentin: More weight for recoil management as well.
[12/10/25, 11:51:02â€¯AM] ~â€¯Ethan: True but noticeably heavier. There is the polymer carry comps though which is pretty light
[12/10/25, 11:51:19â€¯AM] S.G.: My man has a date??? And it is not @â ~samâ ©?
â€Ž[12/10/25, 11:51:30â€¯AM] S.G.: â€ŽGIF omitted
[12/10/25, 11:51:46â€¯AM] ~â€¯Ethan: Recoil management is important but if youâ€™re carrying it everywhere and itâ€™s heavy as shit youâ€™re gonna want to die
[12/10/25, 11:52:49â€¯AM] ~â€¯Florentin: You really have to be a twink in my opinion if you can't carry 8 oz more.
â€Ž[12/10/25, 11:53:08â€¯AM] ~â€¯Florentin: â€Žimage omitted

â€Ž[12/10/25, 11:53:18â€¯AM] ~â€¯Florentin: â€Žimage omitted
[12/10/25, 11:53:20â€¯AM] Dariel: Its just less comfy
[12/10/25, 11:53:23â€¯AM] Dariel: And its bigger
[12/10/25, 11:53:31â€¯AM] Dariel: J frame is the way
[12/10/25, 11:53:37â€¯AM] ~â€¯Ethan: It adds up especially with ammo. Back pain etc
[12/10/25, 11:54:01â€¯AM] ~â€¯Florentin: It says mf carry. To eahc their own, but don't lecture me about "but ma weight"...
[12/10/25, 11:54:24â€¯AM] Dariel: Smaller less weight easier to carry
[12/10/25, 11:54:24â€¯AM] ~â€¯Florentin: Size can play a role, but weight is not a pound heavier motherfucker.
[12/10/25, 11:54:29â€¯AM] Dariel: Easier to hide
[12/10/25, 11:54:36â€¯AM] Dariel: Every ounce matters
[12/10/25, 11:54:50â€¯AM] ~â€¯Florentin: Unless you're hiking, stfu.
[12/10/25, 11:54:54â€¯AM] ~â€¯Ethan: But yeah the main thing with carry comps for me is theyâ€™re a bit longer and I donâ€™t want the gun touching my weenie
[12/10/25, 11:55:09â€¯AM] Dariel: Walking in normal life every ounce matters
[12/10/25, 11:55:13â€¯AM] Dariel: Why carry extra weight
[12/10/25, 11:55:27â€¯AM] ~â€¯Florentin: Then that's fine. But weight difference is not a factor. Bullshit.
[12/10/25, 11:55:42â€¯AM] Dariel: Comfort is pretty important you want something small and easy to carry without it looking bulky or weird
[12/10/25, 11:55:51â€¯AM] ~â€¯Ethan: It is a factor you canâ€™t just say itâ€™s not at all. Although I agree WAY less of a factor than size
[12/10/25, 11:56:04â€¯AM] Dariel: Size is the most important thing
[12/10/25, 11:56:08â€¯AM] Dariel: Weight is secondary
[12/10/25, 11:56:13â€¯AM] Dariel: Though ideally you want small and light
[12/10/25, 11:56:21â€¯AM] Dariel: Especially for daily comfy carry

[12/10/25, 11:56:21â€ AM] Dariel: Especially for daily comfy carry
[12/10/25, 11:56:25â€¯AM] ~â€¯Florentin: As I said, more weight also equals less recoil, meaning return to target is fatser, which actually matters, not your bullshit 8 ounces difference of sitting in a chair all day.
[12/10/25, 11:56:35â€¯AM] ~â€¯Ethan: Comfort is number 1 because if itâ€™s not somewhat comfortable (carrying will never be fully comfortable) you will actually carry it. Otherwise youâ€™ll end up ditching it at gome

[12/10/25, 11:57:02â€¯AM] Dariel: With enough practice you can learn to handle recoil
[12/10/25, 11:57:06â€¯AM] ~â€¯Ethan: I raped my sentence there
[12/10/25, 11:57:12â€¯AM] ~â€¯Florentin: To a degree, but we're not talking about an ankle gun or a fucking full-sized steell frame...
[12/10/25, 11:57:22â€¯AM] Dariel: You can ankle carry a Jframe
[12/10/25, 11:57:39â€¯AM] ~â€¯Ethan: Quite frankly you should conceal a full sized Beretta M9A4
[12/10/25, 11:57:41â€¯AM] ~â€¯Florentin: And by not being a twink, you can learn how to handle 8 ounces.
[12/10/25, 11:57:47â€¯AM] Dariel: Though ankle carrying isnt ideal Ive been told the off balance messes up your back
[12/10/25, 11:57:55â€¯AM] Dariel: Why handle more weight when you dont need it
[12/10/25, 11:58:04â€¯AM] ~â€¯Ethan: Leave king twink alone
[12/10/25, 11:58:20â€¯AM] ~â€¯Florentin: You carry more thna 8 ounces in your trousers daily nigga...

