**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21889-CIV-ALTONAGA/Reid**

**ABEL CARVAJAL**, *et al.*,

Plaintiffs,

v.

**JEANETTE M. NUÑEZ**,

Defendant.
_______________________/

**ORDER**

**THIS CAUSE** came before the Court on September 25, 2026, for a status conference regarding the scope of the proceedings on Plaintiffs, Abel Carvajal, Dariel Gonzalez, Ethan Ratchkauskas, and Dante Mojena's Amended Verified Motion for Preliminary Injunction [ECF No. 93]. (*See* Paperless Min. Entry [ECF No. 102]).

For the reasons stated in open court, it is **ORDERED** as follows:

1. Plaintiffs, Abel Carvajal, Dariel Gonzalez, Ethan Ratchkauskas, and Dante Mojena's Opposed Motion to Consolidate Preliminary-Injunction Hearing with Trial on the Merits . . . **[ECF No. 100]** is **GRANTED**.

2. Counsel shall set aside **October 28–29, 2026**, for the consolidated proceedings. Instructions for the submission of exhibits and witness lists shall issue by separate Order.

3. Defendant, Jeanette M. Nuñez has until **October 9, 2026**, to file a response to Plaintiffs' Amended Verified Motion for Preliminary Injunction **[ECF No. 93]**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of September, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**