**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21889-CIV-ALTONAGA/Reid**

**ABEL CARVAJAL**, *et al.*,

Plaintiffs,

v.

**JEANETTE M. NUÑEZ**,

Defendant.
_______________________/

**ORDER PROVIDING INSTRUCTIONS FOR BENCH TRIAL**

**THIS CAUSE** came before the Court *sua sponte*. It is

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 65(a)(2), trial on the merits is advanced and consolidated with the hearing on Plaintiffs' Amended Verified Motion for Preliminary Injunction **[ECF No. 93]**. The consolidated proceeding is scheduled for **October 28, 2026**, to last **two (2) days**. Counsel shall confer as soon as practicable to determine if any party anticipates that additional trial time will be necessary; if so, the parties shall promptly file a joint notice stating the amount of additional time requested and their positions. No calendar call will be held.

2. By **October 22, 2026**, the parties shall file their proposed findings of fact and conclusions of law and their witness and exhibit lists. Each witness list shall include a one-sentence synopsis of the witness's anticipated testimony and, in consultation with opposing counsel, the estimated time required for direct and cross-examination. By the same date, the parties shall deliver to the Court Reporter **one (1) USB drive** containing digital copies of all exhibits to be used at trial.

EXHIBITS

3. In preparation for the bench trial scheduled to commence on **October 28, 2026**, counsel shall meet and prepare an Exhibit Notebook, in accordance with the following instructions:

a. The Exhibit Notebook shall consist of **three (3) divisions**. The first division shall contain the parties' agreed-to exhibits; the second division shall contain Plaintiffs' exhibits; and the third division shall contain Defendant's exhibits.

b. Those exhibits which are agreed to shall not be repeated in the second or third divisions of the Exhibit Notebook. Each division shall be clearly and adequately designated (tabbed) and each exhibit appropriately labeled. The first page after each tab shall be a face page identifying the exhibit by number and type (*i.e.*, agreed-to, Plaintiffs' or Defendant's).

c. The Exhibit Notebook shall also include an exhibit index. The parties shall include in the Exhibit Notebook only those exhibits that are considered absolutely necessary. The failure to include any particular exhibit in the Exhibit Notebook, however, shall not preclude admission of any exhibit that was properly listed on the party's pretrial exhibit list.

4. On the first day of trial, the parties shall submit to the Court the index of the exhibits in the Exhibit Notebook. The index must be prepared on Form AO 187, with objections to exhibits indicated. Counsel shall each have a copy of the Exhibit Notebook and shall **<u>jointly</u>** provide **four (4) copies** of the Exhibit Notebook to the Court on the first day of trial, one for the undersigned, one for the law clerk, one for the Court Reporter, and one for the witness box for use by the witnesses, as needed.

INSTRUCTIONS REGARDING THE USE OF DEPOSITIONS AT TRIAL

If deposition transcripts will be used at trial, the parties shall comply with the following guidelines:

5. By **October 27, 2026**, the parties shall prepare and **jointly** file **one (1) transcript** for each deposition to be used during trial. The parties shall edit the transcript, using a mini-transcript when available, to remove all irrelevant, extraneous, and unnecessary pages. Each portion of the testimony designated shall be bracketed to indicate beginning and end. A notice of filing setting forth each party's designated testimony by line and page, and setting forth all objections, shall be filed with the transcript.

6. A courtesy copy of the notice and transcript shall be delivered to chambers at the time of filing. Each party shall mark the courtesy copy of the transcript with a different color ink or highlighter to identify its designated portions of the transcript.

MISCELLANEOUS INSTRUCTIONS

7. If the case is settled, counsel shall inform the Court promptly by calling the Judge's Chambers and filing a notice of settlement no later than **October 27, 2026**, at **10:00 a.m.**

8. All dates established by prior Court Order remain in effect, except that, to the extent any of the provisions of this Order conflict with a prior Court Order, this Order controls.

**DONE AND ORDERED** in Miami, Florida, this 28th day of September, 2026.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**