**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CONSOLIDATED CASE NOS. 26-21889-CIV-ALTONAGA/Reid**
**26-22161-CIV-ALTONAGA/Reid**
**26-22053-CIV-ALTONAGA/Reid**
**26-22154-CIV-ALTONAGA/Reid**

ABEL CARVAJAL, *et al.*,

Plaintiffs,

v.

JEANETTE M. NUÑEZ,

Defendant.

**DEFENDANT'S WITNESS LIST**

Defendant submits the following list of witnesses expected to testify at the trial of this matter. It is anticipated that each of the Plaintiffs will be called to testify as part of their case-in-chief and that Defendant will thereafter conduct a combined direct and cross-examination of them, to avoid calling these witnesses to testify twice.

**1. Abel Carvajal**

It is anticipated that Mr. Carvajal will testify about Group Chat 1, including his creation and administration of the chat. The anticipated time for direct examination is 15 minutes, and the expected time required for cross-examination is 45 minutes.

**2. Dariel Gonzalez**

It is anticipated that Mr. Gonzalez will testify about the group chats, including his messages in the chats. The anticipated time for direct examination is 15 minutes, and the expected time required for cross-examination is 45 minutes.

**3. Dante Mojena**

It is anticipated that Mr. Mojena will testify about Group Chat 2, including his messages in the chat. The anticipated time for direct examination is 15 minutes, and the expected time required for cross-examination is 45 minutes.

**4. Ethan Ratchkauskas**

It is anticipated that Mr. Ratchkauskas will testify about Group Chat 2, including his messages in the chat. The anticipated time for direct examination is 15 minutes, and the expected time required for cross-examination is 45 minutes.

**5. Devin Parra**

Mr. Parra is the Assistant Dean of Students and Director of the Office of Student Conduct and Academic Integrity, Florida International University. It is anticipated that Mr. Parra will testify about the group chats, FIU's Student Conduct and Honor Code, the conduct proceedings at FIU involving the Plaintiffs, and the outcome of those proceedings. The anticipated time for direct examination is 90 minutes, and the expected time required for cross-examination is 25 minutes.

**6. Emmanuele A. Bowles, Ed.D.**

Dr. Bowles is the Title IX Coordinator and Dierctor at Florida International University. She is the head of the Office of Title IX and EEO Compliance, formerly the Office of Civil Rights, at FIU. It is anticipated that Dr. Bowles will testify about the disruption at FIU caused by the group chats and Plaintiffs' messages, the threats of violence in the chats and messages, and their promotion of illegal conduct. The anticipated time for direct examination is 90 minutes, and the expected time required for cross-examination is 25 minutes.

Dated: October 22, 2026

Respectfully submitted,

*/s/ Edward H. Trent*
Edward H. Trent (FBN 957186)
etrent@schaerr-jaffe.com

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci (*pro hac vice*)
cbartolomucci@schaerr-jaffe.com
Justin A. Miller (*pro hac vice*)
jmiller@schaerr-jaffe.com
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136

*Counsel for Defendant*