**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CONSOLIDATED CASE NOS. 26-21889-CIV-ALTONAGA/Reid**
**26-22161-CIV-ALTONAGA/Reid**
**26-22053-CIV-ALTONAGA/Reid**
**26-22154-CIV-ALTONAGA/Reid**

ABEL CARVAJAL, *et al.*,

Plaintiffs,

v.

JEANETTE M. NUÑEZ,

Defendant.

# JOINT TRIAL EXHIBIT LIST

The Plaintiffs and the Defendant jointly submit the following list of exhibits expected to be introduced at the trial of this matter. The parties have conferred and agreed to the admission of these exhibits.

| Ex. No. | Exhibit Description |
|---|---|
| 1 | Group Chat 1 [redacted], Bates #'s: GC1_0001–1248, ECF No. 107-1 (at 14–1261) |
| 2 | Group Chat 2 [redacted], Bates #'s: GC2_001–467, ECF No. 107-1 (at 1263–1729) |
| 3 | Group Chat 1 (unredacted); Bates #'s GC1_0001–1248 |
| 4 | Group Chat 2 (unredacted); Bates #'s GC2_001–467 |
| 5 | Group Chat 1 (as produced by Plaintiffs) |
| 6 | Group Chat 2 (as produced by Plaintiffs) |
| 7 | Claire Heddles, *'Nazi heaven': Inside Miami Campus Republicans' Racist Group Chat*, Miami Herald (Mar. 4, 2026, updated Mar. 16, 2026), ECF No. 107-1 (at 1731–37) |
| 8 | Javier Manjarres, *Miami GOP Secretary's Group Chat Pushes Antisemitism, 'Killing N-ggers'*, The Floridian (Mar. 4, 2026) |
| 9 | Claire Heddles & Lauren Costantino, *No FIU Students Are Suspended Over Racist Group Chat Yet. It's Roiling Campus*, Miami Herald (Apr. 11, 2026) |

| | |
|---|---|
| 10 | Florida International University, Student Conduct and Honor Code [excerpts], ECF No. 107-1 (at 1739–47) |
| 11 | Declaration of Devin Parra (w/o Exs.), 10/9/26, ECF No. 107-1 |
| 12 | Declaration of Emmanuele A. Bowles, Ed.D. (w/o Exs.), 10/9/26, ECF No. 107-2 |
| 13 | Declaration of Almi Rodriguez, FIU College of Law Registrar, 5/14/26, ECF No. 51-1 |
| 14 | Statement of Dr. Emmanuele A. Bowles (submitted for the record in Dante Mojena's administrative hearing, 5/2026), ECF No. 107-2 |
| 15 | Gonzalez: Updated Charge Letter, 3/23/26, Case No. 2025404301 |
| 16 | Gonzalez: Transcript of SCAI Administrative Hearing, 4/30/26, Case No. 2025404301 |
| 17 | Gonzalez: Hearing Decision Letter, 5/11/26, Case No. 2025404301 |
| 18 | Gonzalez: Appeal Form, 5/15/26, Case No. 2025404301 |
| 19 | Gonzalez: Appeal Denial Letter, 5/26/26, Case No. 2025404301 |
| 20 | Gonzalez: Updated Charge Letter, 5/26/26, Case No. 2025514701 |
| 21 | Gonzalez: Transcript of SCAI Administrative Hearing, 6/26/26, Case No. 2025514701 |
| 22 | Gonzalez: Decision Letter, 7/1/26, Case No. 2025514701 |
| 23 | Gonzalez: Appeal Denial Letter, 7/8/26, Case No. 2025514701 |
| 24 | Gonzalez: OCR Letter Issuing No Contact Order to Gonzalez re: an FIU student, 3/5/26, Case No. 20252717 |
| 25 | Ratchkauskas: Charge Letter, 3/5/26 |
| 26 | Ratchkauskas: Transcript of SCAI Administrative Hearing, 5/15/26 |
| 27 | Ratchkauskas: Hearing Decision Letter, 5/29/26 |
| 28 | Ratchkauskas: Appeal Denial Letter, 6/24/26 |
| 29 | Mojena: Charge Letter, 3/11/26 |
| 30 | Mojena: Transcript of SCAI Administrative Hearing, 5/22/26 |
| 31 | Mojena: Hearing Decision Letter, 6/2/26 |
| 32 | Mojena: Appeal Denial Letter, 6/5/26 |
| 33 | Carvajal: Charge Letter, 3/11/26 |
| 34 | Carvajal: Transcript of SCAI Administrative Hearing, 4/28/26 |
| 35 | Carvajal: Hearing Decision Letter, 5/11/26 |
| 36 | Carvajal: Appeal Denial Letter, 6/2/26 |
| 37 | Incident Report by a law student, 3/4/26 |
| 38 | Incident Report by Alex Ravelo (FIU official), 3/4/26 |
| 39 | Incident Report by a student, 3/4/26 |
| 40 | Incident Report by a student, 3/4/26 |
| 41 | Incident Report by Anonymous, 3/5/26 |