[12/10/25, 11:58:32â€¯AM] Dariel: WHY. CARRY. MORE. WEIGHT.
[12/10/25, 11:58:38â€¯AM] Dariel: Phones keys wallet pocket knife
[12/10/25, 11:58:41â€¯AM] Dariel: All weigh
[12/10/25, 11:58:44â€¯AM] Dariel: Gun even more
[12/10/25, 11:58:46â€¯AM] ~â€¯Florentin: You don;t need the extra weight or length, cut it off. This is how you sound.
[12/10/25, 11:58:46â€¯AM] ~â€¯Nicholas Hing: Does the gun shoot ðŸ–¿
[12/10/25, 11:58:58â€¯AM] ~â€¯Nicholas Hing: If yes, then we good ðŸ¤™
[12/10/25, 11:59:01â€¯AM] Dariel: Exactly. You dont need the extra weight
[12/10/25, 11:59:07â€¯AM] Dariel: If it doesnt then its a paperweight brother
[12/10/25, 11:59:08â€¯AM] ~â€¯Ethan: Nicholas rn
â€Ž[12/10/25, 11:59:09â€¯AM] ~â€¯Ethan: â€Žsticker omitted
[12/10/25, 11:59:14â€¯AM] Dariel: A blunt projectile
[12/10/25, 11:59:19â€¯AM] ~â€¯EJ Tamayo: Yes, very good
[12/10/25, 11:59:24â€¯AM] ~â€¯Florentin: Nigga, you really arguing why polymer is better than metal over 8 ounces. WOW.
[12/10/25, 11:59:25â€¯AM] Dariel: Smack em with it and run ðŸ¤£
[12/10/25, 11:59:43â€¯AM] ~â€¯Ethan: Itâ€™s also substantially cheaper but thatâ€™s a whole other question lol
[12/10/25, 11:59:44â€¯AM] Dariel: Yep. I want the lightest thing possible for comfort
[12/10/25, 11:59:48â€¯AM] Dariel: ANd PRICEEEE
[12/10/25, 11:59:51â€¯AM] Dariel: Exactly
[12/10/25, 12:00:04â€¯PM] Dariel: Flo is raging hard poor guy
[12/10/25, 12:00:06â€¯PM] ~â€¯Dante: I hate Wynwood so much
[12/10/25, 12:00:10â€¯PM] ~â€¯Florentin: Price is a far better argument than 8 ouncers of added wieght.
[12/10/25, 12:00:11â€¯PM] ~â€¯Nicholas Hing: Iâ€™m pretty sure the least of my worries is

added wieght.
[12/10/25, 12:00:11â€¯PM] ~â€¯Nicholas Hing: Iâ€™m pretty sure the least of my worries is gonna be what kind of weight or aesthetic differences are on a gun when I just need something for defense
[12/10/25, 12:00:19â€¯PM] Dariel: Used to be so much worse dude
[12/10/25, 12:00:19â€¯PM] ~â€¯Ethan: 8 oz is the weight of a cup of water btw
[12/10/25, 12:00:19â€¯PM] ~â€¯Florentin: I get the price thing, but not 8 fucking ounces.
[12/10/25, 12:00:22â€¯PM] Dariel: SOOO Much worse
â€Ž[12/10/25, 12:00:29â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:00:38â€¯PM] ~â€¯Nicholas Hing: Screw it, if a musket does it better, then round up some redcoats ðŸ—¿
[12/10/25, 12:00:49â€¯PM] Dariel: Cup of water on your belt or ankle all damned day plus the rest of your EDC
[12/10/25, 12:00:55â€¯PM] ~â€¯Ethan: I feel like Iâ€™m getting raped by heat when I go there itâ€™s just fucking concrete and tourists
[12/10/25, 12:00:58â€¯PM] Dariel: I had a musket for a bit
[12/10/25, 12:01:07â€¯PM] Dariel: Sold it to some collector in Gainesville
[12/10/25, 12:01:11â€¯PM] ~â€¯Ethan: Thatâ€™s what Iâ€™m saying thatâ€™s in addition to the rest of the weight and a mag full of ammo
[12/10/25, 12:01:12â€¯PM] ~â€¯Florentin: Bro, you have a j frame "metal" gun, wtf are you

onm about? Stop the ragebait nigga.
[12/10/25, 12:01:17â€¯PM] ~â€¯Dante: Itâ€™s still hell on earth it just has a new coat of paint on it
[12/10/25, 12:01:23â€¯PM] ~â€¯Nicholas Hing: â€œJust as the founding fathers intendedâ€
ðŸ˜Œ
â€Ž[12/10/25, 12:01:28â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:01:48â€¯PM] ~â€¯Ethan: Itâ€™s light weight aluminum in all fairness
[12/10/25, 12:01:50â€¯PM] Dariel: I got that cause of the pretty engravings but im looking for an antique hat gun
[12/10/25, 12:01:55â€¯PM] Dariel: Like a ladies gun tiny tiny tiny
[12/10/25, 12:02:01â€¯PM] ~â€¯Florentin: What we should really argue about is your terrible choice of carry instead.
[12/10/25, 12:02:12â€¯PM] ~â€¯Ethan: The damn Wynwood walls cost money for the last couple years and it drives me insane that shit used to be free
[12/10/25, 12:02:19â€¯PM] ~â€¯Ethan: Like whoâ€™s capitalizing on this bullshit
[12/10/25, 12:02:20â€¯PM] Dariel: Nah bro that area used to be Miamiâ€™s skid row the warehouse district
â€Ž[12/10/25, 12:02:32â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:02:39â€¯PM] ~â€¯Florentin: The j-frame is good, but it's a 6 shooter as far as I'm aware. Fucking sucks. Also, good luck reloading if you get caught in a firefihght.
[12/10/25, 12:02:55â€¯PM] Dariel: If you need more than 6 bullets youre a SHIT shot
[12/10/25, 12:03:04â€¯PM] ~â€¯Ethan: This is absurdly false
[12/10/25, 12:03:10â€¯PM] ~â€¯Nicholas Hing: What if you have more than 6 targets
[12/10/25, 12:03:17â€¯PM] Dariel: Who are you batman?
[12/10/25, 12:03:27â€¯PM] Dariel: A rogues gallery of guys is coming after you people?
[12/10/25, 12:03:37â€¯PM] ~â€¯Florentin: Sure, but having more bullets is always an advantage nigga. This is simple logic.