| | |
|---|---|
| 42 | Incident Report by Anonymous via Alia Fons-Scheyd (FIU Asst. Dir.), 3/5/26 |
| 43 | Incident Report by a student, 3/5/26 |
| 44 | Incident Report by Ryan Davis, 3/5/26 |
| 45 | Incident Report by Cheyenne Edwards, 3/5/26 |
| 46 | Incident Report by a student, 3/5/26 |
| 47 | Incident Report by napoleoninm@vcu.edu, 3/5/26 |
| 48 | Incident Report by hernandayoleary@yahoo.com, 3/5/26 |
| 49 | Incident Report by sheilabegin@yahoo.com, 3/5/26 |
| 50 | Incident Report by Nate May, 3/5/26 |
| 51 | Incident Report by Anonymous, 3/6/26, 8:14:32am |
| 52 | Incident Report by Anonymous, 3/6/26, 4:27:01pm |
| 53 | Incident Report by Kelly Denney, 3/6/26 |
| 54 | Incident Report by Hakeem Ibrahim, 3/6/26 |
| 55 | Incident Report by a student, 3/6/26 |
| 56 | Incident Report via Artem Zastoupailo (FIU official), 3/6/26 |
| 57 | Incident Report by Abel Carvajal against FIU WhatsApp Chat Members, 3/6/26 |
| 58 | Incident Report submitted by a law student, 3/7/26 |
| 59 | Incident Report by a student, 3/16/26 |
| 60 | Incident Report by a law student, 3/16/26 |
| 61 | Incident Report by FIU Adjunct Professor Julie Mayoral, 4/17/26 |
| 62 | Incident Report by Lindsey Maxwell, 5/14/26 |
| 63 | Investigation Report of Office of Civil Rights; Respondent: D. Gonzalez, 7/8/26 |
| 64 | Email from a law student to FIU Office of Civil Rights, 3/5/26 |
| 65 | Email from Associate Professor Zachary Levenson to J. Nunez, 3/5/26 |
| 66 | Email from a student to FIU Police Dep't, 3/6/26 |
| 67 | Email from Sheena Owens (parent of FIU student) to Office of the President, 3/9/26 |
| 68 | Email from a student to FIU Office of Civil Rights, 3/10/26 |
| 69 | Email from Adjunct Professor Julie Talbot Mayoral to Yordanka Delionado, 3/29/26 |
| 70 | Email to FIU Office of Civil Rights re: call from Dejah Charles, 4/15/26 |
| 71 | Statement of the Black Student Union [undated] |
| 72 | Statement of H.T. Smith Black Law Student Association, 3/8/26 |
| 73 | Statement of Jewish Law Student Association, FIU College of Law, 3/9/26 |
| 74 | Statement of FIU National Pan-Hellenic Council, 3/12/26 |
| 75 | Letter from Dominique Ward and other FIU College of Law alumni to Dean Michelle Mason, 3/10/26 |

| | |
|---|---|
| 76 | Email from Office of the Provost, Subject: Invitation to a Conversation, 3/9/26 |
| 77 | Email from Office of the Provost, Subject: Additional Opportunity for Student Leader Conversation, 3/16/26 |
| 78 | Office of the Provost, Student Organization Leadership Meetings, 3/2026 |
| 79 | Emails between NAACP Miami-Dade and FIU, 3/25–4/13/26 |
| 80 | FIU News, A message from the President, 3/5/26 |
| 81 | FIU News, A message from the President, 3/10/26 |
| 82 | Text messages between Abel Carvajal and a student, 3/4/26 |
| 83 | Screenshot adl.org/resources/hate-symbol/tnd-and-tkd |
| 84 | Text messages between Abel Carvajal and Ethan Rachkauskas, 3/4/26 |
| 85 | Text messages between Abel Carvajal and Dariel Gonzalez, 3/11/26 |
| 86 | Text message between Abel Carvajal and a student |
| 87 | Voice Mail to Text Message to Gonzalez from Cliff Friedman |
| 88 | Mojena: Annotated Message Timeline |
| 89 | Ratchkauskas: Screenshots |
| 90 | Email correspondence from Detective Benitez to Assistant State Attorney Jonathan Borst, 3/23/26 |
| 91 | Carvajal: Disciplinary Appeal Form, 5/15/26 |
| 92 | Ratchkauskas: Disciplinary Appeal Form, 5/2026–6/2026 |
| 93 | Mojena: Disciplinary Appeal Form, 6/2/26 |
| 94 | Email from Professor Mayoral to Abel Carvajal concerning class attendance, 3/25/26 |
| 95 | Professor Mayoral's attendance records, 3/18–3/30/26 |
| 96 | Email correspondence between Professor Wasserman and Abel Carvajal, 4/6–4/20/26 |
| 97 | Email correspondence between Abel Carvajal and FIU officials, 3/6–3/13/26 |
| 98 | Email correspondence from a student to Abel Carvajal, 3/4/26 |
| 99 | Demand letter from counsel for Abel Carvajal to Dean Mason, 3/11/26 |
| 100 | Email correspondence from Dean Mason to Abel Carvajal, 3/11/26 |
| 101 | WhatsApp group-chat screenshots and communications, 9/2025–2/2026 |
| 102 | Demand letter from counsel for Ethan Ratchkauskas, 3/20/26 |
| 103 | Demand letter from counsel for Dante Mojena, 3/20/26 |
| 104 | WhatsApp Group Chat titled "Bar Review," with particular emphasis on messages dated 3/4/26, beginning at 12:00 p.m. |
| 105 | WhatsApp Group Chat titled "CUFI at FIU club chat" |
| 106 | WhatsApp screenshots concerning a student from the "Uber Retards" and "Autism Announcement" group chats, including surrounding conversations, participant responses, and contextual communications |

Dated: October 22, 2026

Respectfully submitted,

*/s/ Edward H. Trent*

Edward H. Trent (FBN 957186)
etrent@schaerr-jaffe.com

*/s/ H. Christopher Bartolomucci*

H. Christopher Bartolomucci (*pro hac vice*)
cbartolomucci@schaerr-jaffe.com
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136

*Counsel for Defendant*

*/s/ Anthony F. Sabatini*

Anthony F. Sabatini
anthony@sabatinilegal.com
Gavin B. Rollins
gavin@sabatinilegal.com
SABATINI LAW FIRM, P.A.
1601 E. 1st Avenue
Mount Dora, Florida 32757
Telephone: (352) 455-2928

*Counsel for Plaintiffs*