advantage nigga. This is simple logic.
[12/10/25, 12:03:40â€¯PM] Dariel: How many enemies do you people have
[12/10/25, 12:03:46â€¯PM] ~â€¯Florentin: Wheel guns are unpopular for a reason.
[12/10/25, 12:03:48â€¯PM] ~â€¯Ethan: In real shooting scenarios the average POLICE OFFICER misses roughly half or more of his shots. And to stop a threat if they donâ€™t give up on the first shot takes 2-3. There is very much a chance YOU will miss the majority and this is with ONE TARGET
[12/10/25, 12:03:54â€¯PM] Dariel: Cool then carry a belt fed gun if you neeeed so much ammo
[12/10/25, 12:03:59â€¯PM] ~â€¯Nicholas Hing: Half the country considers me their enemy
[12/10/25, 12:04:10â€¯PM] Dariel: You know you realistically will never shoot someone right?
[12/10/25, 12:04:12â€¯PM] ~â€¯Ethan: If you have 2 targets 6 rounds is 100% not enough, and with 1 itâ€™s already EXTREMELY questionable
[12/10/25, 12:04:17â€¯PM] ~â€¯Florentin: If wheel guns were so much better, everyone would carry them, which they fucking don't anymore.
[12/10/25, 12:04:24â€¯PM] ~â€¯Ethan: Then donâ€™t carry a gun ðŸ˜
[12/10/25, 12:04:31â€¯PM] ~â€¯Ethan: If thatâ€™s your out take
[12/10/25, 12:04:35â€¯PM] ~â€¯Dante: Trvke
[12/10/25, 12:04:38â€¯PM] Dariel: Usually just presenting the gun is more than enough
[12/10/25, 12:04:41â€¯PM] ~â€¯Ethan: Either be prepared or donâ€™t
[12/10/25, 12:04:45â€¯PM] Dariel: Youre gonna need a lot of ammo dog
[12/10/25, 12:04:48â€¯PM] Dariel: 150 million
[12/10/25, 12:04:49â€¯PM] ~â€¯Florentin: NO, but 15 or 17 rounds is better than 6.
[12/10/25, 12:04:50â€¯PM] ~â€¯Nicholas Hing: 3d print a gun prop
[12/10/25, 12:04:51â€¯PM] ~â€¯Ethan: Technically, but when itâ€™s not enough youâ€™re raped
[12/10/25, 12:04:56â€¯PM] ~â€¯Nicholas Hing: I can make that for u

â€Ž[12/10/25, 12:04:58â€¯PM] Dariel: â€ŽGIF omitted
[12/10/25, 12:05:05â€¯PM] Dariel: Carry something like that then
[12/10/25, 12:05:08â€¯PM] ~â€¯Ethan: Cause presenting without a plan can lead to you dying quite often
[12/10/25, 12:05:15â€¯PM] Dariel: If youre sooo worried about gaggles of folks attacking you

[12/10/25, 12:05:32â€¯PM] ~â€¯Ethan: Or just carry a typical micro compact that carries 10–13 rounds
[12/10/25, 12:05:36â€¯PM] ~â€¯Florentin: Bro is a fucking Democrat and a fed.
â€Ž[12/10/25, 12:05:44â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:05:49â€¯PM] Dariel: Poor Flo is raging so hard
â€Ž[12/10/25, 12:06:05â€¯PM] ~â€¯Nicholas Hing: â€Žvideo omitted
[12/10/25, 12:06:05â€¯PM] ~â€¯Ethan: Just as concealable as the J frame and with way more rounds
[12/10/25, 12:06:15â€¯PM] ~â€¯Florentin: You literally regurgitate the anti–gun points... Fucking commie.
[12/10/25, 12:06:15â€¯PM] Dariel: You people do know that most gun owners never have to shoot someone right?
[12/10/25, 12:06:25â€¯PM] Dariel: Like thats just a fact
â€Ž[12/10/25, 12:06:32â€¯PM] Dariel: â€Žsticker omitted
[12/10/25, 12:06:34â€¯PM] ~â€¯Florentin: Good. We're not arguiong for that nigga.
[12/10/25, 12:06:37â€¯PM] Dariel: Raging so hard pobrecito
[12/10/25, 12:06:49â€¯PM] ~â€¯Florentin: Are you retarded or something?
[12/10/25, 12:06:50â€¯PM] Dariel: Youre saying to carry a billion bullets just in case
[12/10/25, 12:06:58â€¯PM] Dariel: But statistically speaking youll never need it
[12/10/25, 12:07:03â€¯PM] ~â€¯Cristian Lauzurique: When we running that Minecraft server
[12/10/25, 12:07:06â€¯PM] Dariel: Keep raging its marvelous
[12/10/25, 12:07:08â€¯PM] ~â€¯Nicholas Hing: This is true, but the purpose of these talks is all for the purpose of â€œwhat would best do the job for me *if*â€¦â€
[12/10/25, 12:07:10â€¯PM] Dariel: Next semester
[12/10/25, 12:07:20â€¯PM] ~â€¯Florentin: 13, 15, or 17 round capacity is better tahn 6 nigga. That's my fucking point.
â€Ž[12/10/25, 12:07:23â€¯PM] ~â€¯Ethan: â€Žimage omitted

nigga. That's my fucking point.
â€Ž[12/10/25, 12:07:23â€¯PM] ~â€¯Ethan: â€Žimage omitted
[12/10/25, 12:07:27â€¯PM] ~â€¯Ethan: Very tiny
[12/10/25, 12:07:30â€¯PM] Dariel: By that logic then carry a bazooka vaporize them all
[12/10/25, 12:07:47â€¯PM] ~â€¯Dante: Based btw
[12/10/25, 12:07:51â€¯PM] Dariel: No one messes with the man with the rocket launcher
[12/10/25, 12:07:52â€¯PM] ~â€¯Florentin: â€ŽThis message was deleted.
[12/10/25, 12:07:52â€¯PM] Dariel: Easy W
[12/10/25, 12:08:01â€¯PM] Dariel: Keep ragingggggg
[12/10/25, 12:08:04â€¯PM] ~â€¯EJ Tamayo: Based
[12/10/25, 12:08:10â€¯PM] ~â€¯Florentin: Yes.
[12/10/25, 12:08:18â€¯PM] ~â€¯Ethan: @â¨Darielâ©
[12/10/25, 12:08:21â€¯PM] ~â€¯Nicholas Hing: A bazooka for home defense ðŸ–¿
[12/10/25, 12:08:26â€¯PM] Dariel: Beautiful and tiny
[12/10/25, 12:08:32â€¯PM] ~â€¯Nicholas Hing: My wife and kids will get blown up too ðŸ˜
[12/10/25, 12:09:34â€¯PM] ~â€¯Florentin: â€ŽDariel removed ~â€¯Florentin
[12/10/25, 12:08:36â€¯PM] ~â€¯Ethan: Exactly with much greater capacity
[12/10/25, 12:08:45â€¯PM] Dariel: The burglar can have a little explosion as a treat
[12/10/25, 12:08:48â€¯PM] Dariel: Rip the house though
[12/10/25, 1:29:04â€¯PM] ~â€¯Florentin: â€Ž~â€¯Florentin was added
[12/10/25, 12:08:48â€¯PM] ~â€¯Florentin: @â¨Darielâ© will argue next why no one should own more than a musket because guns are scawwy or something retarded like that.
[12/10/25, 12:08:50â€¯PM] Dariel: And the family
[12/10/25, 12:08:55â€¯PM] ~â€¯Ethan: Much more serious defensive weapon than the J frame although the j frame is beautiful in its own regards
[12/10/25, 12:09:03â€¯PM] ~â€¯Nicholas Hing: My house, rip ME ðŸ˜
[12/10/25, 12:09:03â€¯PM] Dariel: When have I said anything like that
[12/10/25, 12:09:03â€¯PM] ~â€¯Ethan: The Shield Plus is also fairly cheap
[12/10/25, 12:09:17â€¯PM] ~â€¯Florentin: â€ŽThis message was deleted

[12/10/25, 12:09:03â€ PM] ~â€ Ethan: The Shield Plus is also fairly cheap
[12/10/25, 12:09:17â€¯PM] ~â€¯Florentin: â€ŽThis message was deleted.
[12/10/25, 12:09:18â€¯PM] Dariel: Small price to pay for freedom dawg
[12/10/25, 12:09:39â€¯PM] Dariel: Ciao
[12/10/25, 12:09:44â€¯PM] ~â€¯Nicholas Hing: Brick in the wall ahh comment ðŸ«©
[12/10/25, 12:09:52â€¯PM] Dariel: Just another brick in the wall
[12/10/25, 12:10:00â€¯PM] ~â€¯EJ Tamayo: Is that a Smith & Wesson shield?
[12/10/25, 12:10:02â€¯PM] ~â€¯Ethan: Own a musket for home defense, since that's what the

founding fathers intended. Four ruffians break into my house. "What the devil?" As I grab my powdered wig and Kentucky rifle. Blow a golf ball sized hole through the first man, he's dead on the spot. Draw my pistol on the second man, miss him entirely because it's smoothbore and nails the neighbors dog. I have to resort to the cannon mounted at the top of the stairs loaded with grape shot, "Tally ho lads" the grape shot shreds two men in the blast, the sound and extra shrapnel set off car alarms. Fix bayonet and charge the last terrified rapscallion. He Bleeds out waiting on the police to arrive since triangular bayonet wounds are impossible to stitch up. Just as the founding fathers intended.
[12/10/25, 12:10:18â€¯PM] Dariel: Dude they unironically do CRAZY damage
[12/10/25, 12:10:20â€¯PM] ~â€¯Nicholas Hing: TALLY HO LADS ðŸ—£ï¸ðŸ—£ï¸â€¼ï¸â€¼ï¸â€¼ï¸
[12/10/25, 12:10:24â€¯PM] Dariel: A musket will FUCK YOU UPPPP
[12/10/25, 12:10:35â€¯PM] Dariel: Problem is faggy reload time
[12/10/25, 12:11:00â€¯PM] ~â€¯Nicholas Hing: So we gon gatekeep this jaun? ðŸ«©
[12/10/25, 12:11:00â€¯PM] ~â€¯Dante: I havenâ€™t been paying attention whatâ€™s the argument about
[12/10/25, 12:11:04â€¯PM] ~â€¯EJ Tamayo: Simple, modify it and give it a 100 round drum mag
[12/10/25, 12:11:11â€¯PM] Dariel: Theyre rather beautiful too they make good wall decor
[12/10/25, 12:11:18â€¯PM] Dariel: B A S E D
[12/10/25, 12:11:22â€¯PM] Dariel: Or
[12/10/25, 12:11:25â€¯PM] ~â€¯Nicholas Hing: Flo been raging about Darielâ€™s choice of gun and aesthetic features for guns
[12/10/25, 12:11:28â€¯PM] Dariel: Go big or go home gentlemen get a cannon
[12/10/25, 12:11:29â€¯PM] ~â€¯Nicholas Hing: L argument
[12/10/25, 12:11:31â€¯PM] ~â€¯Ethan: Effectiveness of different firearms. Dariel wants to

[12/10/25, 12:11:29â€¯PM] ~â€¯Nicholas Hing: L argument
[12/10/25, 12:11:31â€¯PM] ~â€¯Ethan: Effectiveness of different firearms. Dariel wants to use little J frame revolver to defend his life
[12/10/25, 12:11:37â€¯PM] Dariel: Aimed at the front door
[12/10/25, 12:11:42â€¯PM] ~â€¯Ethan: This is the way
[12/10/25, 12:11:44â€¯PM] ~â€¯Nicholas Hing: Bro forget allat
[12/10/25, 12:11:51â€¯PM] ~â€¯Nicholas Hing: Iâ€™ll just build a turret
[12/10/25, 12:11:59â€¯PM] ~â€¯Dante: Hitting the home invaders with Grapeshot
[12/10/25, 12:12:00â€¯PM] ~â€¯EJ Tamayo: Reloading? Not a problem anymore
â€Ž[12/10/25, 12:12:02â€¯PM] Dariel: â€ŽGIF omitted
[12/10/25, 12:12:12â€¯PM] ~â€¯Nicholas Hing: Love portal ðŸ˜Œ
[12/10/25, 12:12:15â€¯PM] Dariel: Inshallah theyre now swiss cheese
[12/10/25, 12:12:20â€¯PM] Dariel: Hell yeah!
[12/10/25, 12:12:26â€¯PM] ~â€¯Ethan: Mashallah *
[12/10/25, 12:12:29â€¯PM] ~â€¯Ethan: In this case â€Ž<This message was edited>
[12/10/25, 12:12:35â€¯PM] ~â€¯EJ Tamayo: My dad got an AR pistol and that thing is so fun to shoot
[12/10/25, 12:12:38â€¯PM] ~â€¯Nicholas Hing: I played all the mod storylines, so goated
[12/10/25, 12:12:43â€¯PM] ~â€¯Nicholas Hing: We need a number 3
[12/10/25, 12:12:52â€¯PM] Dariel: Big facts.
[12/10/25, 12:12:56â€¯PM] Dariel: Such fun games
[12/10/25, 12:13:02â€¯PM] Dariel: And the story is neat too
[12/10/25, 12:13:15â€¯PM] ~â€¯Nicholas Hing: My pops got me an AR rifle like 4 years ago that shoots .22, good on firepower, cheap on ammo ðŸ˜Œ
[12/10/25, 12:13:22â€¯PM] Dariel: I love stephen merchants voice acting in it
[12/10/25, 12:13:26â€¯PM] ~â€¯Nicholas Hing: But bro has hidden it from me
[12/10/25, 12:13:29â€¯PM] ~â€¯EJ Tamayo: My dad's AR pistol shoots 556
[12/10/25, 12:13:44â€¯PM] ~â€¯Ethan: AR â€œpistolâ€s are the best home defense weapons

[12/10/25, 12:13:29â€¯PM] ~â€¯EJ Tamayo: My dad's AR pistol shoots 556
[12/10/25, 12:13:44â€¯PM] ~â€¯Ethan: AR â€œpistolâ€s are the best home defense weapons despite what the boomers say
[12/10/25, 12:13:45â€¯PM] ~â€¯Nicholas Hing: Le W
[12/10/25, 12:13:54â€¯PM] Dariel: Arent they rather cheap too
[12/10/25, 12:13:58â€¯PM] Dariel: Great guns overall
[12/10/25, 12:13:59â€¯PM] ~â€¯Nicholas Hing: Exactly bro, theyâ€™re scarier
[12/10/25, 12:13:59â€¯PM] ~â€¯Ethan: Kind of
[12/10/25, 12:14:11â€¯PM] Dariel: Nothing scarier than the boomstick

[12/10/25, 12:14:20â€¯PM] ~â€¯Nicholas Hing: ðŸ‘¹ðŸ‘¹ðŸ‘¹
[12/10/25, 12:14:21â€¯PM] ~â€¯EJ Tamayo: Facts
[12/10/25, 12:14:29â€¯PM] ~â€¯Ethan: Not about being scarier, shotguns win that category. Theyâ€™re easily more effective than shotguns though in overall practicality
â€Ž[12/10/25, 12:14:53â€¯PM] Dariel: â€ŽGIF omitted
[12/10/25, 12:15:03â€¯PM] ~â€¯EJ Tamayo: They're pretty light compared to a full AR, they're smaller and they still pack a lunch
[12/10/25, 12:15:04â€¯PM] Dariel: Shotguns make a huge mess though
[12/10/25, 12:15:04â€¯PM] ~â€¯Ethan: Pistol caliber carbines are also good but not as good (Iâ€™d maybe consider one just to train with it more and save a lot of money on ammo)
[12/10/25, 12:15:08â€¯PM] ~â€¯Nicholas Hing: You ask your average person what â€œgun buildâ€ looks scarier, I guarantee you the rifle wins by a solid majority
[12/10/25, 12:15:18â€¯PM] ~â€¯Ethan: Fair
[12/10/25, 12:15:19â€¯PM] ~â€¯Dante: Slop but also kino movie franchise
[12/10/25, 12:15:41â€¯PM] Dariel: I had a neighbor who shot a robber with one and the Miami CSI special cleaning crew had to clean his bitts off his walls and floor
[12/10/25, 12:15:56â€¯PM] ~â€¯Ethan: .556 or .300 blackout though you really canâ€™t beat it
[12/10/25, 12:16:03â€¯PM] Dariel: Took them three days to clean bro up
[12/10/25, 12:16:09â€¯PM] ~â€¯EJ Tamayo: Fr
[12/10/25, 12:16:15â€¯PM] ~â€¯Ethan: Bro got eviscerated
[12/10/25, 12:16:16â€¯PM] Dariel: Wheres the robber oh theres a little of him here a little there and so on
[12/10/25, 12:16:22â€¯PM] ~â€¯Nicholas Hing: Three days is nuts
[12/10/25, 12:16:25â€¯PM] Dariel: He blasted him like 6 times
[12/10/25, 12:16:30â€¯PM] Dariel: You can only imagine the mess
[12/10/25, 12:16:32â€¯PM] ~â€¯Nicholas Hing: Bro painted the roses and the walls red ðŸ’€

[12/10/25, 12:16:25â€¯PM] Dariel: He blasted him like 6 times
[12/10/25, 12:16:30â€¯PM] Dariel: You can only imagine the mess
[12/10/25, 12:16:32â€¯PM] ~â€¯Nicholas Hing: Bro painted the roses and the walls red ðŸ'€
[12/10/25, 12:16:32â€¯PM] ~â€¯EJ Tamayo: The day I turn 21 im buying all the guns I can
â€Ž[12/10/25, 12:16:34â€¯PM] ~â€¯Ethan: â€Žsticker omitted
[12/10/25, 12:16:40â€¯PM] Dariel: If they had to bring in the fucking CSI cleanup crew bro
â€Ž[12/10/25, 12:16:46â€¯PM] ~â€¯Nicholas Hing: â€ŽGIF omitted
[12/10/25, 12:16:47â€¯PM] Dariel: Guy kept coming at him
[12/10/25, 12:16:55â€¯PM] Dariel: It was some like crackhead or something
[12/10/25, 12:16:58â€¯PM] Dariel: He wouldnt go down
[12/10/25, 12:16:58â€¯PM] ~â€¯Nicholas Hing: ðŸ˜
[12/10/25, 12:17:04â€¯PM] Dariel: And he just started blasting
[12/10/25, 12:17:09â€¯PM] ~â€¯Ethan: Crackheads are like zombies man
[12/10/25, 12:17:22â€¯PM] Dariel: Look up the youtube compilations of crackheads cant die
â€Ž[12/10/25, 12:17:31â€¯PM] ~â€¯EJ Tamayo: â€ŽGIF omitted
[12/10/25, 12:17:34â€¯PM] Dariel: Theres one og a guy who jumps off a house and lands like spiderman
[12/10/25, 12:17:39â€¯PM] Dariel: He broke his legs and shit
[12/10/25, 12:17:43â€¯PM] Dariel: And kept walking
[12/10/25, 12:17:50â€¯PM] Dariel: Theyre superheros
[12/10/25, 12:18:02â€¯PM] ~â€¯Ethan: Patriot. Iâ€™m probably just gonna go for the M&P 2.0 compact and get a light and everything else for it. In the future Iâ€™d probably aim to get an AR platform or PCC but I live in a turbo tiny apartment so idk
â€Ž[12/10/25, 12:18:04â€¯PM] ~â€¯Nicholas Hing: â€Žimage omitted
[12/10/25, 12:18:14â€¯PM] ~â€¯EJ Tamayo: We need them in our armed forces then ðŸ˜‚

[12/10/25, 12:18:48â€¯PM] Dariel: Blitzkrieg was based as fuck btw
[12/10/25, 12:19:00â€¯PM] ~â€¯EJ Tamayo: I already got a 9mm for my high school graduation gift, and iirc my uncle has a shotgun he's gonna give me when Im old enough
[12/10/25, 12:19:10â€¯PM] ~â€¯EJ Tamayo: Facts
[12/10/25, 12:19:26â€¯PM] Dariel: It was unironically impressive tactics not gonna lie

[12/10/25, 12:19:37â€¯PM] Dariel: Took out half the continent like it was nothing
[12/10/25, 12:19:42â€¯PM] ~â€¯EJ Tamayo: Yeah that shit worked a little too good ðŸ˜‚
[12/10/25, 12:19:50â€¯PM] ~â€¯Ethan: It was impressive, problem is when it slowed down lol
[12/10/25, 12:19:55â€¯PM] Dariel: And they lost minimal casualties which is the craziest thing
[12/10/25, 12:20:15â€¯PM] ~â€¯Dante: Bro went through a dog round on Kino
[12/10/25, 12:20:16â€¯PM] Dariel: The US was based though
[12/10/25, 12:20:24â€¯PM] Dariel: FETCH ME THEIR SOULSSSS
[12/10/25, 12:20:35â€¯PM] Dariel: Shit gave me nightmares as a kid
[12/10/25, 12:20:41â€¯PM] ~â€¯Ethan: Victory by extreme logistics, nothing beats it
[12/10/25, 12:20:51â€¯PM] Dariel: Victory by throwing endless manpower
[12/10/25, 12:21:05â€¯PM] ~â€¯Ethan: That was the Soviet tactic
[12/10/25, 12:21:05â€¯PM] Dariel: Whilst the rest of europe was dying we kept shipping off GIâ€™s
[12/10/25, 12:21:22â€¯PM] ~â€¯Ethan: US was far more coordinated than troop spam
[12/10/25, 12:21:28â€¯PM] Dariel: Oh nooo the battalion died. NEXT
[12/10/25, 12:21:32â€¯PM] Dariel: And rinse and repeat it worked wonders
[12/10/25, 12:21:33â€¯PM] ~â€¯Ethan: Soviets were pure manpower spam
[12/10/25, 12:21:37â€¯PM] Dariel: Air support on top of that
[12/10/25, 12:21:42â€¯PM] ~â€¯EJ Tamayo: Yep
[12/10/25, 12:21:46â€¯PM] Dariel: And endless supply trains
[12/10/25, 12:22:01â€¯PM] ~â€¯Ethan: US = Logistics
Soviet Union = troop spam â€Ž<This message was edited>
[12/10/25, 12:22:09â€¯PM] Dariel: Soam
[12/10/25, 12:22:15â€¯PM] ~â€¯EJ Tamayo: Imagine we had shit like the AC-130, F22, A10 and B2/B21 in WW2

and B2/B21 in WW2
[12/10/25, 12:22:19â€¯PM] ~â€¯Ethan: Not to mention the US gave the Sovietâ€™s much of their equipment
[12/10/25, 12:22:34â€¯PM] Dariel: We gave them allll equipment
[12/10/25, 12:22:37â€¯PM] Dariel: We sold guns to all sides
[12/10/25, 12:22:41â€¯PM] ~â€¯EJ Tamayo: We beat the fuckin British as a bunch of farmer rednecks thanks to logistics ðŸ˜‚
[12/10/25, 12:22:49â€¯PM] Dariel: Weâ€™re just businessmen doing business
[12/10/25, 12:22:59â€¯PM] ~â€¯Ethan: That was WW1 in the beginning, not exactly the case in WW2
[12/10/25, 12:23:10â€¯PM] ~â€¯Ethan: Sweden however sold the bofors AA guns and other shit to EVERYONE
[12/10/25, 12:23:20â€¯PM] ~â€¯Ethan: all sides of that war had their 20mm and 40mm AA guns
[12/10/25, 12:23:42â€¯PM] Dariel: Not directly due to the neutrality act but we sold them the raw materials to build that shit
[12/10/25, 12:23:46â€¯PM] ~â€¯Ethan: Switzerland meanwhile was storing all the gold
[12/10/25, 12:23:54â€¯PM] ~â€¯Ethan: Raw materials yes
[12/10/25, 12:23:56â€¯PM] Dariel: Via German subsidiaries of course
[12/10/25, 12:24:01â€¯PM] Dariel: Based
[12/10/25, 12:24:10â€¯PM] ~â€¯EJ Tamayo: https://www.instagram.com/reel/DSBLGKQgY-o/?igsh=ZHg1Nmp5enl0djE1
[12/10/25, 12:24:11â€¯PM] Dariel: Though England france and a few others sent us their gold
[12/10/25, 12:24:12â€¯PM] Dariel: For um
[12/10/25, 12:24:15â€¯PM] Dariel: Safe keeping of course
[12/10/25, 12:24:21â€¯PM] ~â€¯EJ Tamayo: Definetely
[12/10/25, 12:24:24â€¯PM] ~â€¯Ethan: Sweden truly was the one fully neutral country

# EXHIBIT H

**Message Timeline:** This is the thread that lead to the Auto Translate Conversation.

[11/30/25, 4:43:53 PM] +1 (786) 909-1533: You'd know just by living in South Florida
[11/30/25, 4:44:09 PM] +1 (786) 909-1533: The way Hispanics beef with each other rivals the turks and greeks
[11/30/25, 4:44:19 PM] +1 (786) 914-1832: Fr
[11/30/25, 4:44:26 PM] Dariel: Tribalism
[11/30/25, 4:44:35 PM] Dariel: Natural human primal instinct
[11/30/25, 4:44:50 PM] Marianna Garrido: Even black people are racist with each other
[11/30/25, 4:45:11 PM] Marianna Garrido: Like genuinely know some Haitians who actually really don't like Jamaicans
[11/30/25, 4:45:21 PM] Ethan Ratch: Here's the original in Spanish
https://x.com/randomwees/status/1994730572762005898?s=46&t=A6NW0OSPAnPpExWfhyiVyw Original Tweet that started the conversation.




Item 1:
Tweet is in a foreign language. The user then has to click the "Show Translation" Button which is powered by Grok.

Visibility limited: this Post may violate X's rules against Hateful Conduct. Learn more

Translated from Spanish by Grok

The dude was such a faggot that he didn't dare hit the chick and took it out on the Black guy

Rate this translation:

**Sir George Temperley** @t3mp3rl3y · 11/28/25

Translated from Spanish

The white knight, inked in black, placed in the spot where it deserves to be.



NG **S A N C O** NG @RandomWe... · 11/30/25

I LITERALLY JUST SAID BLACK, WHAT THE HELL IS WRONG WITH TWITTER 😭 😭 😭

27 115 16K 286K

NG **S A N C O** NG @RandomWees · 11/29/25

WHY THE HELL DID GOOGLE TRANSLATE TRANSLATE THE WORD BLACK LIKE THIS? WTF

And on the other hand, I mainly use the term to refer to him as a coward

[11/30/25, 4:45:53 PM] Ethan Ratch: Insane auto translate truly
[11/30/25, 4:46:11 PM] +1 (786) 909-1533: One is Chicago, the other is Flint
[11/30/25, 4:46:13 PM] +1 (786) 914-1832: They pretend they aren't though 💀
[11/30/25, 4:46:13 PM] +1 (305) 495-2248: Not as bad when you hit auto translate for Hebrew tweets

[11/30/25, 4:46:54 PM] Ethan Ratch: Haitians 😔
[11/30/25, 4:46:57 PM] Dariel: Facts
[11/30/25, 4:47:04 PM] +1 (305) 495-2248: Auto translate: "WE ARE GOING TO COMPLETELY ERADICATE AND RAPE EVERY BROWNOID"

[11/30/25, 4:47:04 PM] Ethan Ratch: Actual gibberish
[11/30/25, 4:47:10 PM] Marianna Garrido: I work with a LOT Of them
[11/30/25, 4:47:17 PM] Dariel: You poor thing
[11/30/25, 4:47:19 PM] Dariel: My prayers
[11/30/25, 4:47:22 PM] Marianna Garrido: Some are genuinely amazing some aren't
[11/30/25, 4:47:31 PM] Ethan Ratch: I weep for you
[11/30/25, 4:47:33 PM] Dariel: I worked in a few restaurants and all the back of house people were colored Haitians and Jamaicans
[11/30/25, 4:47:41 PM] Dariel: Some
[11/30/25, 4:47:43 PM] Dariel: Minority
[11/30/25, 4:47:43 PM] +1 (786) 914-1832: Im so sorry to hear that 💔
[11/30/25, 4:47:47 PM] +1 (305) 495-2248: I shouldn't need to know what a Haitian is
[11/30/25, 4:47:55 PM] Dariel: Based
[11/30/25, 4:47:57 PM] Ethan Ratch: Truth nuke
[11/30/25, 4:48:04 PM] +1 (786) 909-1533: Ms. Desire core
[11/30/25, 4:48:15 PM] +1 (305) 495-2248: sticker omitted
[11/30/25, 4:48:31 PM] +1 (305) 495-2248: I had Mr. Boulay
[11/30/25, 4:48:31 PM] +1 (786) 909-1533: I heard she retired
[11/30/25, 4:48:35 PM] Ethan Ratch: Also about what we were talking about. The problem is that Hebrew is an extremely contextual language, the way you pronounce a letter can lead to a whole different word but translate can't pick that up
[11/30/25, 4:48:52 PM] +1 (786) 909-1533: Bro caught me in covid for making my background my face
[11/30/25, 4:48:55 PM] +1 (786) 914-1832: True
[11/30/25, 4:49:04 PM] +1 (786) 914-1832: Aren't there a bunch of other languages like that?

[11/30/25, 4:49:06 PM] +1 (786) 909-1533: I'm glad I switched out his class the next week
[11/30/25, 4:49:08 PM] Marianna Garrido: One is so SWEET
[11/30/25, 4:49:17 PM] Marianna Garrido: Brings me food and everything
[11/30/25, 4:49:22 PM] Marianna Garrido: Other one is a delinquent
[11/30/25, 4:49:30 PM] Ethan Ratch: True just hebrew is one of the more severe ones I think
[11/30/25, 4:49:31 PM] Dariel: Spanish with father and potato for example
[11/30/25, 4:49:34 PM] +1 (305) 495-2248: "Yeah the auto translate didn't work correctly" (it produced the word violate instead of the word rape)

[11/30/25, 4:49:34 PM] Dariel: Papa y papa
[11/30/25, 4:49:57 PM] Dariel: Mother and devours mama y mama
[11/30/25, 4:49:58 PM] Marianna Garrido: Esposa for handcuffs also I believe
[11/30/25, 4:50:02 PM] +1 (786) 914-1832: That's good
[11/30/25, 4:50:02 PM] Dariel: And wife
[11/30/25, 4:50:05 PM] Dariel: Cole enough though
[11/30/25, 4:50:09 PM] Ethan Ratch: Hebrew twit is not for the faint of heart
[11/30/25, 4:50:11 PM] Dariel: That one's accurate